UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JANE DOE, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>JOYOUS PBC,<br><br>Defendant. | Case No. 3:24-cv-02357-JD<br><br>**ORDER RE PSEUDONYM** |

Defendant Joyous PBC is an online provider of ketamine treatments for mental health conditions. Dkt. No. 1 ¶¶ 1-2. Plaintiff Jane Doe has sued Joyous PBC on behalf of herself and a putative class for disclosing communications containing protected health information to third parties such as Meta, Google, and Twilio. Doe asks to proceed pseudonymously. Dkt. No. 9.

A pseudonym is warranted because the lawsuit concerns Doe's sensitive and protected health information, including information about mental health conditions, which Doe provided to Joyous PBC for ketamine treatment. Doe expresses a fear of "ridicule and personal embarrassment," and "significant social and professional stigma," should her identity be disclosed. Dkt. No. 9 at 2. Doe's true identity will be disclosed to Joyous PBC, which will eliminate prejudice to it. In these circumstances, Doe may appear in the litigation under a pseudonym. *See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000).

All parties will refer to plaintiff as Jane Doe in all pleadings and other documents related to this litigation, as well as in any proceedings that may be held before the Court. Joyous PBC and its attorneys will not disclose plaintiff's identity to any other person or entity without the Court's prior consent. If a situation arises in which disclosure may be necessary to defend against the claims, Joyous PBC will meet and confer with Doe on a method of proceeding. The Court will

resolve any disagreements with respect to the procedure.

     This order may be terminated as warranted by future circumstances.

**IT IS SO ORDERED.**

Dated:  May 20, 2024

_____
JAMES DONATO
United States District Judge