**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
          jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: 914-874-0710
Facsimile :914-206-3656E-mail:
pfraietta@bursor.com

**DRURY LEGAL, LLC**
Scott R. Drury (State Bar No. 355002)
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
scott@drurylegal.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>JOYOUS, PBC,<br><br>                Defendant. | Case No. 3:24-cv-02357-JD<br><br>Hon. James Donato<br><br>**DECLARATION OF PHILIP L. FRAIETTA IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND INCENTIVE AWARD** |

**DECLARATION OF PHILIP L. FRAIETTA**

I, Philip L. Fraietta, declare as follows:

1.      I am an attorney at law licensed to practice in the State of California.  I am a partner at Bursor & Fisher, P.A., counsel for Plaintiff in this action.  I am a member of the bar of this Court.  I make this declaration in support of Plaintiff's motion for Attorney's Fees and Incentive Award and I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify thereto under oath.

2.      For brevity, I hereby incorporate the Settlement Agreement attached as Exhibit 1 to the Declaration of Philip L. Fraietta in Support of Motion for Final Approval of Class Action Settlement.

3.      Unless otherwise noted, all capitalized terms shall have the same meaning as set forth in the Settlement Agreement, and all ECF citations are to the docket in this Litigation.

### A.      Procedural History

4.      Plaintiff Jane Doe filed this action on April 19, 2024. ECF No. 1. On August 8, 2024, the Court referred the case to private mediation. ECF No. 23. The Parties participated in a mediation with former California Superior Court Judge Bonnie Sabraw, who is a neutral mediator affiliated with ADR Services, Inc., on October 21, 2024. The Parties did not reach a settlement on that date, but continued to negotiate and over the following months, and ultimately finalized the Settlement Agreement. The Parties finally executed the Settlement Agreement on April 28, 2025.

### B.      Key Terms Of The Settlement Agreement

5.      In preparation for the mediation, Plaintiffs conducted extensive research on the strengths and weaknesses of their claims, the likelihood of obtaining class certification, and comparable settlements in similar consumer privacy actions.

6.      Under the terms of the Settlement Agreement, the proposed Settlement Class consists of "all persons in the United States starting on October 5, 2023 through January 2, 2025 who reported to Defendant Joyous PBC that they: (1) located Defendant Joyous PBC organically, not through a web advertisement; and (2) booked an appointment to use the services provided by

Defendant Joyous PBC, completed a screening questionnaire related to the booking process and subsequently received one or more web-directed advertisements relating to ketamine treatments." Settlement Agreement § 1.31. Excluded from the Settlement Class are (1) any Judge or Magistrate presiding over this Action and members of their families; (2) the Defendant, Defendant's subsidiaries, parent companies, successors, predecessors, and any entity in which the Defendant or its parents have a controlling interest and their current or former officers, directors, agents, attorneys, and employees; (3) persons who properly execute and file a timely request for exclusion from the class; and (4) the legal representatives, successors or assigns of any such excluded persons. *Id.* Joyous has represented that there are approximately 10,000 persons in the Settlement Class.

7.     This Settlement Class definition modifies the definition provided in the Complaint, ECF No. 1, which defined the class as "all persons in the United States who, during the class period, had their personally identifiable information or protected health information improperly disclosed to, and/or intercepted by, third party entities, as a result of using the Website." Complaint ¶ 94. The modification is consistent with the evidence to- date regarding Joyous's conduct.

8.     The Settlement Agreement provides an all-cash non-revisionary common fund recovery of $400,000 and represents, in Interim Plaintiff Counsel's view, an extraordinary result.

9.     The common fund will be used to pay Settlement Class Members, Notice and Settlement Administration Costs, taxes owed by the Settlement Fund, any Court-approved service award to Plaintiffs, and any Court-approved Attorneys' Fees and Expense Award. Settlement Agreement §1.33.

10.     The Class Members were not required to submit claim forms in order to participate in the Settlement.  Instead, the Net Settlement Fund will automatically be distributed to Class Members on a *pro rata* basis.  Settlement Agreement § 2.1.b. The amount to be distributed to each Authorized Claimant will be calculated by dividing the Net Settlement Fund by the number of Class Members. *Id.* Any funds remaining after the 180-day deadline for negotiating Claim Payment checks will be redistributed *pro rata* to Authorized Claimants that cashed their initial distribution

check or received an electronic payment, so long as the reallocated *pro rata* share to each eligible Authorized Claimant is at least $5.00. *Id.* § 2.1.g. Any funds still remaining after 180 days from distribution will be distributed *cy pres* to the California Access to Justice Commission or another non-sectarian, not-for-profit organization(s) recommended by Class Counsel and approved by the Court. *Id.*

11.     Utilizing contact information Defendant's possession, the Settlement Administrator will disseminate Mail and Email Notice directly to Settlement Class Members. *See* Settlement Agreement § 4.1.(b).

12.     Each Class Member is expected to receive $35, a number significantly higher than comparable settlements. Settlement Agreement Ex. A-C.

13.     Attorney's fees, costs, expenses, and services awards for Plaintiff are to be paid from the Settlement Fund in an amount determined by the Court.  The Settlement permits Class Counsel to request 25% of the Settlement Fund in attorneys' fees, costs, and expenses, and for Plaintiff to seek a service award of up to $5,000.

### C.     The Strength of Plaintiff's Case And The Risk Of Continuing Litgation

14.     The information and discovery exchanged between Plaintiff and Joyous allowed Counsel to be well informed about the strengths and weaknesses of the claims and the advantages of the Settlement. Accordingly, Plaintiff Counsel's well-informed views of the strength of claims and likely defenses weigh in favor of preliminary approval.

15.      In evaluating the strengths and weaknesses of this case, we considered a number of factors. Plaintiff's underlying investigation, which includes detailed analysis of source code on Defendant's website, provides a strong factual basis for Plaintiff's claims and a potential recovery. We have always believed, and still believes, that Joyous would be held liable on the merits if the case proceeded to trial. We also would expect discovery to confirm the use of the Pixels, APIs, and other technologies. Accordingly, if Plaintiffs were to succeed at trial, and maximum statutory penalties were awarded under the California Invasion of Privacy Act ("CIPA") and the California Confidentiality of Medical Information Act ("CMIA") on behalf of a nationwide class, GoodRx

could have been liable for up to $60 million in damages. This is because the CMIA and CIPA

provide for $1,000 and $5,000 in statutory penalties, respectively. *See* Cal. Civ. Code §

56.36(b)(1); Cal. Penal Code § 637.2(a)(1).

16.     Nevertheless, we recognize that a favorable outcome was not assured and that

Plaintiff's claims against Joyous would face risks at the class certification, summary judgment, and

trial phases of the Litigation.  The Settlement Class faced risks at class certification given the new

and evolving landscape of laws governing data collected through Defendants' Tracking Software.

*See Dexter's LLC v. Gruma Corp.*, No. 23-CV-212-MMA-AHG, 2023 WL 8790268, at *5 (S.D.

Cal. Dec. 19, 2023) (finding risk of continued litigation favors approval of settlement given "the

evolving legal landscape" of the law at issue in the case); *Torres v. Pet Extreme*, No. 1:13-CV-

01778-LJO, 2015 WL 224752, at *6 (E.D. Cal. Jan. 15, 2015) (finding that the "risk that an

opinion could issue changing the legal landscape in this relatively new area of [law]" favors

approval of settlement), *adopted* 2015 WL 13653878 (Feb. 25, 2015); *Vandervort v. Balboa Cap.

Corp.*, 8 F. Supp. 3d 1200, 1206 (C.D. Cal. 2014) (finding "novel legal issues" raised in the case

"favor approving [the] settlement). Although there are many cases pending in this District for

similar misconduct, none have advanced through the class certification stage.  *See, e.g.*, *Frasco v.

Flo Health*, No. 3:21-cv-00757 (N.D. Cal.) (Donato, J.); *Doe v. FullStory, Inc.*, No. 3:23-cv-00059

(N.D. Cal.) (Orrick, J.); *In re Meta Pixel Healthcare Litig.*, No. 3:22-cv-03580 (N.D. Cal.) (Orrick,

J.). This developing body of law presents inherent risks regarding the scope and nature of the

Class.

17.     Similar risks also exist at the merits stage of the Litigation.  Plaintiff is aware of

only one case involving similar tracking technology to reach the summary judgment stage: *Frasco

v. Flo Health, Inc.*, No. 3:21-cv-00757-JD (N.D. Cal.). While the Court there denied Google's

motion for summary judgment on many of the same issues presented in this case, the record here is

still undeveloped leaving residual uncertainty as to at least some of Defendant's fact-based

defenses. The Settlement reduces or eliminates some of the risks of non-recovery to Plaintiff and

the Class and replaces them with certain relief and a positive recovery for each Settlement Class Member.

18.    Further, the amount of the Settlement is reasonable given Joyous's current financial condition. While, at their maximum, the statutory penalties available under CIPA and CMIA could amount to $60 million, assuming they apply to the nationwide class, Joyous likely could not withstand a judgment of that size. Rather than insist on an illusory, maximum recovery that Joyous would be unable to pay, the Settlement resolves Plaintiff's and Settlement Class Members' claims for an estimated $37 per person.

### D.    Experience And Views Of Counsel

19.    Plaintiff's counsel have extensive experience in prosecuting and litigating consumer class action cases. As detailed in our firm resumes, Drury Legal, LLC  and my firm have litigated class action lawsuits for decades and have recovered billions of dollars for consumers. A copy of my firm resume is attached hereto as **Exhibit 1.** We conducted an extensive investigation in this case and were well informed as to the various issues from the outset of litigation and throughout the case. We demanded and obtained documents and information in advance of mediation and in discussions with Defendant's counsel that assisted in our evaluation of Plaintiff's case. Settlement negotiations were hard-fought, with  Defendant's interests represented by skilled counsel from Quadra & Coll with substantial litigation experience.. The final Settlement, we believe, reflects those difficult, non-collusive negotiations and provides substantial relief for the Settlement Class. Accordingly, we strongly endorse the Settlement as being fair, reasonable, and adequate.

### E.    Class Counsel's Attorney's Fees And The Work Performed

20.    Throughout  this matter, Class Counsel has performed the following work on behalf of the Class: (i) conducting an extensive pre-suit investigation into Defendant's data sharing practices, including testing of Defendant's Website; (ii) drafting the initial Complaint; (iii) reviewing information produced by Defendant in aid of settlement discussions; (iv) negotiating the Settlement at arm's-length with Defendant; (v) successfully moving for preliminary approval; and (vi) managing (continuing to manage) the dissemination of notice and the claims process.

21.     Since the Court granted preliminary approval, Class Counsel has worked with the Settlement Administrator, Simpluris, Inc. ("Simpluris"), to carry out the Court-ordered notice plan. Specifically, Class Counsel helped compile and review the contents of the required notice to State Attorney Generals pursuant to 28 U.S.C. § 1715, reviewed the final claim and notice forms, and reviewed and tested the settlement website before it launched live.

22.     Attached hereto as **Exhibit 2** are Class Counsel's detailed billing diaries for this matter, as well as a summary of the same.  I have personally reviewed all of Class Counsel's time entries associated with this case and have used billing judgment to ensure that duplicative and unnecessary time has been excluded and that only time reasonably devoted to the litigation has been included.  Class Counsel's time entries were regularly and contemporaneously recorded by myself and the other timekeepers pursuant to firm policy and have been maintained in the computerized records of Class Counsel.

23.     Class Counsel undertook this matter on a contingency basis.  Since Class Counsel began investigating this matter through September 29, 2025, Class Counsel has expended 249 hours in this case.  Class Counsel's lodestar in this case, based on current billing rates, is $168,330.68.  This represents a blended hourly rate of $676.03.  A fee award of $100,000 would be significantly less than Class Counsel's Lodestar in this case.

24.     Included within **Exhibit 2** is a chart setting forth the hourly rates charged for lawyers and staff at Class Counsel at the time the work was completed.  Based on my knowledge and experience, the hourly rates charged by Class Counsel are within the range of market rates charged by attorneys of equivalent experience, skill, and expertise.  I have personal knowledge of the range of hourly rates typically charged by counsel in our field in New York, California, Florida, and elsewhere, both on a current basis and in the past.  In determining Class Counsel's hourly rates from year to year, Bursor & Fisher's partners have consciously taken market rates into account and have aligned our rates with the market.

25.     Through my practice, I have become familiar with the non-contingent market rates charged by attorneys in New York, California, Florida, and elsewhere (Class Counsel's offices are

in New York City, Walnut Creek, California, and Miami, Florida). This familiarity has been obtained in several ways: (i) by litigating attorneys' fee applications; (ii) by discussing fees with other attorneys; (iii) by obtaining declarations regarding prevailing market rates filed by other attorneys seeking fees; and (iv) by reviewing attorneys' fee applications and awards in other cases, as well as surveys and articles on attorney's fees in the legal newspapers and treatises.

26.    The information I have gathered shows that Class Counsel's rates are in line with the non-contingent market rates charged by attorneys of reasonably comparable experience, skill, and reputation for reasonably comparable class action work. In fact, comparable hourly rates have been found reasonable by various courts for reasonably comparable services, including:

(i)    *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Prods. Liab. Litig.*, Case No. 15-md-02672-CRB, ECF No. 3053 (N.D. Cal. Mar. 17, 2017), approving partner rates up to $1,600, and associate rates up to $790.

(ii)    *In re TFT-LCD (Flat Panel) Antitrust Litigation*, Case No. 07-md-1827-SI, ECF No. 1827 (N.D. Cal. 2013), an antitrust class action in which the court found blended hourly rates of $1000, $950, $861, $825, $820, and $750 per hour reasonable for the lead class counsel.

(iii)    *Williams v. H&R Block Enterprises, Inc.*, Alameda County Superior Ct. No. RG08366506, Order of Final Approval and Judgment filed November 8, 2012, a wage and hour class action, in which the court found the hourly rates of $785, $775, and $750 reasonable for the more senior class counsel.

(iv)    *Luquetta v. The Regents of the Univ. of California*, San Francisco Superior Ct. Case No. CGC-05-443007, Order Granting Plaintiff's Motion for Common Fund Attorneys' Fees and Expenses, filed October 31, 2012, a class action to recover tuition overcharges, in which the court found the hourly rates of $850, $785, $750, and $700 reasonable for plaintiffs' more experienced counsel.

(v)    *Pierce v. County of Orange*, 905 F. Supp. 2d 1017 (C.D. Cal. 2012), a civil rights class action brought by pre-trial detainees, in which the court approved a lodestar-based, *inter alia*, on 2011 rates of $850 and $825 per hour.

(vi)    *Holloway et. al. v. Best Buy Co., Inc.*, Case No. 05-cv-5056-PJH (N.D. Cal. 2011) (Order dated November 9, 2011), a

class action alleging that Best Buy discriminated against female, African American and Latino employees by denying them promotions and lucrative sales positions, in which the court approved lodestar-based rates of up to $825 per hour.

(vii) *Californians for Disability Rights, Inc., et al. v. California Department of Transportation, et al.*, 2010 U.S. Dist. LEXIS 141030 (N.D. Cal. 2010), adopted by Order Accepting Report and Recommendation filed February 2, 2011, a class action in which the court found reasonable 2010 hourly rates of up to $835 per hour.

(viii) *Qualcomm, Inc. v. Broadcom, Inc.*, Case No. 05-cv-1958-B, 2008 WL 2705161 (S.D. Cal. 2008), in which the court found the 2007 hourly rates requested by Wilmer Cutler, Pickering, Hale & Dorr LLP reasonable; those rates ranged from $45 to $300 for staff and paralegals, from $275 to $505 for associates and counsel, and from $435 to $850 for partners.

27.    The reasonableness of Class Counsel's hourly rates is also supported by several surveys of legal rates, including the following:

(i)    In an article entitled "Big Law Rates Topping $2,000 Leave Value 'In Eye of Beholder,'" written by Roy Strom and published by Bloomberg Law on June 9, 2022, the author describes how Big Law firms have crossed the $2,000-per hour rate.  The article also notes that law firm rates have been increasing by just under 3% per year.  A true and correct copy of this article is attached hereto as **Exhibit 3**.

(ii)    The CounselLink Enterprise Management Trends Report for June 2022 states that the median partner rate in New York was $1,030. The report also notes that median partner rates have grown by 4.0% in San Francisco and 4.3% in New York.  A true and correct copy of this article is attached hereto as **Exhibit 4**.

(iii)    In an article entitled "On Sale: The $1,150-Per Hour Lawyer," written by Jennifer Smith and published in the Wall Street Journal on April 9, 2013, the author describes the rapidly growing number of lawyers billing at $1,150 or more revealed in public filings and major surveys.  The article also notes that in the first quarter of 2013, the 50 top-grossing law firms billed their partners at an average rate between $879 and $882 per hour.  A true and correct copy of this article is attached hereto as **Exhibit 5**.

(iv)  In an article published April 16, 2012, the Am Law Daily described the 2012 Real Rate Report, an analysis of $7.6 billion in legal bills paid by corporations over a five-year period ending in December 2011. A true and correct copy of that article is attached hereto as **Exhibit 6**. That article confirms that the rates charged by experienced and well-qualified attorneys have continued to rise over this five-year period, particularly in large urban areas like the San Francisco Bay Area. It also shows, for example that the top quartile of lawyers bill at an average of "just under $900 per hour."

(v)  Similarly, on February 25, 2011, the Wall Street Journal published an on-line article entitled "Top Billers." A true and correct copy of that article is attached hereto as **Exhibit 7**. That article listed the 2010 and/or 2009 hourly rates for more than 125 attorneys, in a variety of practice areas and cases, who charged $1,000 per hour or more. Indeed, the article specifically lists *eleven* (11) Gibson Dunn & Crutcher attorneys billing at $1,000 per hour or more.

(vi)  On February 22, 2011, the ALM's Daily Report listed the 2006-2009 hourly rates of numerous San Francisco attorneys. A true and correct copy of that article is attached hereto as **Exhibit 8**. Even though rates have increased significantly since that time, Class Counsel's rates are well within the range of rates shown in this survey.

(vii)  The Westlaw CourtExpress Legal Billing Reports for May, August, and December 2009 (attached hereto as **Exhibit 9**) show that as far back as 2009, attorneys with as little as 19 years of experience were charging $800 per hour or more, and that the rates requested here are well within the range of those reported. Again, current rates are significantly higher.

(viii)  The National Law Journal's December 2010, nationwide sampling of law firm billing rates (attached hereto as **Exhibit 10**) lists 32 firms whose highest rate was $800 per hour or more, eleven firms whose highest rate was $900 per hour or more, and three firms whose highest rate was $1,000 per hour or more.

(ix)  On December 16, 2009, The American Lawyer published an online article entitled "Bankruptcy Rates Top $1,000 in 2008-2009." That article is attached hereto as **Exhibit 11**. In addition to reporting that several attorneys had charged rates of $1,000 or more in bankruptcy filings in Delaware and the Southern District of New York, the article also listed 18 firms that charged median partner rates of from $625 to $980 per hour.

(x)     According to the National Law Journal's 2014 Law Firm Billing Survey, law firms with their largest office in New York have average partner and associate billing rates of $882 and $520, respectively. Karen Sloan, *$1,000 Per Hour Isn't Rare Anymore; Nominal Billing Levels Rise, But Discounts Ease Blow*, National Law Journal, Jan. 13, 2014. The survey also shows that it is common for legal fees for partners in New York firms to exceed $1,000 an hour. *Id.* A true and correct copy of this survey is attached hereto as **<u>Exhibit 12</u>**.

28.     Class Counsel's rates have been deemed reasonable by Courts across the country, including in New York, California, Michigan, Illinois, Missouri, and New Jersey for example:

(i)     *Perez v. Rash Curtis & Associates*, 2020 WL 1904533, at *20 (N.D. Cal. Apr. 17, 2020) (concluding that "blended rate of $634.48 is within the reasonable range of rates").

(ii)     *Zakskorn v. American Honda Motor Co.*, 2015 WL 3622990, at *13-15 (E.D. Cal. June 9, 2015) (approving a fee request where Bursor & Fisher submitted hourly rates of up to $850 per hour for partners and $450 per hour for associates).

(iii)     *In re Haier Freezer Consumer Litig.*, Case No. C11-02911 EJD, N.D. Cal. (Oct. 25, 2013 Final Judgment And *Order* Granting Plaintiffs' Motion For Final Approval Of Class Action Settlement And For Award Of Attorneys' Fees, Costs And Incentive Awards).

(iv)     *Russett v. Northwestern Mutual Life Insurance Co.*, Case No. 19-cv-07414, S.D.N.Y. (Oct. 6, 2020 Final Judgment And Order Of Dismissal With Prejudice).

(v)     *Edwards v. Hearst Communications, Inc.*, Case No. 15-cv-09279, S.D.N.Y. (Apr. 24, 2019 Final Judgment *And* Order Of Dismissal With Prejudice).

(vi)     *Taylor v. Trusted Media Brands, Inc.*, Case No. 16-cv-01812, S.D.N.Y. (Feb. 1, 2018 Final Judgment And Order Of Dismissal With Prejudice).

### F.     Class Counsel's Costs and Expenses Incurred In This Matter

29.     To date, Class Counsel has expended $9,400.60 in out-of-pocket costs and expenses in connection with the prosecution of this case. Within **<u>Exhibit 2</u>** is an itemized list of those costs and expenses. These costs and expenses are reflected in the records of Class Counsel

and were necessary to prosecute this litigation.  Cost and expense items are billed separately, and such charges are not duplicated in Class Counsel's billing rates.

30.    These expenses include court fees, research fees, mediation fees, service fees, and travel expenses related to the preliminary approval hearing.

### G.    Plaintiff's Role In This Litigation

31.    I am of the opinion that Plaintiff Jane Doe's active involvement in this case was critical to its ultimate resolution.  She took her roles as class representatives seriously, devoting significant amounts of time and effort to protecting the interests of the class.  Without her willingness to assume the risks and responsibilities of serving as class representatives, I do not believe such a strong result could have been achieved.

32.    Plaintiff equipped Class Counsel with critical details regarding her experiences with Defendant.  She assisted Class Counsel in investigating her claims, detailed her experiences as a user of the Joyous website, supplied supporting documentation, aided in drafting the Complaint, and frequently communicated with Class Counsel regarding settlement negotiations and strategy. Plaintiff was prepared to testify at deposition and trial, if necessary.  And she was actively consulted during the settlement process.

33.    In short, Plaintiff  assisted Class Counsel in pursuing this action on behalf of the Class, and her involvement in this case has been nothing short of essential to securing the Settlement.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

 Executed on September 29, 2025 in New York, New York.

　　　　　　　　　　　　　　 _/s/ Philip L. Fraietta_
　　　　　　　　　　　　　　 Philip L. Fraietta

**EXHIBIT 1**

# BURSOR & FISHER
## P.A.

www.bursor.com

701 BRICKELL AVENUE      1330 AVENUE OF THE AMERICAS      1990 NORTH CALIFORNIA BLVD.
MIAMI, FL 33131              NEW YORK, NY 10019              WALNUT CREEK, CA 94596

## **FIRM RESUME**

With offices in Florida, New York, and California, BURSOR & FISHER lawyers have represented both plaintiffs and defendants in state and federal courts throughout the country.

The lawyers at our firm have an active civil trial practice, having won multi-million-dollar verdicts or recoveries in six of six class action jury trials since 2008.  Our most recent class action trial victory came in May 2019 in *Perez v. Rash Curtis & Associates*, in which Mr. Bursor served as lead trial counsel and won a $267 million jury verdict against a debt collector found to have violated the Telephone Consumer Protection Act.  During the pendency of the defendant's appeal, the case settled for $75.6 million, the largest settlement in the history of the Telephone Consumer Protection Act.

In August 2013 in *Ayyad v. Sprint Spectrum L.P.*, in which Mr. Bursor served as lead trial counsel, we won a jury verdict defeating Sprint's $1.06 billion counterclaim and securing the class's recovery of more than $275 million in cash and debt relief.

In *Thomas v. Global Vision Products, Inc. (II)*, we obtained a $50 million jury verdict in favor of a certified class of 150,000 purchasers of the Avacor Hair Regrowth System.  The legal trade publication VerdictSearch reported that this was the second largest jury verdict in California in 2009, and the largest in any class action.

The lawyers at our firm have an active class action practice and have won numerous appointments as class counsel to represent millions of class members, including customers of Honda, Verizon Wireless, AT&T Wireless, Sprint, Haier America, and Michaels Stores as well as purchasers of Avacor™, Hydroxycut, and Sensa™ products.  Bursor & Fisher lawyers have been court-appointed Class Counsel or Interim Class Counsel in:

1. *O'Brien v. LG Electronics USA, Inc.* (D.N.J. Dec. 16, 2010) to represent a certified nationwide class of purchasers of LG French-door refrigerators,

2. *Ramundo v. Michaels Stores, Inc.* (N.D. Ill. June 8, 2011) to represent a certified nationwide class of consumers who made in-store purchases at Michaels Stores using a debit or credit card and had their private financial information stolen as a result,

3. *In re Haier Freezer Consumer Litig.* (N.D. Cal. Aug. 17, 2011) to represent a certified class of purchasers of mislabeled freezers from Haier America Trading, LLC,

4. *Rodriguez v. CitiMortgage, Inc.* (S.D.N.Y. Nov. 14, 2011) to represent a certified nationwide class of military personnel against CitiMortgage for illegal foreclosures,

5. *Rossi v. The Procter & Gamble Co.* (D.N.J. Jan. 31, 2012) to represent a certified nationwide class of purchasers of Crest Sensitivity Treatment & Protection toothpaste,

6. *Dzielak v. Whirlpool Corp. et al.* (D.N.J. Feb. 21, 2012) to represent a proposed nationwide class of purchasers of mislabeled Maytag Centennial washing machines from Whirlpool Corp., Sears, and other retailers,

7. *In re Sensa Weight Loss Litig.* (N.D. Cal. Mar. 2, 2012) to represent a certified nationwide class of purchasers of Sensa weight loss products,

8. *In re Sinus Buster Products Consumer Litig.* (E.D.N.Y. Dec. 17, 2012) to represent a certified nationwide class of purchasers,

9. *Ebin v. Kangadis Food Inc.* (S.D.N.Y. Feb. 25, 2014) to represent a certified nationwide class of purchasers of Capatriti 100% Pure Olive Oil,

10. *Forcellati v. Hyland's, Inc.* (C.D. Cal. Apr. 9, 2014) to represent a certified nationwide class of purchasers of children's homeopathic cold and flu remedies,

11. *Ebin v. Kangadis Family Management LLC, et al.* (S.D.N.Y. Sept. 18, 2014) to represent a certified nationwide class of purchasers of Capatriti 100% Pure Olive Oil,

12. *In re Scotts EZ Seed Litig.* (S.D.N.Y. Jan. 26, 2015) to represent a certified class of purchasers of Scotts Turf Builder EZ Seed,

13. *Dei Rossi v. Whirlpool Corp., et al.* (E.D. Cal. Apr. 28, 2015) to represent a certified class of purchasers of mislabeled KitchenAid refrigerators from Whirlpool Corp., Best Buy, and other retailers,

14. *Hendricks v. StarKist Co.* (N.D. Cal. July 23, 2015) to represent a certified nationwide class of purchasers of StarKist tuna products,

15. *In re NVIDIA GTX 970 Graphics Card Litig.* (N.D. Cal. May 8, 2015) to represent a proposed nationwide class of purchasers of NVIDIA GTX 970 graphics cards,

16. *Melgar v. Zicam LLC, et al.* (E.D. Cal. March 30, 2016) to represent a certified ten-jurisdiction class of purchasers of Zicam Pre-Cold products,

17. *In re Trader Joe's Tuna Litigation* (C.D. Cal. December 21, 2016) to represent purchaser of allegedly underfilled Trader Joe's canned tuna.

18. *In re Welspun Litigation* (S.D.N.Y. January 26, 2017) to represent a proposed nationwide class of purchasers of Welspun Egyptian cotton bedding products,

19. *Retta v. Millennium Products, Inc.* (C.D. Cal. January 31, 2017) to represent a certified nationwide class of Millennium kombucha beverages,

20. *Moeller v. American Media, Inc.*, (E.D. Mich. June 8, 2017) to represent a class of magazine subscribers under the Michigan Preservation of Personal Privacy Act,

21. *Hart v. BHH, LLC* (S.D.N.Y. July 7, 2017) to represent a nationwide class of purchasers of Bell & Howell ultrasonic pest repellers,

22. *McMillion v. Rash Curtis & Associates* (N.D. Cal. September 6, 2017) to represent a certified nationwide class of individuals who received calls from Rash Curtis & Associates,

23. *Lucero v. Solarcity Corp.* (N.D. Cal. September 15, 2017) to represent a certified nationwide class of individuals who received telemarketing calls from Solarcity Corp.,

24. *Taylor v. Trusted Media Brands, Inc.* (S.D.N.Y. Oct. 17, 2017) to represent a class of magazine subscribers under the Michigan Preservation of Personal Privacy Act,

25. *Gasser v. Kiss My Face, LLC* (N.D. Cal. Oct. 23, 2017) to represent a proposed nationwide class of purchasers of cosmetic products,

26. *Gastelum v. Frontier California Inc.* (S.F. Superior Court February 21, 2018) to represent a certified California class of Frontier landline telephone customers who were charged late fees,

27. *Williams v. Facebook, Inc.* (N.D. Cal. June 26, 2018) to represent a proposed nationwide class of Facebook users for alleged privacy violations,

28. *Ruppel v. Consumers Union of United States, Inc.* (S.D.N.Y. July 27, 2018) to represent a class of magazine subscribers under the Michigan Preservation of Personal Privacy Act,

29. *Bayol v. Health-Ade* (N.D. Cal. August 23, 2018) to represent a proposed nationwide class of Health-Ade kombucha beverage purchasers,

30. *West v. California Service Bureau* (N.D. Cal. September 12, 2018) to represent a certified nationwide class of individuals who received calls from California Service Bureau,

31. *Gregorio v. Premier Nutrition Corporation* (S.D.N.Y. Sept. 14, 2018) to represent a nationwide class of purchasers of protein shake products,

32. *Moeller v. Advance Magazine Publishers, Inc. d/b/a Condé Nast* (S.D.N.Y. Oct. 24, 2018) to represent a class of magazine subscribers under the Michigan Preservation of Personal Privacy Act,

33. *Bakov v. Consolidated World Travel Inc. d/b/a Holiday Cruise Line* (N.D. Ill. Mar. 21, 2019) to represent a certified class of individuals who received calls from Holiday Cruise Line,

34. *Martinelli v. Johnson & Johnson* (E.D. Cal. March 29, 2019) to represent a certified class of purchasers of Benecol spreads labeled with the representation "No Trans Fat,"

35. *Edwards v. Hearst Communications, Inc.* (S.D.N.Y. April 24, 2019) to represent a class of magazine subscribers under the Michigan Preservation of Personal Privacy Act,

36. *Galvan v. Smashburger* (C.D. Cal. June 25, 2019) to represent a proposed class of purchasers of Smashburger's "Triple Double" burger,

37. *Kokoszki v. Playboy Enterprises, Inc.* (E.D. Mich. Feb. 7, 2020) to represent a class of magazine subscribers under the Michigan Preservation of Personal Privacy Act,

38. *Russett v. The Northwestern Mutual Life Insurance Co.* (S.D.N.Y. May 28, 2020) to represent a class of insurance policyholders that were allegedly charged unlawful paper billing fees,

39. *In re: Metformin Marketing and Sales Practices Litigation* (D.N.J. June 3, 2020) to represent a proposed nationwide class of purchasers of generic diabetes medications that were contaminated with a cancer-causing carcinogen,

40. *Hill v. Spirit Airlines, Inc.* (S.D. Fla. July 21, 2020) to represent a proposed nationwide class of passengers whose flights were cancelled by Spirit Airlines due to the novel coronavirus, COVID-19, and whose tickets were not refunded,

41. *Kramer v. Alterra Mountain Co.* (D. Colo. July 31, 2020) to represent a proposed nationwide class of purchasers to recoup the unused value of their Ikon ski passes after Alterra suspended operations at its ski resorts due to the novel coronavirus, COVID-19,

42. *Qureshi v. American University* (D.D.C. July 31, 2020) to represent a proposed nationwide class of students for tuition and fee refunds after their classes were moved online by American University due to the novel coronavirus, COVID-19,

43. *Hufford v. Maxim Inc.* (S.D.N.Y. Aug. 13, 2020) to represent a class of magazine subscribers under the Michigan Preservation of Personal Privacy Act,

44. *Desai v. Carnegie Mellon University* (W.D. Pa. Aug. 26, 2020) to represent a proposed nationwide class of students for tuition and fee refunds after their classes were moved online by Carnegie Mellon University due to the novel coronavirus, COVID-19,

45. *Heigl v. Waste Management of New York, LLC* (E.D.N.Y. Aug. 27, 2020) to represent a class of waste collection customers that were allegedly charged unlawful paper billing fees,

46. *Stellato v. Hofstra University* (E.D.N.Y. Sept. 18, 2020) to represent a proposed nationwide class of students for tuition and fee refunds after their classes were moved online by Hofstra University due to the novel coronavirus, COVID-19,

47. *Kaupelis v. Harbor Freight Tools USA, Inc.* (C.D. Cal. Sept. 23, 2020), to represent consumers who purchased defective chainsaws,

48. *Soo v. Lorex Corporation* (N.D. Cal. Sept. 23, 2020), to represent consumers whose security cameras were intentionally rendered non-functional by manufacturer,

49. *Miranda v. Golden Entertainment (NV), Inc.* (D. Nev. Dec. 17, 2020), to represent consumers and employees whose personal information was exposed in a data breach,

50. *Benbow v. SmileDirectClub, Inc.* (Cir. Ct. Cook Cnty. Feb. 4, 2021), to represent a certified nationwide class of individuals who received text messages from SmileDirectClub, in alleged violation of the Telephone Consumer Protection Act,

51. *Suren v. DSV Solutions, LLC* (Cir. Ct. DuPage Cnty. Apr. 8, 2021), to represent a certified class of employees who used a fingerprint clock-in system, in alleged violation of the Illinois Biometric Information Privacy Act,

52. *De Lacour v. Colgate-Palmolive Co.* (S.D.N.Y. Apr. 23, 2021), to represent a certified class of consumers who purchased allegedly "natural" Tom's of Maine products,

53. *Wright v. Southern New Hampshire University* (D.N.H. Apr. 26, 2021), to represent a certified nationwide class of students for tuition and fee refunds after their classes were moved online by Southern New Hampshire University due to the novel coronavirus, COVID-19,

54. *Sahlin v. Hospital Housekeeping Systems, LLC* (Cir. Ct. Williamson Cnty. May 21, 2021), to represent a certified class of employees who used a fingerprint clock-in system, in alleged violation of the Illinois Biometric Information Privacy Act,

55. *Landreth v. Verano Holdings LLC, et al.* (Cir. Ct. Cook Cnty. June 2, 2021), to represent a certified class of employees who used a fingerprint clock-in system, in alleged violation of the Illinois Biometric Information Privacy Act.

56. *Rocchio v. Rutgers, The State University of New Jersey*, (Sup. Ct., Middlesex Cnty. October 27, 201), to represent a certified nationwide class of students for fee refunds after their classes were moved online by Rutgers due to the novel coronavirus, COVID-19,

57. *Malone v. Western Digital Corp.*, (N.D. Cal. Dec. 22, 2021), to represent a class of consumers who purchased hard drives that were allegedly deceptively advertised,

58. *Jenkins v. Charles Industries, LLC*, (Cir. Ct. DuPage Cnty. Dec. 21, 2021) to represent a certified class of employees who used a fingerprint clock-in system, in alleged violation of the Illinois Biometric Information Privacy Act,

59. *Frederick v. Examsoft Worldwide, Inc.*, (Cir. Ct. DuPage Cnty. Jan. 6, 2022) to represent a certified class of exam takers who used virtual exam proctoring software, in alleged violation of the Illinois Biometric Information Privacy Act,

60. *Isaacson v. Liqui-Box Flexibles, LLC, et al.*, (Cir. Ct. Will Cnty. Jan. 18, 2022) to represent a certified class of employees who used a fingerprint clock-in system, in alleged violation of the Illinois Biometric Information Privacy Act,

61. *Goldstein et al. v. Henkel Corp.*, (D. Conn. Mar. 3, 2022) to represent a proposed class of purchasers of Right Guard-brand antiperspirants that were allegedly contaminated with benzene,

62. *McCall v. Hercules Corp.*, (N.Y. Sup. Ct., Westchester Cnty. Mar. 14, 2022) to represent a certified class of who laundry card purchasers who were allegedly subjected to deceptive practices by being denied cash refunds,

63. *Lewis v. Trident Manufacturing, Inc.*, (Cir. Ct. Kane Cnty. Mar. 16, 2022) to represent a certified class of workers who used a fingerprint clock-in system, in alleged violation of the Illinois Biometric Information Privacy Act,

64. *Croft v. Spinx Games Limited, et al.*, (W.D. Wash. Mar. 31, 2022) to represent a certified class of Washington residents who lost money playing mobile applications games that allegedly constituted illegal gambling under Washington law,

65. *Fischer v. Instant Checkmate LLC*, (N.D. Ill. Mar. 31, 2022) to represent a certified class of Illinois residents whose identities were allegedly used without their consent in alleged violation of the Illinois Right of Publicity Act,

66. *Rivera v. Google LLC*, (Cir. Ct. Cook Cnty. Apr. 25, 2022) to represent a certified class of Illinois residents who appeared in a photograph in Google Photos, in alleged violation of the Illinois Biometric Information Privacy Act,

67. *Loftus v. Outside Integrated Media, LLC*, (E.D. Mich. May 5, 2022) to represent a class of magazine subscribers under the Michigan Preservation of Personal Privacy Act,

68. *D'Amario v. The University of Tampa*, (S.D.N.Y. June 3, 2022) to represent a certified nationwide class of students for tuition and fee refunds after their classes were moved online by The University of Tampa due to the novel coronavirus, COVID-19,

69. *Fittipaldi v. Monmouth University*, (D.N.J. Sept. 22, 2022) to represent a certified nationwide class of students for tuition and fee refunds after their classes were moved online by Monmouth University due to the novel coronavirus, COVID-19,

70. *Armstead v. VGW Malta Ltd. et al.* (Cir. Ct. Henderson Cnty. Oct. 3, 2022) to present a certified class of Kentucky residents who lost money playing mobile applications games that allegedly constituted illegal gambling under Kentucky law,

71. *Cruz v. The Connor Group, A Real Estate Investment Firm, LLC*, (N.D. Ill. Oct. 26, 2022) to represent a certified class of workers who used a fingerprint clock-in system, in alleged violation of the Illinois Biometric Information Privacy Act,

72. *Delcid et al. v. TCP HOT Acquisitions LLC et al.* (S.D.N.Y. Oct. 28, 2022) to represent a certified nationwide class of purchasers of Sure and Brut-brand antiperspirants that were allegedly contaminated with benzene,

73. *Kain v. The Economist Newspaper NA, Inc.* (E.D. Mich. Dec. 15, 2022) to represent a class of magazine subscribers under the Michigan Preservation of Personal Privacy Act,

74. *Strano v. Kiplinger Washington Editors, Inc.* (E.D. Mich. Jan. 6, 2023) to represent a class of magazine subscribers under the Michigan Preservation of Personal Privacy Act,

75. *Moeller v. The Week Publications, Inc.* (E.D. Mich. Jan. 6, 2023) to represent a class of magazine subscribers under the Michigan Preservation of Personal Privacy Act,

76. *Ambrose v. Boston Globe Media Partners, LLC* (D. Mass. May 25, 2023) to represent a nationwide class of newspaper subscribers who were also Facebook users under the Video Privacy Protection Act,

77. *In re: Apple Data Privacy Litigation*, (N.D. Cal. July 5, 2023) to represent a putative nationwide class of all persons who turned off permissions for data tracking and whose mobile app activity was still tracked on iPhone mobile devices,

78. *Young v. Military Advantage, Inc. d/b/a Military.com* (Cir. Ct. DuPage Cnty. July 26, 2023) to represent a nationwide class of website subscribers who were also Facebook users under the Video Privacy Protection Act,

79. *Whiting v. Yellow Social Interactive Ltd.* (Cir. Ct. Henderson Cnty. Aug. 15, 2023) to represent a certified class of Kentucky residents who lost money playing mobile applications games that allegedly constituted illegal gambling under Kentucky law,

80. *Kotila v. Charter Financial Publishing Network, Inc.* (W.D. Mich. Feb. 21, 2024) to represent a class of magazine subscribers under the Michigan Preservation of Personal Privacy Act,

81. *Schreiber v. Mayo Foundation for Medical Education and Research* (W.D. Mich. Feb. 21, 2024) to represent a class of magazine subscribers under the Michigan Preservation of Personal Privacy Act,

82. *Norcross v. Tishman Speyer Properties, et al.* (S.D.N.Y. May 17, 2024) to represent a class of online ticket purchasers under New York Arts & Cultural Affairs Law § 25.07(4).

## <u>SCOTT A. BURSOR</u>

Mr. Bursor has an active civil trial practice, having won multi-million verdicts or recoveries in six of six civil jury trials since 2008. Mr. Bursor's most recent victory came in May 2019 in *Perez v. Rash Curtis & Associates*, in which Mr. Bursor served as lead trial counsel and won a $267 million jury verdict against a debt collector for violations of the Telephone Consumer Protection Act (TCPA).

In *Ayyad v. Sprint Spectrum L.P.* (2013), where Mr. Bursor served as lead trial counsel, the jury returned a verdict defeating Sprint's $1.06 billion counterclaim and securing the class's recovery of more than $275 million in cash and debt relief.

In *Thomas v. Global Vision Products, Inc.* (2009), the jury returned a $50 million verdict in favor of the plaintiff and class represented by Mr. Bursor. The legal trade publication VerdictSearch reported that this was the second largest jury verdict in California in 2009.

Class actions are rarely tried to verdict. Other than Mr. Bursor and his partner Mr. Fisher, we know of no lawyer that has tried more than one class action to a jury. Mr. Bursor's perfect record of six wins in six class action jury trials, with recoveries ranging from $21 million to $299 million, is unmatched by any other lawyer. Each of these victories was hard-fought against top trial lawyers from the biggest law firms in the United States.

Mr. Bursor graduated from the University of Texas Law School in 1996. He served as Articles Editor of the Texas Law Review, and was a member of the Board of Advocates and Order of the Coif. Prior to starting his own practice, Mr. Bursor was a litigation associate at a large New York based law firm where he represented telecommunications, pharmaceutical, and technology companies in commercial litigation.

Mr. Bursor is a member of the state bars of New York, Florida, and California, as well as the bars of the United States Court of Appeals for the Second, Third, Fourth, Sixth, Ninth and Eleventh Circuits, and the bars of the United States District Courts for the Southern and Eastern Districts of New York, the Northern, Central, Southern and Eastern Districts of California, the Southern and Middle Districts of Florida, and the Eastern District of Michigan.

## <u>*Representative Cases*</u>

Mr. Bursor was appointed lead or co-lead class counsel to the largest, 2nd largest, and 3rd largest classes ever certified. Mr. Bursor has represented classes including more than 160 million class members, roughly 1 of every 2 Americans. Listed below are recent cases that are representative of Mr. Bursor's practice:

Mr. Bursor negotiated and obtained court-approval for two landmark settlements in *Nguyen v. Verizon Wireless* and *Zill v. Sprint Spectrum* (the largest and 2nd largest classes ever certified). These settlements required Verizon and Sprint to open their wireless networks to third-party devices and applications. These settlements are believed to be the most significant legal development affecting the telecommunications industry since 1968, when the FCC's Carterfone decision similarly opened up AT&T's wireline telephone network.

Mr. Bursor was the lead trial lawyer in *Ayyad v. Sprint Spectrum, L.P.* representing a class of approximately 2 million California consumers who were charged an early termination fee under a Sprint cellphone contract, asserting claims that such fees were unlawful liquidated damages under the California Civil Code, as well as other statutory and common law claims. After a five-week combined bench-and-jury trial, the jury returned a verdict in June 2008 and the Court issued a Statement of Decision in December 2008 awarding the plaintiffs $299 million in cash and debt cancellation. Mr. Bursor served as lead trial counsel for this class again in 2013 during a month-long jury trial in which Sprint asserted a $1.06 billion counterclaim against the class. Mr. Bursor secured a verdict awarding Sprint only $18.4 million, the exact amount calculated by the class's damages expert. This award was less than 2% of the damages Sprint sought, less than 6% of the amount of the illegal termination fees Sprint charged to class members. In December 2016, after more than 13 years of litigation, the case was settled for $304 million, including $79 million in cash payments plus $225 million in debt cancellation.

Mr. Bursor was the lead trial lawyer in *White v. Cellco Partnership d/b/a Verizon Wireless* representing a class of approximately 1.4 million California consumers who were charged an early termination fee under a Verizon cellphone contract, asserting claims that such fees were unlawful liquidated damages under the California Civil Code, as well as other statutory and common law claims. In July 2008, after Mr. Bursor presented plaintiffs' case-in-chief, rested, then cross-examined Verizon's principal trial witness, Verizon agreed to settle the case for a $21 million cash payment and an injunction restricting Verizon's ability to impose early termination fees in future subscriber agreements.

Mr. Bursor was the lead trial lawyer in *Thomas v. Global Visions Products Inc.* Mr. Bursor represented a class of approximately 150,000 California consumers who had purchased the Avacor® hair regrowth system. In January 2008, after a four-week combined bench-and-jury trial. Mr. Bursor obtained a $37 million verdict for the class, which the Court later increased to $40 million.

Mr. Bursor was appointed class counsel and was elected chair of the Official Creditors' Committee in *In re Nutraquest Inc.*, a Chapter 11 bankruptcy case before Chief Judge Garrett E. Brown, Jr. (D.N.J.) involving 390 ephedra-related personal injury and/or wrongful death claims, two consumer class actions, four enforcement actions by governmental agencies, and multiple adversary proceedings related to the Chapter 11 case. Working closely with counsel for all parties and with two mediators, Judge Nicholas Politan (Ret.) and Judge Marina Corodemus (Ret.), the committee chaired by Mr. Bursor was able to settle or otherwise resolve every claim and reach a fully consensual Chapter 11 plan of reorganization, which Chief Judge Brown approved in late 2006. This settlement included a $12.8 million recovery to a nationwide class of consumers who alleged they were defrauded in connection with the purchase of Xenadrine® dietary supplement products.

Mr. Bursor was the lead trial lawyer in *In re: Pacific Bell Late Fee Litigation*. After filing the first class action challenging Pac Bell's late fees in April 2010, winning a contested motion to certify a statewide California class in January 2012, and defeating Pac Bell's motion for summary judgment in February 2013, Mr. Bursor obtained final approval of the $38 million class settlement. The settlement, which Mr. Bursor negotiated the night before opening statements were scheduled to commence, included a $20 million cash payment to provide refunds to California customers who paid late fees on their Pac Bell wireline telephone accounts, and an injunction that reduced other late fee charges by $18.6 million.

## L. TIMOTHY FISHER

L. Timothy Fisher has an active practice in consumer class actions and complex business litigation and has also successfully handled a large number of civil appeals.

Mr. Fisher has been actively involved in numerous cases that resulted in multi-million dollar recoveries for consumers and investors. Mr. Fisher has handled cases involving a wide range of issues including nutritional labeling, health care, telecommunications, corporate governance, unfair business practices and consumer fraud. With his partner Scott A. Bursor, Mr. Fisher has tried five class action jury trials, all of which produced successful results. In *Thomas v. Global Vision Products*, Mr. Fisher obtained a jury award of $50,024,611 — the largest class action award in California in 2009 and the second-largest jury award of any kind. In 2019, Mr. Fisher served as trial counsel with Mr. Bursor in *Perez. v. Rash Curtis & Associates*, where the jury returned a verdict for $267 million in statutory damages under the Telephone Consumer Protection Act.

Mr. Fisher was admitted to the State Bar of California in 1997. He is also a member of the bars of the United States Court of Appeals for the Ninth Circuit, the United States District Courts for the Northern, Central, Southern and Eastern Districts of California, the Northern District of Illinois, the Eastern District of Michigan, and the Eastern District of Missouri. Mr. Fisher taught appellate advocacy at John F. Kennedy University School of Law in 2003 and 2004. In 2010, he contributed jury instructions, a verdict form and comments to the consumer protection chapter of Justice Elizabeth A. Baron's *California Civil Jury Instruction Companion Handbook* (West 2010). In January 2014, Chief Judge Claudia Wilken of the United States District Court for the Northern District of California appointed Mr. Fisher to a four-year term as a member of the Court's Standing Committee on Professional Conduct.

Mr. Fisher received his Juris Doctor from Boalt Hall at the University of California at Berkeley in 1997. While in law school, he was an active member of the Moot Court Board and participated in moot court competitions throughout the United States. In 1994, Mr. Fisher received an award for Best Oral Argument in the first-year moot court competition.

In 1992, Mr. Fisher graduated with highest honors from the University of California at Berkeley and received a degree in political science. Prior to graduation, he authored an honors thesis for Professor Bruce Cain entitled "The Role of Minorities on the Los Angeles City Council." He is also a member of Phi Beta Kappa.

## Representative Cases

*Thomas v. Global Vision Products, Inc.* (Alameda County Superior Court).  Mr. Fisher litigated claims against Global Vision Products, Inc. and other individuals in connection with the sale and marketing of a purported hair loss remedy known as Avacor.  The case lasted more than seven years and involved two trials.  The first trial resulted in a verdict for plaintiff and the class in the amount of $40,000,000.  The second trial resulted in a jury verdict of $50,024,611, which led to a $30 million settlement for the class.

*In re Cellphone Termination Fee Cases* - Handset Locking Actions (Alameda County Superior Court).  Mr. Fisher actively worked on five coordinated cases challenging the secret locking of cell phone handsets by major wireless carriers to prevent consumers from activating them on competitive carriers' systems.  Settlements have been approved in all five cases on terms that require the cell phone carriers to disclose their handset locks to consumers and to provide unlocking codes nationwide on reasonable terms and conditions.  The settlements fundamentally changed the landscape for cell phone consumers regarding the locking and unlocking of cell phone handsets.

*In re Cellphone Termination Fee Cases* - Early Termination Fee Cases (Alameda County Superior Court and Federal Communications Commission).  In separate cases that are a part of the same coordinated litigation as the Handset Locking Actions, Mr. Fisher actively worked on claims challenging the validity under California law of early termination fees imposed by national cell phone carriers. In one of those cases, against Verizon Wireless, a nationwide settlement was reached after three weeks of trial in the amount of $21 million.  In a second case, which was tried to verdict, the Court held after trial that the $73 million of flat early termination fees that Sprint had collected from California consumers over an eight-year period were void and unenforceable.

## Selected Published Decisions

*Melgar v. Zicam LLC*, 2016 WL 1267870 (E.D. Cal. Mar. 30, 2016) (certifying 10-jurisdiction class of purchasers of cold remedies, denying motion for summary judgment, and denying motions to exclude plaintiff's expert witnesses).

*Salazar v. Honest Tea, Inc.*, 2015 WL 7017050 (E.D. Cal. Nov. 12. 2015) (denying motion for summary judgment).

*Dei Rossi v. Whirlpool Corp.*, 2015 WL 1932484 (E.D. Cal. Apr. 27, 2015) (certifying California class of purchasers of refrigerators that were mislabeled as Energy Star qualified).

*Bayol v. Zipcar, Inc.*, 78 F.Supp.3d 1252 (N.D. Cal. 2015) (denying motion to dismiss claims alleging unlawful late fees under California Civil Code § 1671).

*Forcellati v. Hyland's, Inc.*, 2015 WL 9685557 (C.D. Cal. Jan. 12, 2015) (denying motion for summary judgment in case alleging false advertising of homeopathic cold and flu remedies for children).

*Bayol v. Zipcar, Inc.*, 2014 WL 4793935 (N.D. Cal. Sept. 25, 2014) (denying motion to transfer venue pursuant to a forum selection clause).

*Forcellati v. Hyland's Inc.*, 2014 WL 1410264 (C.D. Cal. Apr. 9, 2014) (certifying nationwide class of purchasers of homeopathic cold and flu remedies for children).

*Hendricks v. StarKist Co.*, 30 F.Supp.3d 917 (N.D. Cal. 2014) (denying motion to dismiss in case alleging underfilling of 5-ounce cans of tuna).

*Dei Rossi v. Whirlpool Corp.*, 2013 WL 5781673 (E.D. Cal. October 25, 2013) (denying motion to dismiss in case alleging that certain KitchenAid refrigerators were misrepresented as Energy Star qualified).

*Forcellati v. Hyland's Inc.*, 876 F.Supp.2d 1155 (C.D. Cal. 2012) (denying motion to dismiss complaint alleging false advertising regarding homeopathic cold and flu remedies for children).

*Clerkin v. MyLife.com*, 2011 WL 3809912 (N.D. Cal. August 29, 2011) (denying defendants' motion to dismiss in case alleging false and misleading advertising by a social networking company).

*In re Cellphone Termination Fee Cases*, 186 Cal.App.4th 1380 (2010) (affirming order approving $21 million class action settlement).

*Gatton v. T-Mobile USA, Inc.*, 152 Cal.App.4th 571 (2007) (affirming order denying motion to compel arbitration).

### ***Selected Class Settlements***

*Melgar v. Zicam* (Eastern District of California) - $16 million class settlement of claims alleging cold medicine was ineffective.

*Gastelum v. Frontier California Inc.* (San Francisco Superior Court) - $10.9 million class action settlement of claims alleging that a residential landline service provider charged unlawful late fees.

*West v. California Service Bureau*, *Inc.* (Northern District of California) - $4.1 million class settlement of claims under the Telephone Consumer Protection Act.

*Gregorio v. Premier Nutrition Corp.* (Southern District of New York) - $9 million class settlement of false advertising claims against protein shake manufacturer.

*Morris v. SolarCity Corp.* (Northern District of California) - $15 million class settlement of claims under the Telephone Consumer Protection Act.

*Retta v. Millennium Products, Inc.* (Central District of California) - $8.25 million settlement to resolve claims of bottled tea purchasers for alleged false advertising.

*Forcellati v. Hyland's* (Central District of California) – nationwide class action settlement providing full refunds to purchasers of homeopathic cold and flu remedies for children.

*Dei Rossi v. Whirlpool* (Eastern District of California) – class action settlement providing $55 cash payments to purchasers of certain KitchenAid refrigerators that allegedly mislabeled as Energy Star qualified.

*In Re NVIDIA GTX 970 Graphics Chip Litigation* (Northern District of California) - $4.5 million class action settlement of claims alleging that a computer graphics card was sold with false and

BURSOR&FISHER
P.A.

misleading representations concerning its specifications and performance.

*Hendricks v. StarKist Co.* (Northern District of California) – $12 million class action settlement of claims alleging that 5-ounce cans of tuna were underfilled.

*In re Zakskorn v. American Honda Motor Co.* Honda (Eastern District of California) – nationwide settlement providing for brake pad replacement and reimbursement of out-of-pocket expenses in case alleging defective brake pads on Honda Civic vehicles manufactured between 2006 and 2011.

*Correa v. Sensa Products, LLC* (Los Angeles Superior Court) - $9 million settlement on behalf of purchasers of the Sensa weight loss product.

*In re Pacific Bell Late Fee Litigation* (Contra Costa County Superior Court) - $38.6 million settlement on behalf of Pac Bell customers who paid an allegedly unlawful late payment charge.

*In re Haier Freezer Consumer Litigation* (Northern District of California) - $4 million settlement, which provided for cash payments of between $50 and $325.80 to class members who purchased the Haier HNCM070E chest freezer.

*Thomas v. Global Vision Products, Inc.* (Alameda County Superior Court) - $30 million settlement on behalf of a class of purchasers of a hair loss remedy.

*Guyette v. Viacom, Inc.* (Alameda County Superior Court) - $13 million settlement for a class of cable television subscribers who alleged that the defendant had improperly failed to share certain tax refunds with its subscribers.

## JOSEPH I. MARCHESE

Joseph I. Marchese is a Partner with Bursor & Fisher, P.A. Joe focuses his practice on consumer class actions, employment law disputes, and commercial litigation. He has represented corporate and individual clients in a wide array of civil litigation, and has substantial trial and appellate experience.

Joe has diverse experience in litigating and resolving consumer class actions involving claims of mislabeling, false or misleading advertising, privacy violations, unlawful and junk fees, data breach claims, and violations of the Telephone Consumer Protection Act and Servicemembers Civil Relief Act.

Joe also has significant experience in multidistrict litigation proceedings. Recently, he served on the Plaintiffs' Executive Committee in *In Re: Blue Buffalo Company, Ltd. Marketing And Sales Practices Litigation*, MDL No. 2562, which resulted in a $32 million consumer class settlement. Currently, he serves on the Plaintiffs' Steering Committee for Economic Reimbursement in *In Re: Valsartan Products Liability Litigation*, MDL. No. 2875.

Joe is admitted to the State Bar of New York and is a member of the bars of the United States District Courts for the Southern District of New York, the Eastern District of New York,

and the Eastern District of Michigan, as well as the United States Courts of Appeals for the First, Second and Sixth Circuits.

Joe graduated from Boston University School of Law in 2002 where he was a member of The Public Interest Law Journal.  In 1998, Joe graduated with honors from Bucknell University.

### *Selected Published Decisions:*

*Farwell v. Google, LLC*, 595 F. Supp. 3d 702 (C.D. Ill. Mar. 31, 2022), denying defendant's motion to dismiss BIPA claims brought on behalf of Illinois students using Google's Workspace for Education platform.

*Boelter v. Hearst Communications, Inc.*, 269 F. Supp. 3d 172 (S.D.N.Y. Sept. 7, 2017), granting plaintiff's motion for partial summary judgment on state privacy law violations in putative class action.

*Boelter v. Hearst Communications, Inc.*, 192 F. Supp. 3d 427 (S.D.N.Y. June 17, 2016), denying publisher's motion to dismiss its subscriber's allegations of state privacy law violations in putative class action.

*In re Scotts EZ Seed Litigation*, 304 F.R.D. 397 (S.D.N.Y. 2015), granting class certification of false advertising and other claims brought by New York and California purchasers of grass seed product.

*Ebin v. Kangadis Food Inc.*, 297 F.R.D. 561 (S.D.N.Y. 2014), granting nationwide class certification of false advertising and other claims brought by purchasers of purported "100% Pure Olive Oil" product.

*In re Michaels Stores Pin Pad Litigation*, 830 F. Supp. 2d 518 (N.D. Ill. 2011), denying retailer's motion to dismiss its customers' state law consumer protection and privacy claims in data breach putative class action.

### *Selected Class Settlements:*

*Schreiber v. Mayo Foundation*, Case No. 22-cv-0188-HYJ-RSK (W.D. Mich. 2024) – final approval granted for $52.5 million class settlement to resolve claims of periodical subscribers for alleged statutory privacy violations.

*Edwards v. Mid-Hudson Valley Federal Credit Union*, Case No. 22-cv-00562-TJM-CFH (N.D.N.Y. 2023) – final approval granted for $2.2 million class settlement to resolve claims alleging unlawfully charged overdraft fees on accounts with sufficient funds.

*Benbow v. SmileDirectClub, LLC*, Case No. 2020-CH-07269 (Cir. Ct. Cook Cnty. 2022) – final approval granted for $11.5 million class settlement to resolve claims for alleged TCPA violations.

*Marquez v. Google LLC*, Case No. 2021-CH-1460 (Cir. Ct. Cook Cnty. 2022) – final approval granted for $100 million class settlement to resolve alleged BIPA violations of Illinois residents appearing on the Google Photos platform.

*Edwards v. Hearst Communications, Inc.*, Case No. 15-cv-09279-AT (S.D.N.Y. 2019) – final approval granted for $50 million class settlement to resolve claims of magazine subscribers for alleged statutory privacy violations.

*Moeller v. Advance Magazine Publishers, Inc. d/b/a Condé Nast*, Case No. 15-cv-05671-NRB (S.D.N.Y. 2019) – final approval granted for $13.75 million class settlement to resolve claims of magazine subscribers for alleged statutory privacy violations.

In *re Scotts EZ Seed Litigation*, Case No. 12-cv-4727-VB (S.D.N.Y. 2018) – final approval granted for $47 million class settlement to resolve false advertising claims of purchasers of combination grass seed product.

*In Re:  Blue Buffalo Marketing And Sales Practices Litigation*, Case No. 14-MD-2562-RWS (E.D. Mo. 2016) – final approval granted for $32 million class settlement to resolve claims of pet owners for alleged false advertising of pet foods.

*Rodriguez v. Citimortgage, Inc.*, Case No. 11-cv-4718-PGG (S.D.N.Y. 2015) – final approval granted for $38 million class settlement to resolve claims of military servicemembers for alleged foreclosure violations of the Servicemembers Civil Relief Act, where each class member was entitled to $116,785 plus lost equity in the foreclosed property and interest thereon.

*O'Brien v. LG Electronics USA, Inc., et al.*, Case No. 10-cv-3733-DMC (D.N.J. 2011) – final approval granted for $23 million class settlement to resolve claims of Energy Star refrigerator purchasers for alleged false advertising of the appliances' Energy Star qualification.

## **SARAH N. WESTCOT**

Sarah N. Westcot is the Managing Partner of Bursor & Fisher's Miami office. She focuses her practice on consumer class actions, complex business litigation, and mass torts.

She has represented clients in a wide array of civil litigation, and has substantial trial and appellate experience.  Sarah served as trial counsel in *Ayyad v. Sprint Spectrum L.P.*, where Bursor & Fisher won a jury verdict defeating Sprint's $1.06 billion counterclaim and securing the class's recovery of more than $275 million in cash and debt relief.

Sarah also has significant experience in high-profile, multi-district litigations.  She currently serves on the Plaintiffs' Steering Committee in *In re Zantac (Ranitidine) Products Liability Litigation,* MDL No. 2924 (S.D. Florida). She also serves on the Plaintiffs' Executive Committee in *In re Apple Inc. App Store Simulated Casino-Style Games Litigation,* MDL No. 2985 (N.D. Cal.) and *In Re: Google Play Store Simulated Casino-Style Games Litigation*, MDL No. 3001 (N.D. Cal.).

Sarah is admitted to the State Bars of California and Florida, and is a member of the bars of the United States District Courts for the Northern, Central, Southern, and Eastern Districts of California, the United States District Courts for the Southern and Middle Districts of Florida, and the bars of the United States Courts of Appeals for the Second, Eighth, and Ninth Circuits.

Sarah received her Juris Doctor from the University of Notre Dame Law School in 2009. During law school, she was a law clerk with the Cook County State's Attorney's Office in Chicago and the Santa Clara County District Attorney's Office in San Jose, CA, gaining early trial experience in both roles. She graduated with honors from the University of Florida in 2005.

Sarah is a member of The National Trial Lawyers Top 100 Civil Plaintiff Lawyers, and was selected to The National Trial Lawyers Top 40 Under 40 Civil Plaintiff Lawyers for 2022.

## NEAL J. DECKANT

Neal J. Deckant is a Partner with Bursor & Fisher, P.A., where he serves as the firm's Head of Information & e-Discovery. Neal focuses his practice on complex business litigation and consumer class actions. Prior to joining Bursor & Fisher, Neal counseled low-income homeowners facing foreclosure in East Boston.

Neal is admitted to the State Bars of California and New York, and is a member of the bars of the United States District Court for the Northern District of California, the United States District Court for the Eastern District of California, the United States District Court for the Central District of California, the United States District Court for the Southern District of California, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the bars of the United States Courts of Appeals for the Second and Ninth Circuits.

Neal received his Juris Doctor from Boston University School of Law in 2011, graduating cum laude with two Dean's Awards. During law school, Neal served as a Senior Articles Editor for the Review of Banking and Financial Law, where he authored two published articles about securitization reforms, both of which were cited by the New York Court of Appeals, the highest court in the state. Neal was also awarded Best Oral Argument in his moot court section, and he served as a Research Assistant for his Securities Regulation professor. Neal has also been honored as a 2014, 2015, 2016, and 2017 Super Lawyers Rising Star. In 2007, Neal graduated with Honors from Brown University with a dual major in East Asian Studies and Philosophy.

### *Selected Published Decisions:*

*Martinelli v. Johnson & Johnson*, 2019 WL 1429653 (N.D. Cal. Mar. 29, 2019), granting class certification of false advertising and other claims brought by purchasers of Benecol spreads labeled with the representation "No Trans Fats."

*Dzielak v. Whirlpool Corp.*, 2017 WL 6513347 (D.N.J. Dec. 20, 2017), granting class certification of consumer protection claims brought by purchasers of Maytag Centennial washing machines marked with the "Energy Star" logo.

*Duran v. Obesity Research Institute*, LLC, 204 Cal. Rptr. 3d 896 (Cal. Ct. App. 2016), reversing and remanding final approval of a class action settlement on appeal, regarding allegedly mislabeled dietary supplements, in connection with a meritorious objection.

*Marchuk v. Faruqi & Faruqi, LLP*, et al., 100 F. Supp. 3d 302 (S.D.N.Y. 2015), granting individual and law firm defendants' motion for judgment as a matter of law on plaintiff's claims for retaliation and defamation, as well as for all claims against law firm partners, Nadeem and Lubna Faruqi.

*Ebin v. Kangadis Food Inc.*, 297 F.R.D. 561 (S.D.N.Y. 2014), granting nationwide class certification of false advertising and other claims brought by purchasers of purported "100% Pure Olive Oil" product.

*Ebin v. Kangadis Food Inc.*, 2014 WL 737878 (S.D.N.Y. Feb. 25, 2014), denying distributor's motion for summary judgment against nationwide class of purchasers of purported "100% Pure Olive Oil" product.

### *Selected Class Settlements:*

*In Re NVIDIA GTX 970 Graphics Chip Litigation*, Case No. 15-cv-00760-PJH (N.D. Cal. Dec. 7, 2016) – final approval granted for $4.5 million class action settlement to resolve claims that a computer graphics card was allegedly sold with false and misleading representations concerning its specifications and performance.

*Hendricks v. StarKist Co.*, 2016 WL 5462423 (N.D. Cal. Sept. 29, 2016) – final approval granted for $12 million class action settlement to resolve claims that 5-ounce cans of tuna were allegedly underfilled.

*In re: Kangadis Food Inc.*, Case No. 8-14-72649 (Bankr. E.D.N.Y. Dec. 17, 2014) – class action claims resolved for $2 million as part of a Chapter 11 plan of reorganization, after a corporate defendant filed for bankruptcy, following claims that its olive oil was allegedly sold with false and misleading representations.

### *Selected Publications:*

Neal Deckant, *X. Reforms of Collateralized Debt Obligations: Enforcement, Accounting and Regulatory Proposals*, 29 Rev. Banking & Fin. L. 79 (2009) (cited in *Quadrant Structured Products Co., Ltd. v. Vertin*, 16 N.E.3d 1165, 1169 n.8 (N.Y. 2014)).

Neal Deckant, *Criticisms of Collateralized Debt Obligations in the Wake of the Goldman Sachs Scandal*, 30 Rev. Banking & Fin. L. 407 (2010) (cited in *Quadrant Structured Products Co., Ltd. v. Vertin*, 16 N.E.3d 1165, 1169 n.8 (N.Y. 2014); *Lyon Village Venetia, LLC v. CSE Mortgage LLC*, 2016 WL 476694, at *1 n.1 (Md. Ct. Spec. App. Feb. 4, 2016); Ivan Ascher, Portfolio Society: On the Capitalist Mode of Prediction, at 141, 153, 175 (Zone Books / The MIT Press 2016); Devon J. Steinmeyer, *Does State National Bank of Big Spring v. Geithner Stand a Fighting Chance?*, 89 Chi.-Kent. L. Rev. 471, 473 n.13 (2014)).

## YITZCHAK KOPEL

Yitzchak Kopel is a Partner with Bursor & Fisher, P.A. Yitz focuses his practice on consumer class actions and complex business litigation. He has represented corporate and individual clients before federal and state courts, as well as in arbitration proceedings.

Yitz has substantial experience in successfully litigating and resolving consumer class actions involving claims of consumer fraud, data breaches, and violations of the telephone consumer protection act. Since 2014, Yitz has obtained class certification on behalf of his clients five times, three of which were certified as nationwide class actions. Bursor & Fisher was appointed as class counsel to represent the certified classes in each of the cases.

Yitz is admitted to the State Bars of New York and New Jersey, the bar of the United States Court of Appeals for the Second, Eleventh, and Ninth Circuits, and the bars of the United States District Courts for the Southern District of New York, Eastern District of New York, Eastern District of Missouri, Eastern District of Wisconsin, Northern District of Illinois, and District of New Jersey.

Yitz received his Juris Doctorate from Brooklyn Law School in 2012, graduating *cum laude* with two Dean's Awards. During law school, Yitz served as an Articles Editor for the Brooklyn Law Review and worked as a Law Clerk at Shearman & Sterling. In 2009, Yitz graduated *cum laude* from Queens College with a B.A. in Accounting.

### *Selected Published Decisions:*

*Bassaw v. United Industries Corp.,* 482 F.Supp.3d 80, 2020 WL 5117916 (S.D.N.Y. Aug. 31, 2020), denying motion to dismiss claims in putative class action concerning insect foggers.

*Poppiti v. United Industries Corp.*, 2020 WL 1433642 (E.D. Mo. Mar. 24, 2020), denying motion to dismiss claims in putative class action concerning citronella candles.

*Bakov v. Consolidated World Travel, Inc.*, 2019 WL 6699188 (N.D. Ill. Dec. 9, 2019), granting summary judgment on behalf of certified class in robocall class action.

*Krumm v. Kittrich Corp.*, 2019 WL 6876059 (E.D. Mo. Dec. 17, 2019), denying motion to dismiss claims in putative class action concerning mosquito repellent.

*Crespo v. S.C. Johnson & Son, Inc.*, 394 F. Supp. 3d 260 (S.D.N.Y. 2019), denying defendant's motion to dismiss fraud and consumer protection claims in putative class action regarding Raid insect fogger.

*Bakov v. Consolidated World Travel, Inc.*, 2019 WL 1294659 (N.D. Ill. Mar. 21, 2019), certifying a class of persons who received robocalls in the state of Illinois.

*Bourbia v. S.C. Johnson & Son, Inc.*, 375 F. Supp. 3d 454 (S.D.N.Y. 2019), denying defendant's motion to dismiss fraud and consumer protection claims in putative class action regarding mosquito repellent.

*Hart v. BHH, LLC*, 323 F. Supp. 3d 560 (S.D.N.Y. 2018), denying defendants' motion for summary judgment in certified class action involving the sale of ultrasonic pest repellers.

*Hart v. BHH, LLC*, 2018 WL 3471813 (S.D.N.Y. July 19, 2018), denying defendants' motion to exclude plaintiffs' expert in certified class action involving the sale of ultrasonic pest repellers.

*Penrose v. Buffalo Trace Distillery, Inc.*, 2018 WL 2334983 (E.D. Mo. Feb. 5, 2018), denying bourbon producers' motion to dismiss fraud and consumer protection claims in putative class action.

*West v. California Service Bureau, Inc.*, 323 F.R.D. 295 (N.D. Cal. 2017), certifying a nationwide class of "wrong-number" robocall recipients.

*Hart v. BHH, LLC*, 2017 WL 2912519 (S.D.N.Y. July 7, 2017), certifying nationwide class of purchasers of ultrasonic pest repellers.

*Browning v. Unilever United States, Inc.*, 2017 WL 7660643 (C.D. Cal. Apr. 26, 2017), denying motion to dismiss fraud and warranty claims in putative class action concerning facial scrub product.

*Brenner v. Procter & Gamble Co.*, 2016 WL 8192946 (C.D. Cal. Oct. 20, 2016), denying motion to dismiss warranty and consumer protection claims in putative class action concerning baby wipes.

*Hewlett v. Consolidated World Travel, Inc.*, 2016 WL 4466536 (E.D. Cal. Aug. 23, 2016), denying telemarketer's motion to dismiss TCPA claims in putative class action.

*Bailey v. KIND, LLC*, 2016 WL 3456981 (C.D. Cal. June 16, 2016), denying motion to dismiss fraud and warranty claims in putative class action concerning snack bars.

*Hart v. BHH, LLC*, 2016 WL 2642228 (S.D.N.Y. May 5, 2016) denying motion to dismiss warranty and consumer protection claims in putative class action concerning ultrasonic pest repellers.

*Marchuk v. Faruqi & Faruqi, LLP, et al.*, 100 F. Supp. 3d 302 (S.D.N.Y. 2015), granting clients' motion for judgment as a matter of law on claims for retaliation and defamation in employment action.

*In re Scotts EZ Seed Litigation*, 304 F.R.D. 397 (S.D.N.Y. 2015), granting class certification of false advertising and other claims brought by New York and California purchasers of grass seed product.

*Brady v. Basic Research, L.L.C.*, 101 F. Supp. 3d 217 (E.D.N.Y. 2015), denying diet pill manufacturers' motion to dismiss its purchasers' allegations for breach of express warranty in putative class action.

*Ward v. TheLadders.com, Inc.*, 3 F. Supp. 3d 151 (S.D.N.Y. 2014), denying online job board's motion to dismiss its subscribers' allegations of consumer protection law violations in putative class action.

*Ebin v. Kangadis Food Inc.*, 297 F.R.D. 561 (S.D.N.Y. 2014), granting nationwide class certification of false advertising and other claims brought by purchasers of purported "100% Pure Olive Oil" product.

*Ebin v. Kangadis Food Inc.*, 2014 WL 737878 (S.D.N.Y. Feb. 25, 2014), denying distributor's motion for summary judgment against nationwide class of purchasers of purported "100% Pure Olive Oil" product.

### <u>*Selected Class Settlements:*</u>

*Hart v. BHH, LLC*, Case No. 1:15-cv-04804 (S.D.N.Y. Sept. 22, 2020), resolving class action claims regarding ultrasonic pest repellers.

*In re: Kangadis Food Inc.*, Case No. 8-14-72649 (Bankr. E.D.N.Y. Dec. 17, 2014), resolving class action claims for $2 million as part of a Chapter 11 plan of reorganization, after a corporate defendant filed for bankruptcy following the certification of nationwide claims alleging that its olive oil was sold with false and misleading representations.

*West v. California Service Bureau*, Case No. 4:16-cv-03124-YGR (N.D. Cal. Jan. 23, 2019), resolving class action claims against debt-collector for wrong-number robocalls for $4.1 million.

### <u>PHILIP L. FRAIETTA</u>

Philip L. Fraietta is a Partner with Bursor & Fisher, P.A. Phil focuses his practice on data privacy, complex business litigation, consumer class actions, and employment law disputes. Phil has been named a "Rising Star" in the New York Metro Area by Super Lawyers® every year since 2019.

Phil has significant experience in litigating consumer class actions, particularly those involving privacy claims under statutes such as the Michigan Preservation of Personal Privacy Act, the Illinois Biometric Information Privacy Act, and Right of Publicity statutes. Since 2016, Phil has recovered over $100 million for class members in privacy class action settlements. In addition to privacy claims, Phil has significant experience in litigating and settling class action claims involving false or misleading advertising.

Phil is admitted to the State Bars of New York, New Jersey, Illinois, Michigan, and California, the bars of the United States District Courts for the Southern District of New York, the Eastern District of New York, the Western District of New York, the Northern District of New York, the District of New Jersey, the Eastern District of Michigan, the Western District of Michigan, the Northern District of Illinois, the Central District of Illinois, and the United States Court of Appeals for the Second, Third, and Ninth Circuits. Phil was a Summer Associate with Bursor & Fisher prior to joining the firm.

**BURSOR & FISHER**
P.A.

Phil received his Juris Doctor from Fordham University School of Law in 2014, graduating cum laude. During law school, Phil served as an Articles & Notes Editor for the Fordham Law Review, and published two articles. In 2011, Phil graduated cum laude from Fordham University with a B.A. in Economics.

### *Selected Published Decisions:*

*Garner v. Me-TV National Limited Partnership*, 132 F.4th 1022 (7th Cir. Mar. 28, 2025), reversing grant of motion to dismiss under federal Video Privacy Protection Act and specifying standard for being a "consumer" under the Act.

*Jancik v. WebMD LLC*, 2025 WL 560705 (N.D. Ga. Feb 20, 2025), certifying the first ever contested class under the federal Video Privacy Protection Act.

*Fischer v. Instant Checkmate LLC*, 2022 WL 971479 (N.D. Ill. Mar. 31, 2022), certifying class of Illinois residents for alleged violations of Illinois' Right of Publicity Act by background reporting website.

*Kolebuck-Utz v. Whitepages, Inc.*, 2021 WL 157219 (W.D. Wash. Apr. 22, 2021), denying defendant's motion to dismiss for alleged violations of Ohio's Right to Publicity Law.

*Porter v. NBTY, Inc.*, 2019 WL 5694312 (N.D. Ill. Nov. 4, 2019), denying supplement manufacturer's motion for summary judgment on consumers' allegations of false advertising relating to whey protein content.

*Boelter v. Hearst Communications, Inc.*, 269 F. Supp. 3d 172 (S.D.N.Y. 2017), granting plaintiff's motion for partial summary judgment on state privacy law violations in putative class action.

### *Selected Class Settlements:*

*Ramos v. ZoomInfo Technologies, LLC*, Case No. 21-cv-02032-CPK (N.D. Ill. 2024) – final approval granted for $29.5 million class settlement to resolve claims for alleged statutory right of publicity violations.

*Awad v. AMC Entertainment Holdings, Inc.*, Index No. 607322/2024 (Sup. Ct. Nassau Cnty. 2024) – final approval granted for $12.3 million class settlement to resolve claims for alleged New York ticket fee claims.

*Schreiber v. Mayo Foundation for Medical Education and Research*, Case No. 22-cv-00188-HYJ (W.D. Mich. 2024) – final approval granted for $52.5 million class settlement to resolve claims of newsletter subscribers for alleged statutory privacy violations.

*Fischer v. Instant Checkmate LLC*, Case No. 19-cv-04892-MSS (N.D. Ill. 2024) – final approval granted for $10.1 million class settlement to resolve claims for alleged statutory right of publicity violations.

*Young v. Military Advantage, Inc.*, Case No. 2023LA000535 (Cir. Ct. DuPage Cnty. 2023) – final approval granted for $7.35 million class settlement to resolve claims of newsletter subscribers for alleged federal Video Privacy Protection Act claims.

*Rivera v. Google LLC*, Case No. 2021-CH-1460 (Cir. Ct. Cook Cnty. 2022) – final approval granted for $100 million class settlement to resolve alleged BIPA violations of Illinois residents appearing in photos on the Google Photos platform.

*Edwards v. Hearst Communications, Inc.*, Case No. 15-cv-09279-AT (S.D.N.Y. 2019) – final approval granted for $50 million class settlement to resolve claims of magazine subscribers for alleged statutory privacy violations.

*Ruppel v. Consumers Union of United States, Inc.*, Case No. 16-cv-02444-KMK (S.D.N.Y. 2018) – final approval granted for $16.375 million class settlement to resolve claims of magazine subscribers for alleged statutory privacy violations.

*Moeller v. Advance Magazine Publishers, Inc. d/b/a Condé Nast*, Case No. 15-cv-05671-NRB (S.D.N.Y. 2019) – final approval granted for $13.75 million class settlement to resolve claims of magazine subscribers for alleged statutory privacy violations.

*Benbow v. SmileDirectClub, LLC*, Case No. 2020-CH-07269 (Cir. Ct. Cook Cnty. 2021) – final approval granted for $11.5 million class settlement to resolve claims for alleged TCPA violations.

*Gregorio v. Premier Nutrition Corp.*, Case No. 17-cv-05987-AT (S.D.N.Y. 2019) – final approval granted for $9 million class settlement to resolve claims of protein shake purchasers for alleged false advertising.

## ALEC M. LESLIE

Alec Leslie is a Partner with Bursor & Fisher, P.A.  He focuses his practice on consumer class actions, employment law disputes, and complex business litigation.

Alec is admitted to the State Bar of New York and is a member of the bar of the United States District Courts for the Southern and Eastern Districts of New York.  Alec was a Summer Associate with Bursor & Fisher prior to joining the firm.

Alec received his Juris Doctor from Brooklyn Law School in 2016, graduating *cum laude*.  During law school, Alec served as an Articles Editor for Brooklyn Law Review.  In addition, Alec served as an intern to the Honorable James C. Francis for the Southern District of New York and the Honorable Vincent Del Giudice, Supreme Court, Kings County.  Alec graduated from the University of Colorado with a B.A. in Philosophy in 2012.

### *Selected Class Settlements:*

*Gregorio v. Premier Nutrition Corp.*, Case No. 17-cv-05987-AT (S.D.N.Y. 2019) – final approval granted for class settlement to resolve claims of protein shake purchasers for alleged

false advertising.

*Wright v. Southern New Hampshire Univ.*, Case No. 1:20-cv-00609-LM (D.N.H. 2021) – final approval granted for class settlement to resolve claims over COVID-19 tuition and fee refunds to students.

*Mendoza et al. v. United Industries Corp.*, Case No. 21PH-CV00670 (Phelps Cnty. Mo. 2021) – final approval granted for class settlement to resolve false advertising claims on insect repellent products.

*Kaupelis v. Harbor Freight Tools USA, Inc.*, Case No. 8:19-cv-01203-JVS-DFM (C.D. Cal. 2021) – final approval granted for class settlement involving allegedly defective and dangerous chainsaws.

*Rocchio v. Rutgers Univ.*, Case No. MID-L-003039-20 (Middlesex Cnty. N.J. 2021) – final approval granted for class settlement to resolve claims over COVID-19 fee refunds to students.

*Malone v. Western Digital Corporation*, Case No. 5:20-cv-03584-NC (N.D. Cal.) – final approval granted for class settlement to resolve false advertising claims on hard drive products.

*Frederick et al. v. ExamSoft Worldwide, Inc.*, Case No. 2021L001116 (DuPage Cnty. Ill. 2021) – final approval granted for class settlement to resolve claims over alleged BIPA violations with respect to exam proctoring software.

*D'Amario et al. v. Univ. of Tampa*, Case No. 7:20-cv-07344 (S.D.N.Y. 2022) – final approval granted for class settlement to resolve claims over COVID-19 fee refunds to students.

*Olin et al. v. Meta Platforms, Inc.*, Case No. 3:18-cv-01881-RS (N.D. Cal. 2022) – final approval granted for class settlement involving invasion of privacy claims.

*Croft v. SpinX Games et al.*, Case No. 2:20-cv-01310-RSM (W.D. Wash. 2022) – final approval granted for class settlement involving allegedly deceptive and/or illegal gambling practices.

*Armstead v. VGW Malta Ltd. et al.*, Case No. 22-CI-00553 (Henderson Cnty. Ky. 2023) – final approval granted for class settlement involving allegedly deceptive and/or illegal gambling practices.

*Barbieri v. Tailored Brands, Inc.*, Index No. 616696/2022 (Nassau Cnty. N.Y.) – final approval granted for class settlement involving untimely wage payments to employees.

*Metzner et al. v. Quinnipiac Univ.*, Case No. 3:20-cv-00784 (D. Conn.) – final approval granted for class settlement to resolve claims over COVID-19 fee refunds to students.

*In re GE/Canon Data Breach,* Case No. 1:20-cv-02903 (S.D.N.Y.) – final approval granted for class settlement to resolve data breach claims.

*Davis v. Urban Outfitters, Inc.,* Index No. 612162/2022 (Nassau Cnty. N.Y.) – final approval granted for class settlement involving untimely wage payments to employees.

*Armstead v. VGW Malta LTD et al.,* Civil Action No. 22-CI-00553 (Henderson Cir. Ct. Ky.) – final approval granted for class settlement involving allegedly deceptive and/or illegal gambling practices.

*Casler et al. v. Mclane Company, Inc. et al.,* Index No. 616432/2022 (Nassau Cnty. N.Y.) – final approval granted for class settlement involving untimely wage payments to employees.

*Wyland v. Woopla, Inc.,* Civil Action No. 2023-CI-00356 (Henderson Cir. Ct. Ky.) – final approval granted for class settlement involving allegedly deceptive and/or illegal gambling practices.

*Graziano et al. v. Lego Systems, Inc.,* Index No. 611615/2022 (Nassau Cnty. N.Y.) – final approval granted for class settlement involving untimely wage payments to employees.

*Lipsky et al. v. American Behavioral Research Institute, LLC,* Case No. 50-2023-CA-011526-XXXX-MB (Palm Beach Cnty. Fl.) – final approval granted to resolve allegedly deceptive automatic renewal and product efficacy claims.

*Whiting v. Yellow Social Interactive Ltd.,* Civil Action No. 2023-CI-00358 (Henderson Cir. Ct. Ky.) – final approval granted for class settlement involving allegedly deceptive and/or illegal gambling practices.

## STEPHEN BECK

Stephen is an Associate with Bursor & Fisher, P.A. Stephen focuses his practice on complex civil litigation and class actions.

Stephen is admitted to the State Bar of Florida and is a member of the bars of the United States District Courts for the Southern and Middle Districts of Florida, the Eastern District of Missouri, and the Northern District of Illinois.

Stephen received his Juris Doctor from the University of Miami School of Law in 2018. During law school, Stephen received an Honors distinction in the Litigation Skills Program and was awarded the Honorable Theodore Klein Memorial Scholarship for excellence in written and oral advocacy. Stephen also received the CALI Award in Legislation for earning the highest grade on the final examination. Stephen graduated from the University of North Florida with a B.A. in Philosophy in 2015.

## STEFAN BOGDANOVICH

Stefan Bogdanovich is an Associate with Bursor & Fisher, P.A. Stefan litigates complex civil and class actions typically involving privacy, intellectual property, entertainment, and false advertising law.

BURSOR&FISHER
P.A.

Prior to working at Bursor & Fisher, Stefan practiced at two national law firms in Los Angeles.  He helped represent various companies in false advertising and IP infringement cases, media companies in defamation cases, and motion picture producers in royalty disputes.  He also advised corporations and public figures on complying with various privacy and advertising laws and regulations.

Stefan is admitted to the State Bar of California and all of the California Federal District Courts.  He is also a Certified Information Privacy Professional.

Stefan received his Juris Doctor from the University of Southern California Gould School of Law in 2018, where he was a member of the Hale Moot Court Honors Program and the Trial Team.  He received the highest grade in his class in three subjects, including First Amendment Law.

## MAX S. ROBERTS

Max Roberts is an Associate in Bursor & Fisher's New York office.  Max focuses his practice on class actions concerning data privacy and consumer protection.  Max was a Summer Associate with Bursor & Fisher prior to joining the firm and is now Co-Chair of the firm's Appellate Practice Group.

Since 2023, Max has been named "Rising Star" in the New York Metro Area by Super Lawyers®.

Max received his Juris Doctor from Fordham University School of Law in 2019, graduating *cum laude.*  During law school, Max was a member of Fordham's Moot Court Board, the Brennan Moore Trial Advocates, and the Fordham Urban Law Journal, for which he published a note entitled *Weaning Drug Manufacturers Off Their Painkiller: Creating an Exception to the Learned Intermediary Doctrine in Light of the Opioid Crisis*.  In addition, Max served as an intern to the Honorable Vincent L. Briccetti of the Southern District of New York and the Fordham Criminal Defense Clinic.  Max graduated from Johns Hopkins University in 2015 with a B.A. in Political Science.

Outside of the law, Max is an avid triathlete.

### *Selected Published Decisions:*

*Huertas v. Bayer US LLC*, 120 F.4th 1169 (3d Cir. 2024), reversing district court and holding plaintiffs had alleged an injury-in-fact sufficient for Article III standing.  Max personally argued the appeal before the Third Circuit, which can be listened to here.

*Jackson v. Amazon.com, Inc.*, 65 F.4th 1093 (9th Cir. 2023), affirming district court's denial of motion to compel arbitration.  Max personally argued the appeal before the Ninth Circuit, which can be viewed here.

*Javier v. Assurance IQ, LLC*, 2022 WL 1744107 (9th Cir. May 31, 2022), reversing district court and holding that Section 631 of the California Invasion of Privacy Act requires prior consent to

wiretapping.  Max personally argued the appeal before the Ninth Circuit, which can be viewed here.

*Mora v. J&M Plating, Inc.*, 213 N.E.3d 942 (Ill. App. Ct. 2d Dist. 2022), reversing circuit court and holding that Section 15(a) of Illinois' Biometric Information Privacy Act requires an entity to establish a retention and deletion schedule for biometric data at the first moment of possession.  Max personally argued the appeal before the Second District, which can be listened to here.

*Newman v. Bayer Corp.*, --- F.R.D. ---, 2025 WL 856225 (S.D.N.Y. Mar. 19, 2025), certifying class of New York purchases of "One A Day" gummy multivitamins.

*Shah v. Fandom, Inc.*, 754 F. Supp. 3d 924 (N.D. Cal. 2024), denying motion to dismiss alleged violations of California pen register statute.

*Yockey v. Salesforce, Inc.*, 745 F. Supp. 3d 945 (N.D. Cal. 2024), denying motion dismiss alleged violations of California and Pennsylvania wiretapping statutes.

*Gladstone v. Amazon Web Services, Inc.,* 739 F. Supp. 3d 846 (W.D. Wash. 2024), denying motion to dismiss alleged violations of California wiretapping statute.

*Rancourt v. Meredith Corp.,* 2024 WL 381344 (D. Mass. Jan. 11, 2024), denying motion to dismiss alleged violations of federal Video Privacy Protection Act, and finding personal jurisdiction over operator of mobile application.

*Saunders v. Hearst Television, Inc.*, 711 F. Supp. 3d 24 (D. Mass. 2024), denying motion to dismiss alleged violations of federal Video Privacy Protection Act.

*Cristostomo v. New Balance Athletics, Inc.*, 647 F. Supp. 3d 1 (D. Mass. 2022), denying motion to dismiss and motion to strike class allegations in case involving sneakers marketed as "Made in the USA."

### ***Selected Class Settlements:***

*Sholopa v. Turk Hava Yollari A.O. (d/b/a Turkish Airlines)*, Case No. 1:20-cv-3294-ALC (S.D.N.Y. 2023) – final approval granted for $14.1 million class settlement to resolve claims of passengers whose flights with Turkish Airlines were cancelled due to COVID-19 and who did not receive refunds.

*Payero v. Mattress Firm, Inc.*, Case No. 7:21-cv-3061-VB (S.D.N.Y. 2023) – final approval granted for $4.9 million class settlement to resolve claims of consumers who purchased allegedly defective bed frames.

*Miranda v. Golden Entertainment (NV), Inc.*, Case No. 2:20-cv-534-AT (D. Nev. 2021) – final approval granted for class settlement valued at over $4.5 million to resolve claims of customers and employees of casino company stemming from data breach.

*Malone v. Western Digital Corp.*, Case No. 5:20-cv-3584-NC (N.D. Cal. 2021) – final approval granted for class settlement valued at $5.7 million to resolve claims of hard drive purchasers for alleged false advertised.

*Frederick v. ExamSoft Worldwide, Inc.*, Case No. 2021-L-001116 (18th Judicial Circuit Court DuPage County, Illinois 2021) – final approval granted for $2.25 million class settlement to resolve claims of Illinois students for alleged violations of the Illinois Biometric Information Privacy Act.

### *Bar Admissions*

- New York State
- Southern District of New York
- Eastern District of New York
- Northern District of New York
- Northern District of Illinois
- Central District of Illinois
- Eastern District of Michigan
- District of Colorado
- First Circuit Court of Appeals
- Second Circuit Court of Appeals
- Third Circuit Court of Appeals
- Seventh Circuit Court of Appeals
- Ninth Circuit Court of Appeals

## JULIA K. VENDITTI

Julia K. Venditti is an Associate with Bursor & Fisher, P.A. Julia focuses her practice on complex civil litigation and class actions. Julia was a Summer Associate with Bursor & Fisher prior to joining the firm.

Julia is admitted to the State Bar of California and is a member of the bars of the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California.

Julia received her Juris Doctor in 2020 from the University of California, Hastings College of the Law, where she graduated *cum laude* with two CALI Awards for the highest grade in her Evidence and California Community Property classes. During law school, Julia was a member of the UC Hastings Moot Court team and competed at the Evans Constitutional Law Moot Court Competition, where she finished as a national quarterfinalist and received a best brief award. Julia was also inducted into the UC Hastings Honors Society and was awarded Best Brief and an Honorable Mention for Best Oral Argument in her First-Year Moot Court section. In addition, Julia served as a Research Assistant for her Constitutional Law professor, as a Teaching Assistant for Legal Writing & Research, and as a Law Clerk at the San Francisco Public Defender's Office. In 2017, Julia graduated *magna cum laude* from Baruch College/CUNY, Weissman School of Arts and Sciences, with a B.A. in Political Science.

**BURSOR&FISHER**
P.A.

## JULIAN DIAMOND

Julian Diamond is an Associate with Bursor & Fisher, P.A. Julian focuses his practice on privacy law and class actions. Julian was a Summer Associate with Bursor & Fisher prior to joining the firm.

Julian received his Juris Doctor from Columbia Law School, where he was a Harlan Fiske Stone Scholar. During law school, Julian was Articles Editor for the Columbia Journal of Environmental Law. Prior to law school, Julian worked in education. Julian graduated from California State University, Fullerton with a B.A. in History and a single subject social science teaching credential.

## MATTHEW GIRARDI

Matt Girardi is an Associate with Bursor & Fisher, P.A. Matt focuses his practice on complex civil litigation and class actions, and has focused specifically on consumer class actions involving privacy violations, illegal gambling, financial misconduct, and false advertising. Matt was a Summer Associate with Bursor & Fisher prior to joining the firm.

Matt is admitted to the State Bar of New York, and is a member of the bars of the United States District Courts for the Southern District of New York, the Eastern District of New York, the Eastern District of Michigan, the Western District of Michigan, the First Circuit Court of Appeals, and the Ninth Circuit Court of Appeals.

Matt received his Juris Doctor from Columbia Law School in 2020, where he was a Harlan Fiske Stone Scholar. During law school, Matt was the Commentary Editor for the Columbia Journal of Tax Law, and represented fledgling businesses for Columbia's Entrepreneurship and Community Development Clinic. In addition, Matt worked as an Honors Intern in the Division of Enforcement at the U.S. Securities and Exchange Commission. Matt graduated from Brown University in 2016 with a B.A. in Economics, and worked as a Paralegal Specialist at the U.S. Department of Justice in the Antitrust Division prior to law school.

### *Selected Class Settlements:*

*Armstead v. VGW Malta Ltd. et al.*, Case No. 22-CI-00553 (Henderson Cnty. Ky. 2023) – final approval granted for $11.75 million class settlement involving allegedly deceptive and/or illegal gambling practices.

*Edwards v. Mid-Hudson Valley Federal Credit Union, Case No. 22-cv-00562-TJM-CFH* (N.D.N.Y. 2023) – final approval granted for $2.2 million class settlement to resolve claims that an upstate New York credit union was unlawfully charging overdraft fees on accounts with sufficient funds.

*Fischer, et al. v. Instant Checkmate LLC, et al.*, No. 19-cv-04892 (N.D. Ill. 2024) – final approval granted for state-by-state non-reversionary cash settlements involving alleged violations of right of publicity statutes totaling in excess of $10.1 million.

*Wyland v. Woopla, Inc.,* Civil Action No. 2023-CI-00356 (Henderson Cir. Ct. Ky. 2023) – final approval granted for $835,000 class settlement involving allegedly deceptive and/or illegal gambling practices.

*Whiting v. Yellow Social Interactive Ltd.,* Civil Action No. 2023-CI-00358 (Henderson Cir. Ct. Ky. 2023) – final approval granted for $1.32 million class settlement involving allegedly deceptive and/or illegal gambling practices.

## JENNA GAVENMAN

Jenna Gavenman is an Associate with Bursor & Fisher, P.A. Jenna focuses her practice on complex civil litigation and consumer class actions. Jenna was a Summer Associate and a part-time intern with Bursor & Fisher prior to joining the firm as a full-time Associate in September 2022.

Jenna is admitted to the State Bar of California and is a member of the bars of the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California.

Jenna received her Juris Doctor in 2022 from the University of California, Hastings College of the Law (now named UC Law SF). During law school, she was awarded an Honorable Mention for Best Oral Argument in her First-Year Moot Court section. Jenna also participated in both the Medical Legal Partnership for Seniors (MLPS) and the Lawyering for Children Practicum at Legal Services for Children—two of UC Hastings's nationally renowned clinical programs. Jenna was awarded the Clinic Award for Outstanding Performance in MLPS for her contributions to the clinic. In addition, Jenna volunteered with her law school's Legal Advice and Referral Clinic and as a LevelBar Mentor.

In 2018, Jenna graduated *cum laude* from Villanova University with a B.A. in Sociology and Spanish (double major). Jenna was a Division I athlete, competing on the Villanova Women's Water Polo varsity team for four consecutive years.

## EMILY HORNE

Emily Horne is an Associate with Bursor & Fisher, P.A. Emily focuses her practice on complex civil litigation and consumer class actions. Emily was a Summer Associate with Bursor & Fisher prior to joining the firm.

Emily is admitted to the State Bar of California.

Emily received her Juris Doctor from the University of California, Hastings College of the Law in 2022 (now UC, Law SF). During law school, Emily served as Editor-in-Chief for the UC Hastings Communications and Entertainment Law Journal, and she competed on the Moot Court team. Emily also served as a judicial extern in the Northern District of California and as a Teaching Assistant for Legal Writing & Research. In 2015, Emily graduated from Scripps College with a B.A. in Sociology.

**BURSOR&FISHER**
P.A.

## IRA ROSENBERG

Ira Rosenberg is an Associate with Bursor & Fisher, P.A.  Ira focuses his practice on complex civil litigation and class actions.

Ira received his Juris Doctor in 2022 from Columbia Law School. During law school, Ira served as a Student Honors Legal Intern with Division of Enforcement at the U.S. Securities and Exchange Commission.  Ira also interned during law school in the Criminal Division at the United States Attorney's Office for the Southern District of New York and with the Investor Protection Bureau at the Office of the New York State Attorney General.  Ira graduated in 2018 from Beth Medrash Govoha with a B.A. in Talmudic Studies.

## LUKE SIRONSKI-WHITE

Luke Sironski-White is an Associate with Bursor & Fisher, P.A., focusing on complex civil litigation and consumer class actions.  Luke joined the firm as a full-time Associate in August 2022.

Luke is admitted to the State Bar of California and is a member of the bars of the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California.

Luke received his Juris Doctor in 2022 from the University of California, Berkeley School of Law.   During law school, Luke was on the board of the Consumer Advocacy and Protection Society (CAPS), edited for the Berkeley Journal of Employment and Labor Law, and volunteered with the Prisoner Advocacy Network.

In 2017, Luke graduated from the University of Chicago with a B.A. in Anthropology.  Before entering the field of law Luke was a professional photographer and filmmaker.

## INES DIAZ

Ines Diaz is an Associate with Bursor & Fisher, P.A. Ines focuses her practice on complex civil litigation and class actions.

Ines is admitted to the State Bar of California and is a member of the bars of the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California.

Ines received her Juris Doctor in 2023 from the University of California, Berkeley School of Law.  During law school, Ines served as an Executive Editor of the California Law Review. She also served as an intern with the East Bay Community Law Center's Immigration Clinic and as a Fellow of the Berkeley Law Academic Skills Program.  Additionally, Ines served as an instructor with the University of California, Berkeley Extension, Legal Studies Global Access Program where she taught legal writing to international law students.  In 2021, Ines was selected for a summer externship at the California Supreme Court where she served as a judicial extern for the Honorable Mariano-Florentino Cuéllar.

BURSOR&FISHER
P.A.

### CAROLINE C. DONOVAN

Caroline C. Donovan is an Associate with Bursor & Fisher, P.A.  Caroline focuses her practice on complex civil litigation, data protection, mass arbitration, and class actions.  Caroline interned with Bursor & Fisher during her third year of law school before joining full time in Fall 2023.

Caroline is admitted to the State Bar of New York.

Caroline received her Juris Doctor in 2023 from Brooklyn Law School.  During law school, Caroline was a member of the Moot Court Honor Society Trial Division, where she was chosen to serve as a National Team Member.  Caroline competed and coached in numerous competitions across the country, and placed second at regionals in AAJ's national competition in both her second and third year of law school.  Caroline was also the President of the Art Law Association, and the Treasurer of the Labor and Employment Law Association.

During law school, Caroline was a judicial intern for Judge Kenneth W. Chu of the National Labor Relations Board.  She also interned at the United States Attorney's Office in the Eastern District of New York, as well as a securities class action firm.

### JOSHUA B. GLATT

Joshua Glatt is an Associate with Bursor & Fisher, P.A.  Joshua focuses his practice on complex civil litigation and consumer class actions.  Joshua was a Summer Associate with Bursor & Fisher prior to joining the firm as an Associate.

Joshua is admitted to the State Bar of California and is a member of the bars of the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California.

Joshua earned his Juris Doctor from the University of California College of the Law, San Francisco (formerly U.C. Hastings).  While there, he received a CALI Award for earning the highest grade in Constitutional Law II and served on the executive boards of the Jewish Law Students Association and the American Constitution Society.  Prior to law school, Joshua graduated *summa cum laude* from the Walter Cronkite School of Journalism and Mass Communication at Arizona State University in 2016 and earned a master's degree from the University of Southern California in 2018.

### JOSHUA R. WILNER

Joshua Wilner is an Associate with Bursor & Fisher, P.A.  Joshua focuses his practice on complex civil litigation, data privacy, consumer protection, and class actions.  Joshua was a Summer Associate at Bursor & Fisher prior to joining the firm full time in Fall 2023.

Joshua is admitted to the State Bar of California and is a member of the bars of the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California.

Joshua received his Juris Doctor in 2023 from Berkeley Law.  During law school, he received the American Jurisprudence Award for Constitutional Law.

During law school, Joshua served on the board of the Berkeley Journal of Employment and Labor Law.  Joshua also interned at Disability Rights California, Legal Aid at Work, and a private firm that worked closely with the ACLU of Northern California to enforce the California Racial Justice Act.  In 2022 and 2023, Joshua worked as a research assistant for Professor Abbye Atkinson.

### VICTORIA ZHOU

Victoria Zhou is an Associate in Bursor & Fisher's New York office.  Victoria focuses her practice on class actions concerning data privacy and consumer protection.

Victoria is admitted to the State Bar of New York.

Victoria received her Juris Doctor from Fordham Law School in 2023.  During law school, Victoria served as an Associate Editor of the Moot Court Board and competed in multiple mock trial competitions as a member of the Brendan Moore Trial Advocates.  In addition, Victoria served as a judicial extern to Chief Judge Mark A. Barnett of the United States Court of International Trade.  In 2019, Victoria graduated *magna cum laude* from Fei Tian College with a B.F.A. in Classical Dance.

### KYLE D. GORDON

Kyle Gordon is an Associate with Bursor & Fisher, P.A.  Kyle focuses his practice on class actions concerning data privacy and consumer protection.  Kyle was a Summer Associate with Bursor & Fisher prior to joining the firm.

Kyle is admitted to the State Bar of New York.

Kyle received his Juris Doctor from Columbia Law School in 2023, where he was a Harlan Fiske Stone Scholar.  During law school, Kyle was a Staff Editor for the Columbia Science and Technology Law Review.  In 2020, Kyle graduated *summa cum laude* from New York University with a B.A. in Politics and became a member of Phi Beta Kappa.  Prior to law school, Kyle interned in the Clerk's Office of the United States District Court for the District of Columbia.

### ELEANOR R. GRASSO

Eleanor Grasso is an Associate with Bursor & Fisher, P.A.  Eleanor focuses her practice on complex civil litigation, including data privacy and consumer protection class actions.

**BURSOR&FISHER**
P.A.

Eleanor is admitted to the State Bars of New York and Florida, and is a member of the bars of the United States District Courts for the Southern District of New York and Eastern District of New York.

Eleanor earned her Juris Doctor from Fordham University School of Law.  During law school, Eleanor was a member of the Fordham Journal of Intellectual Property, Media & Entertainment Law, serving as Symposium Editor for Volume XXXIV.  Eleanor was also a member of the Brendan Moore Trial Advocacy Team, served as a Research Assistant, and was a member of the Board of Student Advisors.

Throughout her time in law school, Eleanor interned for the Office of the Public Defender for the Sixth Judicial Circuit of Florida in the Misdemeanor Unit, the Office of the Federal Public Defender for the Middle District of Tennessee in the Capital Habeas Unit, the ACLU of Florida, and for the Honorable Kiyo A. Matsumoto in the United States District Court for the Eastern District of New York.  Eleanor was a Summer Associate with Bursor & Fisher and also interned part-time during her third year of law school.

Eleanor earned her Bachelors from the University of Florida, with a double-major in Criminology & Law and Political Science and a minor in French & Francophone studies.

### RYAN B. MARTIN

Ryan Martin is an Associate with Bursor & Fisher, P.A.  Ryan focuses his practice on complex civil litigation and consumer class actions.  He was a Summer Associate and part-time law clerk with Bursor & Fisher prior to joining the firm as a full time Associate in August 2024.

Ryan is admitted to the State Bar of California and is a member of the bars of the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California.

He earned his Juris Doctor from the University of California College of the Law, San Francisco (formerly U.C. Hastings), graduating *Cum Laude* with a Concentration in Environmental Law and as a member of the Honors Society.  While there, he was a Senior Production Editor of the *U.C. Law Journal*, was President of the Hastings Environmental Law Association, and was a Torts Teaching Fellow.

Prior to law school, Ryan graduated from the W.A. Franke College of Business at Northern Arizona University with a Bachelors of Science in Hotel and Restaurant Management and a minor in Business.  Ryan also studied Sustainable Business and Hotel Management at the Internationale Hochschule of Applied Sciences in Bad Honnef Germany and is a certified yoga instructor.

### LOGAN HAGERTY

Logan Hagerty is an Associate with Bursor & Fisher, P.A.  Logan is admitted to the State Bar of New York.

BURSOR & FISHER
P.A.

Logan received his Juris Doctor from Boston College Law School in 2024, where he received a certificate in Land & Environmental Law.

During law school, Logan was President of the Environmental Law Society. In addition, Logan worked for a class action firm, a general practice firm, and interned at a Massachusetts state agency.

Logan earned his Bachelors from St. Lawrence University, where he graduated magna cum laude with a double major in History and Environmental Studies and a minor in African Studies. He is also a member of Phi Beta Kappa.


## KAREN VALENZUELA

Karen Valenzuela is an Associate with Bursor & Fisher, P.A. Karen focuses her practice on complex civil litigation and class actions. Karen was a Summer Associate and a part-time intern with Bursor & Fisher prior to joining the firm as a full-time Associate.

Karen is admitted to the State Bar of California and is a member of the bars of the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California.

Karen received her Juris Doctor in 2024 from the University of California, Berkeley School of Law. During law school, Karen was part of the Consumer Protection Public Policy Order, and interned for the Los Angeles County Public Defender's Office. Karen also participated in the International Human Rights Law Clinic, La Alianza Workers' and Tenants' Rights Clinic, and the Death Penalty Clinic.

Prior to law school, Karen graduated from the University of California, Berkeley with a B.A. in Gender and Women's Studies and a minor in Global Poverty and Practice.

**EXHIBIT 2**

**Joyous CMIA Lodestar**

| ATTY | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| PLF | 31.6 | $ 900.00 | $28,440.00 |
| AML | 22.5 | $ 850.00 | $19,125.00 |
| BSS | 32.7 | $ 700.00 | $22,890.00 |
| JRW | 108 | $ 500.00 | $54,000.00 |
| KBV | 9.9 | $ 450.00 | $4,455.00 |
| MCS | 13 | $ 400.00 | $5,200.00 |
| JMF | 10.8 | $ 400.00 | $4,320.00 |
| | 228.5 | | $138,430.00 |

Expenses: $9,400.60

**Total:** **$147,830.60**

Bursor Fisher, P.A. - Joyous CMIA Billing Diaries

| DATE | MATTER | ATTY | DESCRIPTION | TIME | RATE | AMOUNT |
|------|--------|------|-------------|------|------|--------|
| 2024.04.19 | Joyous CMIA | AML | Review of Complaint | 1.1 | $ 850.00 | $ 935.00 |
| 2024.06.27 | Joyous CMIA | AML | Review of Answer | 0.6 | $ 850.00 | $ 510.00 |
| 2024.07.24 | Joyous CMIA | AML | Edits to initial disclosures | 0.7 | $ 850.00 | $ 595.00 |
| 2024.07.31 | Joyous CMIA | AML | Edits to CMC statement | 0.4 | $ 850.00 | $ 340.00 |
| 2025.03.26 | Joyous CMIA | AML | Review of SA (3.3) | 3.3 | $ 850.00 | $ 2,805.00 |
| 2025.03.27 | Joyous CMIA | AML | Review of SA exhibits | 1.4 | $ 850.00 | $ 1,190.00 |
| 2025.04.24 | Joyous CMIA | AML | Review PA motion | 2.9 | $ 850.00 | $ 2,465.00 |
| 2025.04.25 | Joyous CMIA | AML | Review PA motion | 4.4 | $ 850.00 | $ 3,740.00 |
| 2025.04.28 | Joyous CMIA | AML | Review of updated PA motion | 3.3 | $ 850.00 | $ 2,805.00 |
| 2025.09.25 | Joyous CMIA | AML | Review of FA motion, decl. and proposed order | 4.4 | $ 850.00 | $ 3,740.00 |
| 2024.04.08 | Joyous CMIA | BSS | Reviewed and revised complaint (0.5) | 0.5 | $ 700.00 | $ 350.00 |
| 2024.04.30 | Joyous CMIA | BSS | Reviewed and analyzed scheduling order (0.2); Emailed JRW re: service (0.1) | 0.3 | $ 700.00 | $ 210.00 |
| 2024.05.06 | Joyous CMIA | BSS | Reviewed and responded to email re: service (0.2); Reviewed and revised status report re: Pseudonym motion (0.2) | 0.4 | $ 700.00 | $ 280.00 |
| 2024.05.07 | Joyous CMIA | BSS | Reviewed emails re: status report (0.1); Revised same (0.1); Conf. w/ LTF re: same (0.3); Conf. w/ JRW re: same (0.1); Reviewed status report for filing (0.1) | 0.7 | $ 700.00 | $ 490.00 |
| 2024.05.20 | Joyous CMIA | BSS | Reviewed pseudonym order (0.2) | 0.2 | $ 700.00 | $ 140.00 |
| 2024.05.24 | Joyous CMIA | BSS | Reviewed email re: service (0.1) | 0.1 | $ 700.00 | $ 70.00 |
| 2024.05.28 | Joyous CMIA | BSS | Reviewed and responded to email re: extension (0.1) | 0.1 | $ 700.00 | $ 70.00 |
| 2024.06.11 | Joyous CMIA | BSS | Reviewed stip re: extension (0.1) | 0.1 | $ 700.00 | $ 70.00 |
| 2024.06.12 | Joyous CMIA | BSS | Call w/ team re: next steps (0.1); Emailed Def. Counsel re: call scheduling (0.1) | 0.2 | $ 700.00 | $ 140.00 |
| 2024.06.18 | Joyous CMIA | BSS | Call w/ Def. Counsel re: resolution (0.4); Emailed team re: same and discovery requests (0.3); Conf. w/ JF re: PO (0.1) | 0.8 | $ 700.00 | $ 560.00 |
| 2024.06.20 | Joyous CMIA | BSS | Drafted and sent email to Def. Counsel (0.3) | 0.3 | $ 700.00 | $ 210.00 |
| 2024.06.21 | Joyous CMIA | BSS | Prepared protective order (0.3) | 0.3 | $ 700.00 | $ 210.00 |
| 2024.06.28 | Joyous CMIA | BSS | Emailed Def. Counsel re: PO (0.1) | 0.1 | $ 700.00 | $ 70.00 |
| 2024.07.01 | Joyous CMIA | BSS | Emailed Def. Counsel re: PO (0.1) | 0.1 | $ 700.00 | $ 70.00 |
| 2024.07.15 | Joyous CMIA | BSS | Emailed Def. re: 26(f) Conf. (0.1); Reviewed and revised CMC statement (0.8); Conf. w/ JRW re: same (0.1); Conf. w/ JRW re: ADR cert and CMC statement (0.2) | 1.1 | $ 700.00 | $ 770.00 |

Bursor Fisher, P.A. - Joyous CMIA Billing Diaries

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2024.07.16 | Joyous CMIA | BSS | 26(f) Conf. w/ JRW and Def. Counsel (0.3); Conf. w/ JRW re: discovery and 26(f) Report (0.1); Emailed team re: 26(f) (0.1); Reviewed ADR cert for filing (0.1) | 0.6 | $ | 700.00 | $ | 420.00 |
| 2024.07.22 | Joyous CMIA | BSS | Reviewed discovery responses (0.4) | 0.4 | $ | 700.00 | $ | 280.00 |
| 2024.07.24 | Joyous CMIA | BSS | Reviewed and revised Interrogatories (0.2) | 0.2 | $ | 700.00 | $ | 140.00 |
| 2024.07.26 | Joyous CMIA | BSS | Reviewed and responded to email re: call scheduling (0.1); Reviewed initial disclosures (0.1) | 0.2 | $ | 700.00 | $ | 140.00 |
| 2024.07.29 | Joyous CMIA | BSS | Reviewed and responded to email re: call (0.1) | 0.1 | $ | 700.00 | $ | 70.00 |
| 2024.07.30 | Joyous CMIA | BSS | Call w/ Def. Counsel & Plf re: case status (0.3) | 0.3 | $ | 700.00 | $ | 210.00 |
| 2024.07.31 | Joyous CMIA | BSS | Conf. w/ JRW re: Initial Disclosures (0.1); Reviewed and analyzed initial disclosures (0.1); Finalized PO (0.1); Reviewed same for filing (0.1) | 0.4 | $ | 700.00 | $ | 280.00 |
| 2024.08.01 | Joyous CMIA | BSS | Reviewed CMC Statement for filing (0.1); Conf. w/ JRW re: same and initial disclosures (0.1) | 0.2 | $ | 700.00 | $ | 140.00 |
| 2024.08.07 | Joyous CMIA | BSS | Conf. w/ JRW re: CMC (0.1) | 0.1 | $ | 700.00 | $ | 70.00 |
| 2024.08.08 | Joyous CMIA | BSS | Traveled to and attended CMC w/ JRW (1.8); Emailed team re: same (0.2) | 2.0 | $ | 700.00 | $ | 1,400.00 |
| 2024.08.09 | Joyous CMIA | BSS | Reviewed minute order (0.1) | 0.1 | $ | 700.00 | $ | 70.00 |
| 2024.08.12 | Joyous CMIA | BSS | Reviewed and responded to email re: mediator selection (0.2); Emailed mediators re: availability (0.2) | 0.4 | $ | 700.00 | $ | 280.00 |
| 2024.08.14 | Joyous CMIA | BSS | Reviewed draft discovery requests (0.1); Emailed Def. Counsel re: mediator (0.1); Emailed team re: same (0.2) | 0.3 | $ | 700.00 | $ | 210.00 |
| 2024.08.15 | Joyous CMIA | BSS | Reviewed and revised discovery requests (0.2); Conf. w/ JRW re: same (0.1); Emailed Def. Counsel re: joint statement (0.2); Conf. w/ LTF re: same (0.1); Called Def. Counsel re: same (0.1); Conf. w/ MCS re: filing (0.1); Conf. w/ S. Drury re: class period (0.1) | 0.9 | $ | 700.00 | $ | 630.00 |
| 2024.08.16 | Joyous CMIA | BSS | Reviewed and responded to email re: discovery responses (0.2); Revised same (0.3); Conf. w/ JRW re: same (0.1) | 0.6 | $ | 700.00 | $ | 420.00 |
| 2024.08.21 | Joyous CMIA | BSS | Emailed JGM/RSR re: mediation invoice (0.2); Reviewed mediation agreement (0.3) | 0.5 | $ | 700.00 | $ | 350.00 |
| 2024.08.22 | Joyous CMIA | BSS | Emailed ADR Services re: service list and confidentiality agreement (0.2) | 0.2 | $ | 700.00 | $ | 140.00 |
| 2024.08.23 | Joyous CMIA | BSS | Emailed ADR Services re: conf. agreement (0.1) | 0.1 | $ | 700.00 | $ | 70.00 |
| 2024.08.24 | Joyous CMIA | BSS | Circulated confidentiality agreement (0.5); Reviewed and responded to email re: same (0.1) | 0.6 | $ | 700.00 | $ | 420.00 |
| 2024.09.16 | Joyous CMIA | BSS | Reviewed and responded to request for extension (0.1) | 0.1 | $ | 700.00 | $ | 70.00 |
| 2024.09.18 | Joyous CMIA | BSS | Conf. w/ PLF  (0.1) | 0.1 | $ | 700.00 | $ | 70.00 |

Bursor Fisher, P.A. - Joyous CMIA Billing Diaries

| Date | Matter | Timekeeper | Description | Hours | Rate | | Amount | |
|---|---|---|---|---|---|---|---|---|
| 2024.09.30 | Joyous CMIA | BSS | Reviewed and analyzed discovery responses (0.3); Emailed Def. re: M&C (0.1); Research dispute process (0.3); Conf. w/ JF re: transcript order (0.1); Drafted discovery dispute letter (1.4) | 2.2 | $ | 700.00 | $ | 1,540.00 |
| 2024.10.01 | Joyous CMIA | BSS | Drafted discovery dispute letter (0.5); Conf. w/ PLF re: same (0.1); Emailed Def. re: M&C (0.1); Conf. w/ LTF re: same (0.2) | 0.9 | $ | 700.00 | $ | 630.00 |
| 2024.10.04 | Joyous CMIA | BSS | Emailed Def. Counsel re: discovery dispute (0.1) | 0.1 | $ | 700.00 | $ | 70.00 |
| 2024.10.07 | Joyous CMIA | BSS | Conf. w/ JRW re: mediation statement (0.1); Emailed Def. Counsel re: same (0.1); Conf. w/ PLF re: same (0.1) | 0.3 | $ | 700.00 | $ | 210.00 |
| 2024.10.08 | Joyous CMIA | BSS | Conf. w/ PLF re: discovery dispute (0.1); Emailed Def. Counsel re: same (0.1); Reviewed and revised mediation statement (0.5) | 0.7 | $ | 700.00 | $ | 490.00 |
| 2024.10.09 | Joyous CMIA | BSS | Reviewed email re: compromise (0.1); Call w/ PLF and SD re: M&C (0.4); Email JRW re: same (0.4); Call w/ Def. Counsel re: Same (0.1); Prepared for M&C (3); Conf. w/ LTF re: same (0.2); Traveled to and attended meet and confer re: D's discovery responses (3.5); Emailed Def. Counsel summary re: M&C (0.2) | 7.9 | $ | 700.00 | $ | 5,530.00 |
| 2024.10.14 | Joyous CMIA | BSS | Reviewed document production (0.3); Email team re: same (0.2); Conf. w/ JRW re: Mediation Statement (0.2); Reviewed same for submission (0.1) | 0.8 | $ | 700.00 | $ | 560.00 |
| 2024.10.15 | Joyous CMIA | BSS | Emailed Def. Counsel re: financial information (0.1) | 0.1 | $ | 700.00 | $ | 70.00 |
| 2024.10.16 | Joyous CMIA | BSS | Emailed team re: mediation attendees (0.1) | 0.1 | $ | 700.00 | $ | 70.00 |
| 2024.10.17 | Joyous CMIA | BSS | Reviewed and responded to email re: mediation statement (0.1); Reviewed and analyzed financial statements (0.2); Conf. w/ team re: same (0.1) | 0.4 | $ | 700.00 | $ | 280.00 |
| 2024.10.21 | Joyous CMIA | BSS | Conf. w/ PLF re: mediation (0.1); Conf. w/ JRW re: same (0.1) | 0.2 | $ | 700.00 | $ | 140.00 |
| 2024.10.22 | Joyous CMIA | BSS | Conf. w/ JRW re: mediation and discovery (0.2); Conf. w/ PLF re: same (0.1) | 0.3 | $ | 700.00 | $ | 210.00 |
| 2024.10.29 | Joyous CMIA | BSS | Emailed JRW re: corresponding Def. Counsel (0.1) | 0.1 | $ | 700.00 | $ | 70.00 |
| 2024.10.30 | Joyous CMIA | BSS | Conf. w/ JRW re: email to Def. Counsel (0.1) | 0.1 | $ | 700.00 | $ | 70.00 |
| 2024.12.03 | Joyous CMIA | BSS | Reviewed and revised Meta Subpoena (0.5) | 0.5 | $ | 700.00 | $ | 350.00 |
| 2024.12.04 | Joyous CMIA | BSS | Reviewed and revised discovery requests (1.1) | 1.1 | $ | 700.00 | $ | 770.00 |
| 2024.12.05 | Joyous CMIA | BSS | Email JF re: subpoenas (0.1); Reviewed same (0.1) | 0.2 | $ | 700.00 | $ | 140.00 |
| 2024.12.12 | Joyous CMIA | BSS | Drafted and revised subpoenas to third parties (0.5) | 0.5 | $ | 700.00 | $ | 350.00 |
| 2024.12.13 | Joyous CMIA | BSS | Reviewed and responded to emails re: subpoenas (0.3) | 0.3 | $ | 700.00 | $ | 210.00 |

| Date | Client | Atty | Description | Hours | Rate | Amount |
|------|--------|------|-------------|-------|------|--------|
| 2024.12.19 | Joyous CMIA | BSS | Reviewed and responded to emails re: extension (0.2); Conf. w/ PLF re; same (0.2); Reviewed email re: Google Subpoena (0.1) | 0.5 | $ 700.00 | $ 350.00 |
| 2025.01.02 | Joyous CMIA | BSS | Emailed JRW re: discovery (0.3) | 0.3 | $ 700.00 | $ 210.00 |
| 2025.01.07 | Joyous CMIA | BSS | Reviewed and responded to email re: Twilio Subpoena (0.1) | 0.1 | $ 700.00 | $ 70.00 |
| 2025.01.09 | Joyous CMIA | BSS | Conf. w/ JRW re: meet and confer email (0.2); Reviewed and responded to email re: same (0.1) | 0.3 | $ 700.00 | $ 210.00 |
| 2025.01.13 | Joyous CMIA | BSS | Circulated invite re: M&C (0.2); Conf. w/ DLS re: same (0.1) | 0.3 | $ 700.00 | $ 210.00 |
| 2025.01.14 | Joyous CMIA | BSS | Conf. w/ JRW re: discovery and meet and confer (0.3) | 0.3 | $ 700.00 | $ 210.00 |
| 2025.01.15 | Joyous CMIA | BSS | Email JRW re: meet and confer (0.2) | 0.2 | $ 700.00 | $ 140.00 |
| 2025.01.16 | Joyous CMIA | BSS | Email JRW re: meet and confer (0.2) | 0.2 | $ 700.00 | $ 140.00 |
| 2024.04.23 | Joyous CMIA | JMF | Prepared, finalized, and filed MJ declination (.3); discussed next steps with JRW (.3). | 0.6 | $ 400.00 | $ 240.00 |
| 2024.05.06 | Joyous CMIA | JMF | Served complant and mtn to proceed under pseudonym. | 0.7 | $ 400.00 | $ 280.00 |
| 2024.05.24 | Joyous CMIA | JMF | Served complaint; emailed attys re same. | 0.8 | $ 400.00 | $ 320.00 |
| 2024.05.30 | Joyous CMIA | JMF | Filed proof of service of complaint. | 0.3 | $ 400.00 | $ 120.00 |
| 2024.06.18 | Joyous CMIA | JMF | Prepared protective order template. | 0.5 | $ 400.00 | $ 200.00 |
| 2024.07.16 | Joyous CMIA | JMF | Prepared, finalized, and filed ADR Cert. | 0.3 | $ 400.00 | $ 120.00 |
| 2024.08.01 | Joyous CMIA | JMF | Finalized and served initial disclosures. | 0.7 | $ 400.00 | $ 280.00 |
| 2024.08.08 | Joyous CMIA | JMF | Synced case folder. | 0.2 | $ 400.00 | $ 80.00 |
| 2024.08.16 | Joyous CMIA | JMF | Finalized and served discovery requests. | 0.6 | $ 400.00 | $ 240.00 |
| 2024.09.09 | Joyous CMIA | JMF | Checked and saved docket. | 0.5 | $ 400.00 | $ 200.00 |
| 2024.09.30 | Joyous CMIA | JMF | Prepared; finalized, and filed transcript request. | 0.5 | $ 400.00 | $ 200.00 |
| 2024.10.01 | Joyous CMIA | JMF | Pay court reporter for transcript. | 0.2 | $ 400.00 | $ 80.00 |
| 2024.11.19 | Joyous CMIA | JMF | Finalized and served second set of discovery requests. | 0.8 | $ 400.00 | $ 320.00 |
| 2024.12.04 | Joyous CMIA | JMF | Reviewed subpoenas and documents. | 0.1 | $ 400.00 | $ 40.00 |
| 2024.12.12 | Joyous CMIA | JMF | Finalized notices of subpoena and third party subpoenas for Google, Meta, and Twilio; served same. | 2.0 | $ 400.00 | $ 800.00 |
| 2024.12.13 | Joyous CMIA | JMF | Checked status of subpoenas; emailed attys re same. | 0.2 | $ 400.00 | $ 80.00 |
| 2024.12.16 | Joyous CMIA | JMF | Saved proof of service for Meta subpoena. | 0.1 | $ 400.00 | $ 40.00 |
| 2024.12.19 | Joyous CMIA | JMF | Saved proof of service for subpoena. | 0.1 | $ 400.00 | $ 40.00 |
| 2024.12.20 | Joyous CMIA | JMF | Reserved Twilio subpoena. | 0.3 | $ 400.00 | $ 120.00 |
| 2024.12.23 | Joyous CMIA | JMF | Emailed attys re service of subpoena. | 0.1 | $ 400.00 | $ 40.00 |

Bursor Fisher, P.A. - Joyous CMIA Billing Diaries

| Date | Matter | Atty | Description | Hours | Rate | Amount |
|------|--------|------|-------------|-------|------|--------|
| 2024.12.27 | Joyous CMIA | JMF | Prepared lodestar. | 0.2 | $ 400.00 | $ 80.00 |
| 2024.12.30 | Joyous CMIA | JMF | Saved proof of service for subpoena. | 0.1 | $ 400.00 | $ 40.00 |
| 2025.01.16 | Joyous CMIA | JMF | Finalized and served discovery requests. | 0.5 | $ 400.00 | $ 200.00 |
| 2025.01.17 | Joyous CMIA | JMF | Prepared stip template. | 0.3 | $ 400.00 | $ 120.00 |
| 2025.04.23 | Joyous CMIA | JMF | Discussed settlement agreement with JRW. | 0.1 | $ 400.00 | $ 40.00 |
| 2024.03.09 | Joyous CMIA | JRW | PSI | 3.7 | $ 500.00 | $ 1,850.00 |
| 2024.03.20 | Joyous CMIA | JRW | PSI | 4.3 | $ 500.00 | $ 2,150.00 |
| 2024.03.30 | Joyous CMIA | JRW | Research for complaint | 0.5 | $ 500.00 | $ 250.00 |
| 2024.04.01 | Joyous CMIA | JRW | Draft complaint | 3.2 | $ 500.00 | $ 1,600.00 |
| 2024.04.03 | Joyous CMIA | JRW | Attn to complaint filing next steps | 0.2 | $ 500.00 | $ 100.00 |
| 2024.04.04 | Joyous CMIA | JRW | Draft complaint | 2.7 | $ 500.00 | $ 1,350.00 |
| 2024.04.05 | Joyous CMIA | JRW | Finalize complaint draft | 1.4 | $ 500.00 | $ 700.00 |
| 2024.04.10 | Joyous CMIA | JRW | Research appointment information issue and draft report | 0.6 | $ 500.00 | $ 300.00 |
| 2024.04.11 | Joyous CMIA | JRW | Call w/ client (.3); research re complaint (.8) | 1.1 | $ 500.00 | $ 550.00 |
| 2024.04.15 | Joyous CMIA | JRW | Research re complaint (.9) | 0.9 | $ 500.00 | $ 450.00 |
| 2024.04.16 | Joyous CMIA | JRW | complaint edits | 2.5 | $ 500.00 | $ 1,250.00 |
| 2024.04.19 | Joyous CMIA | JRW | Finalize complaint and file | 1.2 | $ 500.00 | $ 600.00 |
| 2024.04.21 | Joyous CMIA | JRW | Twilio memo research | 0.5 | $ 500.00 | $ 250.00 |
| 2024.04.23 | Joyous CMIA | JRW | Discuss next steps with team (.1); update calendar with deadlines (.1); Research re pseudonym mtn (.5); Draft mtn. (1.2) | 1.9 | $ 500.00 | $ 950.00 |
| 2024.04.24 | Joyous CMIA | JRW | Finalize and file pseudonym motion | 0.3 | $ 500.00 | $ 150.00 |
| 2024.04.25 | Joyous CMIA | JRW | Calendar dates and update case status sheet | 0.3 | $ 500.00 | $ 150.00 |
| 2024.05.06 | Joyous CMIA | JRW | Discuss service w/ JMF (.6); Draft status report (.9) | 1.5 | $ 500.00 | $ 750.00 |
| 2024.05.07 | Joyous CMIA | JRW | Discuss puesdonym mtn w/ BSS (.2); edit status report (.2); assist team with filing status report (.1) | 0.5 | $ 500.00 | $ 250.00 |
| 2024.05.23 | Joyous CMIA | JRW | inquire with court re: uodated summons (.1), discuss service w/ JMF (.2) | 0.3 | $ 500.00 | $ 150.00 |
| 2024.05.24 | Joyous CMIA | JRW | Calendar dates | 0.1 | $ 500.00 | $ 50.00 |
| 2024.06.11 | Joyous CMIA | JRW | site review and communicate w/ team re: OC email | 0.2 | $ 500.00 | $ 100.00 |
| 2024.06.12 | Joyous CMIA | JRW | teams strategy call | 0.3 | $ 500.00 | $ 150.00 |
| 2024.06.18 | Joyous CMIA | JRW | Call w/ OC | 0.4 | $ 500.00 | $ 200.00 |
| 2024.07.09 | Joyous CMIA | JRW | Send ADR materials to client | 0.1 | $ 500.00 | $ 50.00 |
| 2024.07.10 | Joyous CMIA | JRW | Draft CMC stmt | 1.6 | $ 500.00 | $ 800.00 |
| 2024.07.12 | Joyous CMIA | JRW | Leave vm for client re: ADR cert | 0.1 | $ 500.00 | $ 50.00 |
| 2024.07.15 | Joyous CMIA | JRW | CMC stmt. edits | 0.6 | $ 500.00 | $ 300.00 |

| 2024.07.16 | Joyous CMIA | JRW | 26(f) conference (.3); Confer w/ BSS re: same (.1); Draft RFPs (.7) | 1.1 | $ 500.00 | $ 550.00 |
|---|---|---|---|---|---|---|
| 2024.07.22 | Joyous CMIA | JRW | RFP edits (.2); Draft ROGs (.9) | 1.1 | $ 500.00 | $ 550.00 |
| 2024.07.24 | Joyous CMIA | JRW | Create initial disclosures assignment for SLR | 0.2 | $ 500.00 | $ 100.00 |
| 2024.07.24 | Joyous CMIA | JRW | Edits to ROGs | 0.1 | $ 500.00 | $ 50.00 |
| 2024.07.26 | Joyous CMIA | JRW | Edit initial disclosures | 0.4 | $ 500.00 | $ 200.00 |
| 2024.07.26 | Joyous CMIA | JRW | Review Defendant's edits to CMC stmt | 0.2 | $ 500.00 | $ 100.00 |
| 2024.07.31 | Joyous CMIA | JRW | Edit ROGs, RFPs and Initial Disclosures | 0.5 | $ 500.00 | $ 250.00 |
| 2024.08.01 | Joyous CMIA | JRW | Finalize CMC stmt for filing (.2); Finalize initial disclosures for filing (.1) | 0.3 | $ 500.00 | $ 150.00 |
| 2024.08.08 | Joyous CMIA | JRW | Travel to and attend CMC in San Francisco | 4.2 | $ 500.00 | $ 2,100.00 |
| 2024.08.12 | Joyous CMIA | JRW | Edit RFPs and ROGs | 0.6 | $ 500.00 | $ 300.00 |
| 2024.08.14 | Joyous CMIA | JRW | Edits to discovery requests | 0.3 | $ 500.00 | $ 150.00 |
| 2024.08.16 | Joyous CMIA | JRW | Edits to discovery requests (.4); assist staff with filing same (.3) | 0.7 | $ 500.00 | $ 350.00 |
| 2024.08.19 | Joyous CMIA | JRW | Calendar dates pursuant to scheduling order and update tracking sheets | 0.2 | $ 500.00 | $ 100.00 |
| 2024.10.07 | Joyous CMIA | JRW | Mediation stmt research (.4); Confer w/ BSS re: same (.1) | 0.5 | $ 500.00 | $ 250.00 |
| 2024.10.08 | Joyous CMIA | JRW | Draft mediation statement | 3.2 | $ 500.00 | $ 1,600.00 |
| 2024.10.08 | Joyous CMIA | JRW | Draft term sheet | 0.4 | $ 500.00 | $ 200.00 |
| 2024.10.09 | Joyous CMIA | JRW | Prepare for M&C | 0.8 | $ 500.00 | $ 400.00 |
| 2024.10.09 | Joyous CMIA | JRW | Travel to and attend M&C re: mediation and discovery dispute | 4.1 | $ 500.00 | $ 2,050.00 |
| 2024.10.12 | Joyous CMIA | JRW | Review D's document production and save same | 0.5 | $ 500.00 | $ 250.00 |
| 2024.10.14 | Joyous CMIA | JRW | Email BSS re: mediation statement edits | 0.2 | $ 500.00 | $ 100.00 |
| 2024.10.14 | Joyous CMIA | JRW | Edits to CMC stmt and finalize CMC stmt with exhibits | 0.7 | $ 500.00 | $ 350.00 |
| 2024.10.21 | Joyous CMIA | JRW | Pre-mediaiton call w/ PLF and research | 0.5 | $ 500.00 | $ 250.00 |
| 2024.10.21 | Joyous CMIA | JRW | Mediation w/ J. Sabraw | 5.8 | $ 500.00 | $ 2,900.00 |
| 2024.10.22 | Joyous CMIA | JRW | Discuss mediaition and discovery drafting w/ BSS | 0.1 | $ 500.00 | $ 50.00 |
| 2024.10.30 | Joyous CMIA | JRW | correspond w/ OC re: class size data (.1); Confer w/ BSS re: same (.1) | 0.2 | $ 500.00 | $ 100.00 |
| 2024.11.04 | Joyous CMIA | JRW | Review KDV discovery request drafts | 0.6 | $ 500.00 | $ 300.00 |
| 2024.11.07 | Joyous CMIA | JRW | Edits to second set of discovery requests | 0.8 | $ 500.00 | $ 400.00 |
| 2024.11.08 | Joyous CMIA | JRW | Edits to second set of discovery requests | 0.6 | $ 500.00 | $ 300.00 |
| 2024.11.19 | Joyous CMIA | JRW | Final edits to discovery requests and serve | 0.6 | $ 500.00 | $ 300.00 |
| 2024.12.02 | Joyous CMIA | JRW | Call w/ client | 0.2 | $ 500.00 | $ 100.00 |

| 2024.12.04 | Joyous CMIA | JRW | Edits to Meta, Google, Twilio subpoenas | 1.8 | $ | 500.00 | $ | 900.00 |
|---|---|---|---|---|---|---|---|---|
| 2024.12.05 | Joyous CMIA | JRW | Finalize subpoenas and send to SD | 0.6 | $ | 500.00 | $ | 300.00 |
| 2025.01.02 | Joyous CMIA | JRW | Discuss next steps re: discovery w/ BSS | 0.1 | $ | 500.00 | $ | 50.00 |
| 2025.01.08 | Joyous CMIA | JRW | Case updates w/ team | 0.1 | $ | 500.00 | $ | 50.00 |
| 2025.01.09 | Joyous CMIA | JRW | Email OC re: Discovery M&C | 0.2 | $ | 500.00 | $ | 100.00 |
| 2025.01.09 | Joyous CMIA | JRW | Email Meta counsel re: subpoena | 0.2 | $ | 500.00 | $ | 100.00 |
| 2025.01.14 | Joyous CMIA | JRW | Discuss plan for M&C w/ BSS | 0.3 | $ | 500.00 | $ | 150.00 |
| 2025.01.15 | Joyous CMIA | JRW | Discuss plan for M&C w/ BSS | 0.3 | $ | 500.00 | $ | 150.00 |
| 2025.01.15 | Joyous CMIA | JRW | Meeting w/ Meta's counsel re: subpoena (.2); Contact client re: FID (.1) | 0.3 | $ | 500.00 | $ | 150.00 |
| 2025.01.16 | Joyous CMIA | JRW | Prepare for M&C (.6) attend M&C re: P's Second set of discovery requests (.4), Email BSS and PLF re: next steps (.4) | 1.4 | $ | 500.00 | $ | 700.00 |
| 2025.01.17 | Joyous CMIA | JRW | Review standing order and begin drafting motion to extend disco cut off | 0.4 | $ | 500.00 | $ | 200.00 |
| 2025.01.23 | Joyous CMIA | JRW | Draft email to team: case updates | 0.2 | $ | 500.00 | $ | 100.00 |
| 2025.02.05 | Joyous CMIA | JRW | Contact PLF re: discovery extension | 0.1 | $ | 500.00 | $ | 50.00 |
| 2025.03.12 | Joyous CMIA | JRW | Draft notice of settlement | 0.4 | $ | 500.00 | $ | 200.00 |
| 2025.03.18 | Joyous CMIA | JRW | Draft settlement agreement | 3.8 | $ | 500.00 | $ | 1,900.00 |
| 2025.03.20 | Joyous CMIA | JRW | Draft settlement agreement and exhibits | 4.7 | $ | 500.00 | $ | 2,350.00 |
| 2025.03.24 | Joyous CMIA | JRW | Edits to settlement agreement | 1.6 | $ | 500.00 | $ | 800.00 |
| 2025.04.22 | Joyous CMIA | JRW | Discuss motion for premilimainary approval w/ team (.2); Research re: same (.6) | 0.8 | $ | 500.00 | $ | 400.00 |
| 2025.04.23 | Joyous CMIA | JRW | Draft preliminary approval motion (7.5); Discuss SA w/ JMF (.1) | 7.6 | $ | 500.00 | $ | 3,800.00 |
| 2025.04.24 | Joyous CMIA | JRW | Draft PA motion | 1.9 | $ | 500.00 | $ | 950.00 |
| 2025.04.25 | Joyous CMIA | JRW | Edits to PA mtn | 1.4 | $ | 500.00 | $ | 700.00 |
| 2025.04.25 | Joyous CMIA | JRW | Draft Fraietta Declaration for PA motion | 2.3 | $ | 500.00 | $ | 1,150.00 |
| 2025.04.28 | Joyous CMIA | JRW | Draft proposed order for PA mtn | 0.9 | $ | 500.00 | $ | 450.00 |
| 2025.04.28 | Joyous CMIA | JRW | Edits to PA mtn and declaration (2.9); Final review of PA mtn documents and edits to same (1.6) | 3.5 | $ | 500.00 | $ | 1,750.00 |
| 2025.06.27 | Joyous CMIA | JRW | Edits to proposed preliminary approval order | 0.5 | $ | 500.00 | $ | 250.00 |
| 2025.06.28 | Joyous CMIA | JRW | Email Jim Quadra re: amended PO | 0.1 | $ | 500.00 | $ | 50.00 |
| 2025.06.30 | Joyous CMIA | JRW | Review final version of proposed order and draft email to Court | 0.2 | $ | 500.00 | $ | 100.00 |
| 2025.08.03 | Joyous CMIA | JRW | Draft joint letter re: PA mtn | 0.4 | $ | 500.00 | $ | 200.00 |
| 2025.08.13 | Joyous CMIA | JRW | Edits to joint letter | 0.3 | $ | 500.00 | $ | 150.00 |
| 2025.09.18 | Joyous CMIA | JRW | Draft FA motion | 4.5 | $ | 500.00 | $ | 2,250.00 |

Bursor Fisher, P.A. - Joyous CMIA Billing Diaries

| 2025.09.23 | Joyous CMIA | JRW | Draft FA motion | 2.5 | $ | 500.00 | $ | 1,250.00 |
|---|---|---|---|---|---|---|---|---|
| 2025.09.24 | Joyous CMIA | JRW | Draft FA motion, decl, and proposed order | 3.9 | $ | 500.00 | $ | 1,950.00 |
| 2024.10.24 | Joyous CMIA | KBV | emailed JRW re discovery assignment, e-corr re templates | 0.2 | $ | 450.00 | $ | 90.00 |
| 2024.10.25 | Joyous CMIA | KBV | Draft RFPs and ROGs | 3.8 | $ | 450.00 | $ | 1,710.00 |
| 2024.10.28 | Joyous CMIA | KBV | Discovery requests (ROGs) (2.4); conf w/ JRW re same (.2) | 2.6 | $ | 450.00 | $ | 1,170.00 |
| 2024.10.29 | Joyous CMIA | KBV | Draft ROGs | 3.3 | $ | 450.00 | $ | 1,485.00 |
| 2024.04.19 | Joyous CMIA | MCS | Drafted and finalized initiating docs, finalized complaint. Sent for review. Filed. | 3.0 | $ | 400.00 | $ | 1,200.00 |
| 2024.04.24 | Joyous CMIA | MCS | Discussed holding off on filing during reassignment with DLS, JRW. Finalized and filed motion to proceed under pseudonym. Sent proposed order to judge. | 2.2 | $ | 400.00 | $ | 880.00 |
| 2024.07.31 | Joyous CMIA | MCS | Finalized and filed stipulated protective order. Sent word version to judge. | 1.3 | $ | 400.00 | $ | 520.00 |
| 2024.08.01 | Joyous CMIA | MCS | Finalized and filed joint CMC statement. | 0.9 | $ | 400.00 | $ | 360.00 |
| 2024.08.15 | Joyous CMIA | MCS | Finalized and filed joint statement designating mediator. | 1.3 | $ | 400.00 | $ | 520.00 |
| 2025.01.17 | Joyous CMIA | MCS | Filed BSS withdrawal. | 0.2 | $ | 400.00 | $ | 80.00 |
| 2025.01.17 | Joyous CMIA | MCS | Filed PLF appearance. | 0.2 | $ | 400.00 | $ | 80.00 |
| 2025.03.14 | Joyous CMIA | MCS | Finalized and filed notice of settlement. | 0.8 | $ | 400.00 | $ | 320.00 |
| 2025.04.28 | Joyous CMIA | MCS | Sent settlement agreement for e-signature. | 0.4 | $ | 400.00 | $ | 160.00 |
| 2025.04.28 | Joyous CMIA | MCS | Cite formatting, ran tables. Assembled declarations. Finalized and filed motion for preliminary approval. Sent proposed order to judge. | 2.7 | $ | 400.00 | $ | 1,080.00 |
| 2024.06.12 | Joyous CMIA | PLF | Call with counsel (0.3) | 0.3 | $ | 900.00 | $ | 270.00 |
| 2024.07.30 | Joyous CMIA | PLF | Call with defense counsel (0.3) | 0.3 | $ | 900.00 | $ | 270.00 |
| 2024.10.09 | Joyous CMIA | PLF | Call with BSS and S. Drury re plan for discovery dispute conference (0.5) | 0.5 | $ | 900.00 | $ | 450.00 |
| 2024.10.17 | Joyous CMIA | PLF | Analyze D financial documents in advance of mediation (0.7) | 0.7 | $ | 900.00 | $ | 630.00 |
| 2024.10.21 | Joyous CMIA | PLF | Mediation with J. Sabraw (5.2) | 5.8 | $ | 900.00 | $ | 5,220.00 |
| 2025.01.15 | Joyous CMIA | PLF | M&C with Meta counsel (0.3) | 0.2 | $ | 900.00 | $ | 180.00 |
| 2025.01.16 | Joyous CMIA | PLF | Prep for M&C (0.3); Conduct M&C (0.4); Settlement call with defense counsel (0.3) | 1.0 | $ | 900.00 | $ | 900.00 |
| 2025.01.22 | Joyous CMIA | PLF | Settlement call with defense counsel (0.3) | 0.3 | $ | 900.00 | $ | 270.00 |
| 2025.01.24 | Joyous CMIA | PLF | Draft term sheet re settlement (1.0) | 1.0 | $ | 900.00 | $ | 900.00 |
| 2025.02.21 | Joyous CMIA | PLF | Settlement call with defense counsel (0.3) | 0.3 | $ | 900.00 | $ | 270.00 |

Bursor Fisher, P.A. - Joyous CMIA Billing Diaries

| 2025.02.27 | Joyous CMIA | PLF | Review documents in connection with settlement proposal (0.3) | 0.3 | $ 900.00 | $ 270.00 |
|---|---|---|---|---|---|---|
| 2025.03.04 | Joyous CMIA | PLF | Review and revise proposed term sheet (0.4) | 0.4 | $ 900.00 | $ 360.00 |
| 2025.04.08 | Joyous CMIA | PLF | Review D's proposed edits to settlement agreement (0.7) | 0.7 | $ 900.00 | $ 630.00 |
| 2025.04.17 | Joyous CMIA | PLF | Call with defense counsel re finalizing settlement agreement (0.4); Request bids from settlement adminstrators Simpluris and Analytics (0.4) | 0.8 | $ 900.00 | $ 720.00 |
| 2025.04.28 | Joyous CMIA | PLF | Attention to finalizing PA motion (2.0) | 2.0 | $ 900.00 | $ 1,800.00 |
| 2025.06.25 | Joyous CMIA | PLF | Travel to CA for preliminary approval hearing (7.0); Prep for same (2.0) | 9.0 | $ 900.00 | $ 8,100.00 |
| 2025.06.26 | Joyous CMIA | PLF | Argue PA hearing (0.4); Travel home (7.0) | 7.4 | $ 900.00 | $ 6,660.00 |
| 2025.06.28 | Joyous CMIA | PLF | Review draft preliminary approval order (0.2) | 0.2 | $ 900.00 | $ 180.00 |
| 2025.08.15 | Joyous CMIA | PLF | Analyze PA order (0.4) | 0.4 | $ 900.00 | $ 360.00 |

**Bursor & Fisher, P.A. - Joyous CMIA Expenses**

| | | | |
|---|---|---|---|
| | | $405.00 | Filing Fees |
| | | $1,571.40 | Service of Process Expenses |
| | | $7,395.00 | Mediation Expenses |
| | | $29.20 | Transcript Expenses |
| | | **$9,400.60** | **Total Expenses** |

**Filing Fees**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2024.04.22 | Joyous CMIA | $405.00 | Courts/USDC-CA-ND |
| | | **$405.00** | **Total Filing Fees** |

**Service of Process Expenses**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2024.06.14 | Joyous CMIA | $233.28 | First Legal Network Insurance Services LLC |
| 2024.06.14 | Joyous CMIA | $236.06 | First Legal Network Insurance Services LLC |
| 2025.01.20 | Joyous CMIA | $147.42 | First Legal Network Insurance Services LLC |
| 2025.01.20 | Joyous CMIA | $406.65 | First Legal Network Insurance Services LLC |
| 2025.01.20 | Joyous CMIA | $193.20 | First Legal Network Insurance Services LLC |
| 2025.01.20 | Joyous CMIA | $193.20 | First Legal Network Insurance Services LLC |
| 2025.01.20 | Joyous CMIA | $161.59 | First Legal Network Insurance Services LLC |
| | | **$1,571.40** | **Total Service of Process Expenses** |

**Mediation Expenses**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2024.08.21 | Joyous CMIA | $7,395.00 | ADR Services Inc. |
| | | **$7,395.00** | **Total Research Expenses** |

**Transcript Expenses**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2024.10.23 | Joyous CMIA | $29.20 | Transcript Invoice Payment |
| | | **$29.20** | **Total Transcript Expenses** |

**EXHIBIT 3**

Free Newsletter Sign Up

Business & Practice

# Big Law Rates Topping $2,000 Leave Value 'In Eye of Beholder'

By Roy Strom

Column
June 9, 2022, 2:30 AM

*Welcome back to the Big Law Business column on the changing legal marketplace written by me, Roy Strom. Today, we look at a new threshold for lawyers' billing rates and why it's so difficult to put a price on high-powered attorneys. Sign up to receive this column in your inbox on Thursday mornings. Programming note: Big Law Business will be off next week.*

Some of the nation's top law firms are charging more than $2,000 an hour, setting a new pinnacle after a two-year burst in demand.

Partners at Hogan Lovells and Latham & Watkins have crossed the threshold, according to court documents in bankruptcy cases filed within the past year.

Other firms came close to the mark, billing more than $1,900, according to the documents. They include Kirkland & Ellis, Simpson Thacher & Bartlett, Boies Schiller Flexner, and Sidley Austin.

Simpson Thacher & Bartlett litigator Bryce Friedman, who helps big-name clients out of jams, especially when they're accused of fraud, charges $1,965 every 60 minutes, according to a court document.

In need of a former acting US Solicitor General? Hogan Lovells partner Neal Katyal bills time at $2,465 an hour. Want to hire famous litigator David Boies? That'll cost $1,950 an hour (at least). Reuters was first to report their fees.

Eye-watering rates are nothing new for Big Law firms, which typically ask clients to pay higher prices at least once a year, regardless of broader market conditions.

"Value is in the eye of the beholder," said John O'Connor, a San Francisco-based expert on legal fees. "The perceived value of a good lawyer can reach into the multi-billions of dollars."

Kirkland & Ellis declined to comment on its billing rates. None of the other firms responded to requests to comment.

## Charge It Up

Big Law firms are crossing the $2,000-an-hour threshold after two years of surging rates driven by an increase in demand for lawyers.

| Firm | Highest Billing Rate |
| --- | --- |
| Hogan Lovells | $2,465 |
| Latham & Watkins | $2,075 |
| Kirkland & Ellis | $1,995 |
| Simpson Thacher & Bartlett | $1,965 |
| Boies Schiller Flexner | $1,950 |
| Sidley Austin | $1,900 |

Source: Court documents

Bloomberg Law

Law firms have been more successful raising rates than most other businesses over the past 15 years.

Law firm rates rose by roughly 40 percent from 2007 to 2020, or just short of 3 percent per year, Thomson Reuters Peer Monitor data show. US inflation rose by about 28% during that time.

The 100 largest law firms in the past two years achieved their largest rate increases in more than a decade, Peer Monitor says. The rates surged more than 6% in 2020 and grew another 5.6% through November of last year. Neither level had been breached since 2008.

The price hikes occurred during a once-in-a-decade surge in demand for law services, which propelled profits at firms to new levels. Fourteen law firms reported average profits per equity partner in 2021 over $5 million, according to data from The American Lawyer. That was up from six the previous year.

The highest-performing firms, where lawyers charge the highest prices, have outperformed their smaller peers. Firms with leading practices in markets such as mergers and acquisitions, capital markets, and real estate were forced to turn away work at some points during the pandemic-fueled surge.

Firms receive relatively tepid pushback from their giant corporate clients, especially when advising on bet-the-company litigation or billion-dollar deals.

The portion of bills law firms collected—a sign of how willingly clients pay full-freight—rose during the previous two years after drifting lower following the Great Financial Crisis. Collection rates last year breached 90% for the first time since 2009, Peer Monitor data show.

Professional rules prohibit lawyers from charging "unconscionable" or "unreasonable" rates. But that doesn't preclude clients from paying any price they perceive as valuable, said Jacqueline Vinaccia, a San Diego-based lawyer who testifies on lawyer fee disputes.

Lawyers' fees are usually only contested when they will be paid by a third party.

That happened recently with Hogan Lovells' Katyal, whose nearly $2,500 an hour fee was contested in May by a US trustee overseeing a bankruptcy case involving a Johnson & Johnson unit facing claims its talc-based powders caused cancer.

The trustee, who protects the financial interests of bankruptcy estates, argued Katyal's fee was more than $1,000 an hour higher than rates charged by lawyers in the same case at Jones Day and Skadden Arps Slate Meagher & Flom.

A hearing on the trustee's objection is scheduled for next week. Hogan Lovells did not respond to a request for comment on the objection.

Vinaccia said the firm's options will be to reduce its fee, withdraw from the case, or argue the levy is reasonable, most likely based on Katyal's extensive experience arguing appeals.

Still, the hourly rate shows just how valuable the most prestigious lawyers' time can be—even compared to their highly compensated competitors.

"If the argument is that Jones Day and Skadden Arps are less expensive, then you're already talking about the cream of the crop, the top-of-the-barrel law firms," Vinaccia said. "I can't imagine a case in which I might argue those two firms are more reasonable than the rates I'm dealing with."

**Worth Your Time**

**On Cravath:** Cravath Swaine & Moore is heading to Washington, opening its first new office since 1973 by hiring former heads of the U.S. Securities and Exchange Commission and Federal Deposit Insurance Corporation. Meghan Tribe reports the move comes as Big Law firms are looking to add federal government expertise as clients face more regulatory scrutiny.

**On Big Law Promotions:** It's rare that associates get promotions to partner in June, but Camille Vasquez is now a Brown Rudnick partner after she shot to fame representing Johnny Depp in his defamation trial against ex-wife Amber Heard.

**On Working From Home:** I spoke this week with Quinn Emanuel's John Quinn about why he thinks law firm life is never going back to the office-first culture that was upset by the pandemic. Listen to the podcast here.



00:00:00

*That's it for this week! Thanks for reading and please send me your thoughts, critiques, and tips.*

To contact the reporter on this story: Roy Strom in Chicago at rstrom@bloomberglaw.com

To contact the editors responsible for this story: Chris Opfer at copfer@bloomberglaw.com; John Hughes at jhughes@bloombergindustry.com

---

### Documents

Trustee's Objection

---

### Related Articles

Overworked Big Law Can't Find Enough Lawyers With Demand Surging    Dec. 9, 2021, 3:00 AM

Never Underestimate Big Law's Ability to Raise Billing Rates   Aug. 12, 2021, 3:00 AM

### Law Firms

Simpson Thacher
Hogan Lovells
Jones Day
Skadden
Sidley Austin
Quinn Emanuel
Cravath Swaine & Moore
Latham & Watkins
Kirkland & Ellis
Boies Schiller Flexner

## Topics

expert fees
compensation of bankruptcy attorney
acquisitions
U.S. trustees
financial markets
client-paid legal fees
data breaches

## Companies

Johnson & Johnson
Thomson Reuters Corp

© 2022 The Bureau of National Affairs, Inc.   All Rights Reserved

**EXHIBIT 4**



**Enterprise Legal Management Trends Report**

INSIGHT INTO

# 7 KEY METRICS

JUNE 2022





# Enterprise Legal Management Trends Report
## INSIGHTS ARE BASED ON DATA DERIVED FROM



OVER
## $49 Billion
IN LEGAL SPENDING

MORE THAN
## 350,000
TIMEKEEPERS

MORE THAN
## 1.2 Million
MATTERS



# Executive Highlights

Insights are based on data derived from over $49 billion in legal spending, more than 350,000 timekeepers, and more than 1.2 million matters. The key metrics are based on 2021 charges billed by outside counsel.

## 2021 RECORD SETTING YEAR FOR MERGERS & ACQUISITIONS

LexisNexis® CounselLink® data aligns with reports of 2021 being a record setting year for global mergers and acquisitions. Mergers & Acquisitions (M&A) related legal fees processed through CounselLink in 2021 represented 7.4% of total legal billing, a significant increase from 4.3% in 2020. The data also reflects that greater demand for M&A legal expertise resulted in material price increases. The median partner rate billed for M&A work in 2021 was $878, a 6.1% increase over the prior year median.

## HOURLY RATE INCREASES SHOW NO SIGNS OF SLOWING

Consistent with what we observed in 2020, despite pandemic-related and other pressures for legal departments to reduce outside counsel spending, hourly rate increases paid to US firms showed no signs of slowing. On average, 2021 partner hourly rates increased by 3.4% relative to 2020. This compares to 3.5% growth in 2020 versus 2019.

## USE OF ALTERNATIVE FEE ARRANGEMENT CONTINUES TO INCREASE

In 2021, 14.8% of matters had at least a portion of their billing under an arrangement other than hourly billing. Non-hourly fees billed accounted 9.6% of all billings. Use of alternative fee arrangements (AFAs) has been slowly rising over the years, showing an increased appetite by corporate counsel for AFAs, and a willingness by law firms to provide them.

## THE "LARGEST 50" FIRMS ACCOUNT FOR LARGEST SHARE OF SPENDING

The "Largest 50" firms (those with more than 750 lawyers) continue to account for the largest share of U.S. legal spending. In 2021, 46% of outside counsel fees were paid to these firms, consistent with recent year results. Further, the largest firms are continuing to gain share of wallet for the highest rate work. The three practices commanding the highest partner rates are Mergers & Acquisitions; Finance, Loans & Investments; and Regulatory & Compliance. Combining these types of matters, the "Largest 50" firms had a 61% share of legal billings in 2021. Several sub-categories of other matter categories with high partner rates follow the same pattern. For example, those firms had a 77% share of IP Litigation and a 78% share of Corporate Antitrust work.

# Introduction

The first edition of the annual CounselLink Enterprise Legal Management Trends Report was published in October 2013. That report established a set of six key metrics based on data available via the CounselLink Enterprise Legal Management platform and provided insights that corporate law departments and law firms could use to guide their decisions and subsequent actions. Beginning with the 2021 edition, a seventh key metric has been added to highlight hourly rates billed by law firm partners located in countries outside of the United Sates.

With the volume of data available for analysis growing with each passing year, the 2022 edition of the Trends Report represents the most up-to-date and detailed picture of how legal market dynamics are evolving over time.

As always, information about the methodologies used, definitions, and expert contributors conducting the analysis are presented at the end of the report.




## TABLE OF CONTENTS

5   The Seven Key Metrics

6   #1A: Blended Hourly Rate for Matters by Practice Area

7   #1B: Blended Hourly Rate for Matters – by Subcategory

11  #2: Law Firm Consolidation:
        Number of Legal Vendors Used by Corporations

12  #3A: Alternative Fee Arrangement (AFA) Usage by Matter

13  #3B: Alternative Fee Arrangement (AFA) Usage by Billings

14  #4: Partner Hourly Rate Differences by Law Firm Size

15  #5A: Partner Hourly Rate Growth by City

16  #5B: Partner Hourly Rate Growth by State

17  #6A: Median Partner Hourly Rate by Practice Area

18  #6B: Median Partner Rates by Subcategory of Work

20  #6C: Partner Hourly Rate Growth by Practice Area

21  #7A: International Partner Rates for Litigation and IP

22  #7B: International Partner Rates for Employment and Corporate

23  About the Trends Report

24  Expert Contributor



# Update on seven key metrics

Each annual update of the CounselLink Enterprise Legal Management Trends Report covers a standard set of key metrics related to hourly legal rates and the corporate procurement of legal services.

# 1A
## KEY METRIC

## Blended Hourly Rate for Matters by Practice Area

**BLENDED HOURLY RATES AND RATE VOLATILITY DIFFER BY TYPE OF WORK**

All analysis is based on data through December 31, 2021
Practice areas ordered by median blended matter rates



**Blended matter hourly rate metrics**
- 10th – 90th Percentile Range
- Median
- 25th – 75th Percentile Range

**Timekeeper rate metrics**
- Partner – Median
- Associate – Median
- Paralegal – Median

**Volatility Rate**

| Mergers and Acquisitions | Regulatory and Compliance | Finance, Loans, and Investments | Environmental | Commercial and Contracts | Corporate | Intellectual Property | Real Estate | Employment and Labor | Insurance | Litigation |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 7 | 7 | 3 | 6 | 10 | 5 | 4 | 5 | 3 | 5 |

Volatility is a calculated indicator of blended rate variability. Higher numbers suggest better possibilities for negotiating rates and/or changing the assigned timekeeper mix.

*See page 9 for guidance on interpreting all blended hourly rates charts.*

# 1B
## KEY METRIC

# Blended Hourly Rate for Matters – by Subcategory
### BLENDED HOURLY RATES AND RATE VOLATILITY DIFFER BY SUBCATEGORY OF WORK

All analysis is based on data through December 31, 2021
Practice areas ordered by median blended matter rates



# 1B
## KEY METRIC

# Blended Hourly Rate for Matters – by Subcategory
## BLENDED HOURLY RATES AND RATE VOLATILITY DIFFER BY SUBCATEGORY OF WORK

All analysis is based on data through December 31, 2021
Practice areas ordered by median blended matter rates



*Interpreting the Charts:*

*The charts on the previous pages capture matter level benchmarks. It's important to distinguish that Metric 1 is not benchmarking individual timekeeper rates, but rather the blended rates that result from the multiple timekeepers that work on a given matter. As a guide to interpreting the output, compare the two categories Corporate and Employment & Labor. These two categories have very similar median blended average matter rate ($376 and $366, respectively). But note that Corporate matters have a median partner rate of $636, considerably higher than that of Employment & Labor ($520). This indicates that relative to Corporate work, Employment & Labor matters are staffed more significantly with non-partners, whose hourly rates bring down the overall blended average matter rates.*

*The Volatility Index provided in this section is a calculated marker that shows the variability in blended matter rates. Using a 10-point scale, the Index highlights the broad spread between the 25th and 75th percentiles of hourly rates. High volatility scores indicate greater variance in prices paid based on the mix of timekeepers and individual hourly rates.*

Although individual lawyer rates are the focus of considerable industry attention, it is equally, or arguably more important, to look at the bigger picture: the blended average rate of the different timekeepers that work on a matter. The chart shows that the median blended hourly rate is highest for Mergers and Acquisitions, which often involve the most expensive firms and require significant partner engagement.

Comparing the Corporate category to Insurance as an example, the spread between the 25th and 75th percentiles of blended hourly rates for Corporate work is broader than the spread for Insurance. On a 10-point scale, Corporate has a Volatility Index of 10 while Insurance has an Index of three, which indicates that the mix of timekeepers and rates paid on Corporate matters vary significantly compared to the timekeeper mix and rates paid for Insurance matters. A high Volatility Index could also indicate that a category represents a wide range of matter types.

The 2020 data revealed that three matter categories have relatively low Volatility Indices (lower than 5), which means rates are consistent and less subject to negotiations between corporations and their firms:

- Insurance
- Real Estate
- Environmental

The two matter categories with the greatest change relative to the prior year are Mergers & Acquisitions and Commercial & Contracts. The median blended average matter rate for these categories increased 7% relative to 2020.

Legal departments can compare their own data against these rates and ranges for help managing costs. If departments are paying at or near the top of the range for more volatile matter types, there may be opportunities to negotiate lower rates or request a different mix of timekeepers to reduce costs. Note, however, that when looking at trends, it is important to evaluate the entire range of rates rather than focusing solely on the median rate.

**Key Metric 1B:** *Blended Hourly Rates and Rate Volatility Differ by Legal Work Subcategories*

Key Metric #1 measures average billing rates for high-level categories of legal work. Beginning in 2021, the Trends Report expanded upon this to include benchmarks for more granular categories of work to continue to provide more meaningful data points for decision-making in the legal industry.

Note that several of the sub-categories have Volatility Indices that are lower than that of their parent categories. For example, refer to the Corporate practice area in Key Metric #1 which had a Volatility Index of 10.

The three sub-categories of Corporate reflected in Key Metric #1B include Antitrust, Bankruptcy, and Tax. These areas have volatility scores of 6, 3, and 8 respectively. This can be interpreted to mean that as we narrow down to more granular/similar types of work, there is less variability between the 25th and 75th percentile blended average rates paid for these specific types of legal work relative to the broader category of Corporate. For example, there is greater consistency in the staffing and/or negotiated rates for these types of work, particularly for Antitrust and Bankruptcy.





# 2
## KEY METRIC

## Law Firm Consolidation:
## Number of Legal Vendors Used by Corporations

**HALF OF COMPANIES IN THE COUNSELLINK DATA POOL HAVE 10 FIRMS OR FEWER THAT ACCOUNT FOR AT LEAST 80% OF THEIR OUTSIDE COUNSEL FEES**

All analysis is based on data through December 31, 2021



*Interpreting the Chart:*

*This chart shows the degree of law firm consolidation among companies whose outside counsel legal billings are processed through CounselLink. The horizontal axis separates participating companies into nine segments representing different degrees of consolidation. For example, the bar on the far right shows that 35% of participating companies have 90 – 100% of their legal billings with 10 or fewer vendors; these are the most consolidated legal departments. The far left bar shows that just 1% of companies have 20 – 30% of their legal billings with 10 or fewer firms. In 2020, we noted a subtle shift of law departments that had dropped from between 80-90% on the chart to the 70-80% bucket. That shift has reversed itself, and we see 59% of companies with high levels of law firm consolidation, consistent with consolidation levels noted in the last five years (excepting 2020).*

Industry type plays a significant role in consolidation.

**HIGH DEGREES OF CONSOLIDATION:**

88% Transportation and Warehousing

83% Information Companies

78% Retail Trade

74% Manufacturing

**LOW DEGREES OF CONSOLIDATION:**

40% Finance
      Insurance

36% Utilities



# 3A
## KEY METRIC

## Alternative Fee Arrangement (AFA) Usage by Matter

**SOME FORM OF AFAs WERE USED IN 14.8% OF MATTERS**

Based on 12 months of data ending December 31, 2021

### PERCENTAGE OF MATTERS UTILIZING AFAs



14.8% AVERAGE

Practice Area

The use of AFAs to govern legal service payments varies considerably by legal matter type. High volume, predictable work included in Intellectual Property, Insurance, and the Employment and Labor categories continue to have the highest volume of matters billed under AFAs.

**INTELLECTUAL PROPERTY | INSURANCE | EMPLOYMENT & LABOR**
utilized AFAs for at least **20%** of matters

Other matter categories are gaining in use of alternative billing. Mergers and Acquisitions, Real Estate, and Regulatory and Compliance have nearly 10% of matters with non-hourly billing.



# 3B
## KEY METRIC

## Alternative Fee Arrangement (AFA) Usage by Billings

**SOME FORM OF AFAs WERE USED IN 9.6% OF BILLINGS**

Based on 12 months of data ending December 31, 2021

**PERCENTAGE OF BILLINGS UTILIZING AFAs**



*9.6% AVERAGE*

The use of Alternative Fee Arrangements has been gradually increasing as the industry slowly moves in the direction of not relying solely on hourly billing as the mechanism for payment of legal services. When CounselLink first started reporting on these key metric ten years ago, AFAs were used in approximately 12% of matters and 7% of fees and billings.



# 4

## KEY METRIC

## Partner Hourly Rate Differences by Law Firm Size

**MEDIAN RATES ACROSS PRACTICE AREAS, EXCLUDING INSURANCE**

Based on 12 months of data ending December 31, 2021

### MEDIAN PARTNER HOURLY RATES BY LAW FIRM SIZE



**Law Firm Size [Number of Lawyers]**

The size of a law firm is highly correlated to the rates billed by its lawyers. This progression is especially notable for the largest category of firms, those with 750 or more lawyers. The median hourly billing rate for partners in firms with more than 750 lawyers ($895) is 54% higher than the median hourly billing rate billed by partners in the next smaller tier of firms ($575).

Relative to prior years, the 54% differential for the largest firms compared to the next tier of firms is the largest in all the years we have tracked this metric. The differential was 47% for 2020.

Additionally, relative to prior years, the gap between mid-sized firm rates has narrowed. The median partner rate for firms with 51-100 lawyers ($400) is nearly the same as that for firms with 101-200 lawyers ($405).

The average partner growth rate for the largest firms was 4.6% in 2021 relative to 2020—the largest increase of the various law firm bands.

**AVERAGE PARTNER GROWTH RATE**
FOR THE LARGEST FIRMS       **4.6%** 2021 RELATIVE TO 2020



# 5A
## KEY METRIC

## Partner Hourly Rate Growth by City

**FOUR MAJOR METROPOLITAN AREAS SHOW MEDIAN PARTNER RATE GROWTH OF MORE THAN 4.0%**

Based on 12 months of data ending December 31, 2021

**PARTNER RATE GROWTH IN THREE MAJOR CITIES**



**Interpreting the Chart:**

*Across the United States, partner hourly rates grew 3.4% on average in 2021.*

The biggest growth spurts in attorney rates for the last year occurred in Washington D.C., New York, and San Francisco. Each of these four cities saw average attorney rates grow more than 4.0% relative to 2020.

On the opposite side of the spectrum, two cities saw hourly growth rate below 2%: Boston and Houston.



# 5B
## KEY METRIC

# Partner Hourly Rate Growth by State

**GROWTH IN MEDIAN PARTNER RATES VARIES BY STATE, AVERAGING 3.4% YEAR-OVER-YEAR INCREASE**

Based on 12 months data ending December 31, 2021



**4.6%**
$349 median
Nebraska

**4.2%**
$475 median
Wisconsin

**4.5%**
$1,030 median
New York

**4.7%**
$532 median
Texas

**YOY GROWTH RATE**

> 3.0%

2.1% to 3.0%

1.1% to 2.0%

< 1.0%

LOW BILLING VOLUME

# 3.4% AVERAGE GROWTH IN PARTNER RATES ACROSS STATES

*The average growth in partner rates across states is 3.4%, in line with prior year increases.*



## 6A
### KEY METRIC

# Median Partner Hourly Rate by Practice Area

**MEDIAN PARTNER RATES IN FIVE PRACTICE AREAS ABOVE $600 AN HOUR**
Based on 12 months of data ending December 31, 2021



Mergers and Acquisitions
# $878

Finance, Loans, and Investments
# $725

Regulatory and Compliance
# $690

$668
Commercial and Contracts

$636
Corporate

$575
Intellectual Property

$520
Employment and Labor

$495
Environmental

$477
Real Estate

$350
Litigation

$234
Insurance

Aggregate statistics based on legal work performed in 2021 identify Mergers and Acquisition as the practice area with the highest median partner rate of $878. Additionally, the other practices with median partner rates over $600 per hour have such high medians in large part because companies often use larger firms for these kinds of matters. In 2021, the "Largest 50" firms handled 66% of Merger and Acquisition work, and 62% of Finance, Loans & Investment work. With regard to the other high rate practices of Regulatory and Compliance, Commercial and Contracts, and Corporate, the "Largest 50" firms had a 47%, 52%, and 53% share of the wallet.

Conversely, at the lower end of the hourly rate spectrum is insurance work. Insurance carriers demand and negotiate aggressively for low rates on their high-volume defense matters. Law firms with fewer than 100 lawyers handled 69% of insurance work in 2021.



**6B**

KEY
METRIC

## Median Partner Rates by Subcategory of Work

**WITHIN PRACTICE AREAS, SUBCATEGORY RATES VARY CONSIDERABLY**
Based on 12 months of data ending December 31, 2021



CORPORATE

EMPLOYMENT
AND LABOR

INSURANCE

- Antitrust: $948
- Bankruptcy: $372
- Tax: $774
- Compensation and Benefits: $608
- Discrimination: $435
- Immigration: $495
- Bodily Injury: $189
- Property Damage: $205
- Workers' Compensation: $160



# 6B
## KEY METRIC

## Median Partner Rates by Subcategory of Work

**WITHIN PRACTICE AREAS, SUBCATEGORY RATES VARY CONSIDERABLY**
Based on 12 months of data ending December 31, 2021



New since the 2021 Trends Report, benchmarks are available for more granular categories of legal work. Litigation work, for example, encompasses a wide variety of practices that command very different rates. At the high end, Intellectual Property Litigation had a median partner hourly rate of $895 in 2020, whereas Asbestos Litigation work was billed at a median partner hourly rate of $235.



6C

KEY
METRIC

# Partner Hourly Rate Growth by Practice Area

**FOUR PRACTICE AREAS LEAD PARTNER RATE GROWTH IN 2021**

Based on 12 months of data ending December 31, 2021



| Practice Area | YOY Change |
|---|---|
| Mergers and Acquisitions | 6.1% |
| Employment and Labor | 3.7% |
| Finance, Loans, and Investments | 3.6% |
| Corporate | 3.5% |
| Intellectual Property | 3.2% |
| Regulatory and Compliance | 3.2% |
| Commercial and Contracts | 2.9% |
| Real Estate | 2.7% |
| Litigation - General | 2.4% |
| Environmental | 2.1% |
| Insurance | 1.5% |

**LARGEST AVERAGE RATE INCREASES IN 2021** RELATIVE TO 2020

■ YOY Change

Turning to partner rate growth by practice area, Mergers and Acquisitions was the area that far and away saw the largest increases in rates in 2021. The average rate change for Mergers and Acquisitions partners was 6.1%. Note that three of the types of work that command median hourly rates above $600 (see Metric 6A) are at or near the top of this list. They are: Mergers and Acquisitions, Finance, Loans, and Investments, and Corporate.

Partner rates for Insurance work increased notably less than rates in other practice areas.



# 7A
## KEY METRIC

## International Partner Rates for Litigation and Intellectual Property (non-Litigation)

**CORPORATIONS HIRED INTERNATIONAL OUTSIDE COUNSEL FOR BOTH LITIGATION AND IP WORK**

Based on 12 months data ending December 31, 2021

**EXPANDED FOR 2021**

### MEDIAN PARTNER HOURLY RATES IN 13 INTERNATIONAL MARKETS
RATES IN $USD



$521
$472
CANADA

$736
$550
UNITED KINGDOM

$687
$671
NETHERLANDS

$547
$421
GERMANY

$576
$434
IRELAND

$634
$368
FRANCE

$780
$655
REPUBLIC OF KOREA

$440
$331
MEXICO

$517
$349
SWITZERLAND

$400
$224
INDIA

$480
$333
CHINA

$288
$400
BRAZIL

$597
$586
AUSTRALIA

**LITIGATION RATE   IP RATE**

Corporations headquartered outside of the United States as well as U.S. corporations with international interests look to firms in many countries to handle their legal needs. Key Metric 7 provides benchmarks of partner hourly rates for countries where outside counsel is most often engaged for Litigation, Intellectual Property, Employment and Labor, and Corporate work.

In 2021, median hourly partner rates were among the highest in the Republic of Korea across all four practice areas. *(See page 22 for Employment and Labor, and Corporate work.)*

UK partner rates are relatively high particularly in Litigation and Corporate work.

In all matter categories, India and Brazil had partners billing at considerably lower rates.



# 7B
## KEY METRIC

## International Partner Rates for Employment and Labor and Corporate

**CORPORATIONS HIRED INTERNATIONAL OUTSIDE COUNSEL FOR BOTH EMPLOYMENT & LABOR AND CORPORATE WORK**

Based on 12 months data ending December 31, 2021

**EXPANDED FOR 2021**

**MEDIAN PARTNER HOURLY RATES IN 13 INTERNATIONAL MARKETS**
RATES IN $USD



$467
$634
CANADA

$625
$782
UNITED KINGDOM

$570
$606
NETHERLANDS

$425
$470
GERMANY

$586
$681
IRELAND

$520
$531
FRANCE

$770
$780
REPUBLIC OF KOREA

$450
$420
MEXICO

$599
$665
SWITZERLAND

$420
$350
INDIA

$700
$460
CHINA

$310
$302
BRAZIL

$580
$626
AUSTRALIA

EMPLOYMENT & LABOR   CORPORATE

# About the Enterprise Legal Management Trends Report



**TERMINOLOGY:**

**Matter Categorization**: CounselLink solution users define the types of work associated with various matters that were analyzed and categorized into legal practice areas. For this analysis, all types of litigation matters are classified as Litigation regardless of the nature of the dispute.

**Company Size**: Based on revenue cited in public sources, companies were grouped into these three size categories:

- ➤ $10 Billion Plus
- ➤ $1 – 10 Billion
- ➤ < $1 Billion



# Expert Contributor

Since the inception of the CounselLink Enterprise Legal Management Trends Report, Kris Satkunas has been the principal author. She has made notable contributions to this latest Enterprise Legal Management Trends Report in the analysis of CounselLink data and in preparing the surrounding narrative.

## Author

**KRIS SATKUNAS — DIRECTOR OF STRATEGIC CONSULTING**

As Director of Strategic Consulting at LexisNexis CounselLink, Kris brings over 20 years of experience consulting in the legal industry to advise corporate legal department managers on improving operations with data-driven decisions. Kris is an expert in managing the business of law and in data mining, with specific expertise in matter pricing and staffing, practice area metrics, and scorecards.

Prior to joining CounselLink, Kris served as Director of the LexisNexis® Redwood Think Tank, which she also established. For five years, Kris worked closely with thought leaders in large law firms conducting unbiased data-based research studies focused on finding solutions to legal industry management issues. Before that, she led the business of law consulting practice for large law firms. During that time she worked with key management at over a hundred law firms to improve the financial models and analyses developed for large law firms.

Kris has authored numerous articles and spoken at many legal industry conferences and events. She came to LexisNexis in 2000 after honing her finance skills as a Senior Vice President in Strategic Finance at SunTrust Bank. She holds a B.B.A. in Finance from The College of William and Mary.

Kris may be reached at kristina.satkunas@lexisnexis.com.

**Linked** in.



LexisNexis CounselLink is the leading cloud-based legal management solution designed to help corporate legal departments gain 100% visibility into all matters and invoices so they can control costs, maximize productivity, and make better decisions. For nearly 30 years, LexisNexis has been providing innovative solutions to corporate law departments based on insight from thought leaders, industry expertise, and customer feedback.

Here's how CounselLink supports your legal department:

- **Financial Management** improves the predictability of legal spend with complete visibility and oversight of every penny spent by the department.

- **Work Management** helps you collect, organize, track, audit, and report on all the work done within the legal department to increase productivity and drive better outcomes for your business.

- **Vendor Management** strengthens your relationships with law firms while measuring their performance, so you can select the best mix for your needs.

- **Analytics** provides you with full visibility over workloads and legal data analytics to make informed, data-driven decisions.

If you have questions or comments about the CounselLink Enterprise Legal Management Trends Report or want to learn more about CounselLink software and services, visit CounselLink.com, or contact us via email: LNCounselLink@LexisNexis.com.

For media inquiries, please contact: eric@plat4orm.com.

---

## Follow us online:

🖥 **Website:** www.CounselLink.com

🐦 **Twitter:** @LexisNexisLegal

f **Facebook:** www.facebook.com/LexisNexisLegal

in **LinkedIn:**  LexisNexis Legal: www.linkedin.com/company/lexisnexislegal



CounselLink.com/**Trends**

LexisNexis and the Knowledge Burst logo are registered trademarks of Reed Elsevier Properties Inc., used under license. CounselLink is a registered trademark of LexisNexis, a division of RELX Inc. Other products or services may be trademarks or registered trademarks of their respective companies. Copyright © 2022 LexisNexis. All rights reserved.

**EXHIBIT 5**



News, Quotes, Companies, Videos    SEARCH

$1 A WEEK *for* 12 WEEKS    SUBSCRIBE NOW

U.S. EDITION    Tuesday, April 9, 2013 As of 4:46 PM EDT    Subscribe | Log In

Home    World    U.S.    Business    Tech    Markets    Market Data    Your Money    Opinion    Life & Culture    N.Y.    Real Estate    Management

Earnings    Economy    Health    Law    Autos    Management    Media & Marketing    Energy    Small Business    Startups    More Industries ▼



IN BUSINESS

Eiji Toyoda, Driver of Global Expansion, Dies at 100

EA Taps Insider Andrew Wilson as CEO

'The Circle' Takes Vengeance on Google, Facebook

New Touch for iPhone

LAW    |    April 9, 2013, 4:48 p.m. ET

# On Sale: The $1,150-Per-Hour Lawyer

*Lawyer Fees Keep Growing, But Don't Believe Them. Clients Are Demanding, and Getting, Discounts*

Article    Video    Stock Quotes    Comments (38)    MORE IN LAW »

Email    Print

By JENNIFER SMITH

Top partners at leading U.S. law firms are charging more than ever before, yet those hourly rates aren't all they appear to be.



Top partners at leading U.S. law firms are charging more than ever -- routinely $1,150 or more an hour -- but after discounts and write-offs the nosebleed rates aren't all they appear to be. Jennifer Smith reports. Photo: Getty Images.

Having blown past the once-shocking price tag of $1,000 an hour, some sought-after deal, tax and trial lawyers are commanding hourly fees of $1,150 or more, according to an analysis of billing rates compiled from public filings.

But, as law firms boost their standard rates, many are softening the blow with widespread discounts and write-offs, meaning fewer clients are paying full freight. As a result, law firms on average are actually collecting fewer cents on the dollar, compared with their standard, or "rack," rates, than they have in years.

Think of hourly fees "as the equivalent of a sticker on the car at a dealership," said legal consultant Ward Bower, a principal at Altman Weil Inc. "It's the beginning of a negotiation....Law firms think they are setting the rates, but clients are the ones determining what they're going to pay."



James Kaczman

Star lawyers still can fetch a premium, and some of them won't budge on price. The number of partners billing $1,150-plus an hour has more than doubled since this time last year, according to Valeo Partners, a consulting firm that maintains a database of legal rates pulled from court filings and other publicly disclosed information. More than 320 lawyers in the firm's database billed at that level in the first quarter of 2013, up from 158 a year earlier.



see how Knobbe Martens wins again and again. ●

**Knobbe | Martens**
INTELLECTUAL PROPERTY LAW



THE NEW PORTFOLIO TOOL ON WSJ.COM: THE ULTIMATE INVESTMENT TRACKER AVAILABLE EXCLUSIVELY FOR SUBSCRIBERS

LEARN MORE

provided by LawAssets

### Don't Miss                                      [?]



  

Mossberg on Apple's New iPhones

Shark Eats Shark in Wild New Photo

Five False Assumptions About The Rich

### More in Law

China's Baby-Milk Issues Flare Anew

### Popular Now                    What's This?

1    Where Job Growth Is Coming



That gilded circle includes tax experts such as Christopher Roman of King & Spalding LLP and Todd Maynes of Kirkland & Ellis LLP, intellectual-property partner Nader A. Mousavi of Sullivan & Cromwell LLP, and deal lawyers such as Kenneth M. Schneider of Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Those lawyers and their firms either declined to comment or didn't reply to requests for comment.

When corporate legal departments need a trusted hand to fend off a hostile takeover or win a critical court battle, few general counsels will nitpick over whether a key lawyer is charging $900 an hour or $1,150 an hour. But for legal matters where their future isn't on the line, companies are pushing for—and winning—significant price breaks.

"We almost always negotiate rates down from the rack rates," said Randal S. Milch, general counsel for phone giant Verizon Communications Inc. VZ +0.29% The result, he said, is a "not-insignificant discount."

For the bread-and-butter work that many big law firms rely on, haggling has become the norm. Many clients grew accustomed to pushing back on price during the recession and continue to demand discounts.

Some companies insist on budgets for their legal work. If a firm billing by the hour exceeds a set cap, lawyers may have to write off some of that time.

Other clients refuse to work with firms who don't discount, lopping anywhere from 10% to 30% off their standard rates. Some may grant rate increases to individual partners or associates they deem worthy. Another tactic: locking in prices with tailored multiyear agreements with formulas governing whether clients grant or refuse a requested rate increase.

In practical terms, that means the gap between law firms' sticker prices and the amount of money they actually bill and collect from their clients is wider than it has been in years.

According to data collected by Thomson Reuters Peer Monitor, big law firms raised their average standard rate by about 9.3% over the past three years. But they weren't able to keep up on the collection side, where the increase over the same period was just 6%. Firms that used to collect on average about 92 cents for every dollar of standard time their lawyers worked in 2007, before the economic downturn, now are getting less than 85 cents. "That's a historic low," said James Jones, a senior fellow at the Center for the Study of the Legal Profession at Georgetown Law.

To be sure, things have certainly picked up some since the recession, when some clients flat-out refused to pay rate increases.

In the first quarter of 2013, the 50 top-grossing U.S. law firms boosted their partner rates by as much as 5.7%, billing on average between $879 and $882 an hour, according to Valeo Partners. Rates for junior lawyers, whose labors have long been a profit engine for major law firms, jumped even more.

While some clients resisted using associate lawyers during the downturn, refusing to pay hundreds of dollars an hour for inexperienced first- or second-year attorneys, the largest U.S. law firms have managed to send the needle back up again. This year, for the first time, the average rate for associates with one to four years of experience rose to $500 an hour, according to Valeo.

The increases continue the upward trend of 2012, when legal fees in general rose 4.8% and associate billing rates rose by 7.4%, according to a coming report by TyMetrix Legal Analytics, a unit of Wolters Kluwer WKL.AE +0.95% and CEB, a research and advisory-services company. Those numbers are based on legal-spending data from more than 17,000 law firms.



2  Steps to Better
   Foot Health



3  Opinion: The
   Power of 218



4  Shooting Suspect
   Had Record of
   Gun Use



5  Jetpacks Are
   Coming—From
   New Zealand

Show 5 More



Press Release Marketing
Effective Affordable Distribution. Attract New Clients Now. Learn How!
publicity.24-7pressrelease.com/

SUPER PC Multiple Monitor
The Original Multi-Monitor Store! Buy Multi-Screen Computers & Displays
www.Multi-Monitors.com

world news cnn online
Improve Network Infrastructure. Expert Advice & Industry Trends.
techtarget.com/Network-Structure

Content from our Sponsors   [?]







HEBREW NATIONAL
A Southern Spin on
Grilled Franks

DIVR.IT
Arroz con Pollo al
Estilo
Puertorriqueño

HCPLIVE
Kids with
Neurological
Disorders No More
Likely to Get Flu
Vaccine

More than a dozen leaders at major law firms declined to discuss rate increases on the record, though some said privately that the increase in associate rates could be caused in part by step increases as junior lawyers gain in seniority.

Joe Sims, an antitrust partner at Jones Day, and former member of the firm's partnership committee, said clients don't mind paying for associates, as long as they feel they are getting their money's worth.

Sophisticated clients, he said, tend to focus on the overall price tag for legal work, not on individual rates. "They are more concerned about how many people are working on the project and the total cost of the project," Mr. Sims said. "Clients want value no matter who is on the job."

While a handful of elite lawyers have successfully staked out the high end—the deal teams at Wachtell, Lipton, Rosen & Katz, for example—legal experts say that client pressure to control legal spending means most law firms must be considerably more flexible on price.

"There will always be some 'bet the company' problem where a client will not quibble about rates," said Mr. Jones, the Georgetown fellow. "Unfortunately, from the law firms' standpoint, that represents a small percentage of the work."

**Write to** Jennifer Smith at jennifer.smith@wsj.com

JOIN THE DISCUSSION                                    MORE IN
38 Comments, add yours »                               Law »

Email    Print    Order Reprints

THE NEW PORTFOLIO TOOL ON WSJ.COM                    LEARN MORE
THE ULTIMATE INVESTMENT TRACKER
AVAILABLE EXCLUSIVELY FOR SUBSCRIBERS

OMVS Stock Pick Win
Opportunities Abound with This Company—Invest Today, Free Info!
www.OnTheMoveSystems.com

Mortgage Rates Hit 2.87%
White House Program Cuts Up to $1k off Monthly Payments! (3.12% APR)
www.SeeRefinanceRates.com

Warren Buffett Confesses
Warren Buffetts Shocking Confession Will Change your Investing Strategy
www.MarketTrendSignal.com

The End Of Obama?
This looming scandal could ruin the 44th President and disrupt the...
StansberryResearch.com

**Don't Miss**


Model Behavior Storms Social Media


Top Five Cars at the Frankfurt Motor Show


How Gang Rape Is Changing India's Laws


Billionaire Builds High-End Resort Town in Swiss Alps

**You Might Like**

Woman Tries to Sell Daughter's Virginity

Jeep's new Wrangler makes a statement. You might not want to hear it

**Content from our Sponsors**

What's this?

Immigrant Scientists Launch Braintrust - Create 1000 American Jobs (Inntrepreneur.com)

Living Together Before Marriage Stalls

Companies are increasingly choosing to generate their own power, delivering a jolt to utilities

Redbox's DVD-rental business is weaker than expected

Three Things Every Leader Should Do in a Meeting (The Inluit Network)

Made in the west doesn't always work in asia (Singapore Sessions)

How Retailers Beat Amazon At Its Own Game: INFOGRAPHIC (Meet The Future of Retail)

The Worst Business Lawyer Habit: "Punchbowling" (Legal Productivity)

---

## Add a Comment
View All Comments (38)

JOURNAL COMMUNITY
Community rules

To add a comment please

**Log in**

**Create an Account**
Your real name is required for commenting.

☐ Track replies to my comment

CLEAR    POST



$1 A WEEK *for* 12 WEEKS

**WSJ SUBSCRIBER'S CONTENT PROVIDES:**
• **WSJ Portfolio** a revolutionary investment tool that syncs and tracks all your investments
• **Mobile Apps** global news, in-depth analysis and real time quotes anytime anywhere
• **WSJ Weekend Travel,** real estate, personal finance and expanded lifestyle coverage

SUBSCRIBE NOW

## Editors' Picks

    

Antibiotics Losing Battle Against Bugs: Report | For TV Shows, It's a Seller's Market | Are You Ready for a Jetpack? | The 400 Richest Americans: Who's New on the List? | Steps to Better Foot Health

Subscribe / Login     Back to Top

**Customer Service**
Customer Center
New! Live Help
Contact Us
WSJ Weekend
Contact Directory
Corrections

**Policy**
Privacy Policy
Data Policy
Copyright Policy
Subscriber Agreement & Terms of Use
Your Ad Choices

**Advertise**
Advertise
Place a Classified Ad
Sell Your Home
Sell Your Business
Commercial Real Estate Ads
Recruitment & Career Ads
Franchising
Advertise Locally

**Tools & Features**
Apps
Newsletters and Alerts
Graphics & Photos
Columns
Topics
Guides
Portfolio
Old Portfolio

**More**
Register for Free
Reprints
Content Partnerships
Conferences
SafeHouse
Mobile Site
News Archive

Jobs at WSJ

Copyright ©2013 Dow Jones & Company, Inc. All Rights Reserved

**EXHIBIT 6**

- Law.com Home
- Newswire
- LawJobs
- CLE Center
- LawCatalog
- Our Sites
- Advertise

An **ALM** Web site


## THE AM LAW DAILY

- This Site
- Law.com Network
- Legal Web

Search the Legal Web        Go >>

- HOME
- THE AM LAW DAILY
- LITIGATION DAILY
- RANKINGS
- VIDEOS
- MAGAZINE
- ADVERTISE
- SUBSCRIBE
- FREE ACCESS
- CONTACT US
- Followus

## THE AM LAW DAILY

- The Firms
- The Work
- The Score
- The Churn
- The Talent
- The Management
- The World
- The Life

## SURVEYS AND RANKINGS

- AM LAW 100
- AM LAW 200
- AM LAW TECH
- A-LIST
- GLOBAL 100
- CORPORATE SCORECARD
- DEALMAKERS OF
  THE YEAR
- MIDLEVEL ASSOCIATES SURVEY
- SUMMER ASSOCIATES SURVEY
- DIVERSITY SCORECARD
- PRO BONO SCORECARD
- LITIGATION DEPARTMENT OF
  THE YEAR
- LATERALS REPORT
- LAW FIRM LEADERS
- Lifetime Achievers
- Legal Intelligence
- WOMEN PARTNER WATCH

## MAGAZINE

- Current Issue
- Previous Issue
- Search Archive

## SPECIAL REPORTS

- Intellectual Property
- Labor & Employment
- LITIGATION
- FOCUS EUROPE
- ASIAN LAWYER
- STUDENT EDITION

## VIDEOS

## Bookstore

## Legal Recruiters
## Digital Edition

## Hall of Fame

## ALM EVENTS

## SUBSCRIBE

## ADVERTISE

## ABOUT US

## FEATURED SPONSORS

## LAW.COM NETWORK

- Sites
- Jobs
- Verdicts
- LawCatalog
- Experts
- Online CLE
- Legal Intelligence
- Events
- Resources
- Law Firm Papers
- Court Reporters
- Legal Dictionary
- Legal Blogs

## The Firms

April 16, 2012 5:20 PM

### When It Comes to Billing, Latest Rate Report Shows the Rich Keep Getting Richer

Posted by Sara Randazzo

Hourly rates just keep rising—and the best-paid lawyers are raising their rates faster than everyone else.

Those are two of the key findings contained in the 2012 Real Rate Report, an analysis of $7.6 billion in legal bills paid by corporations over a five-year period ending in December 2011. The report, released Monday, is the second such collaboration between TyMetrix, a company that manages and audits

legal bills for corporate legal departments, and the Corporate Executive Board.

Many of the new rate report's findings echo those contained in the 2010 study, including the fact that rates keep going up, almost across the board, and that the cost of a given matter can vary dramatically depending on a law firm's size and location and its relationship with a particular client.

At the same time, this year's study shows that the legal sector is becoming increasingly bifurcated, with top firms raising rates faster than those at the bottom of the market and large firms charging a premium price based purely on their size.

"What it's really showing is that there's an increased premium being paid for experience and expertise," says Julie Peck, vice president of strategy and market development at TyMetrix. "Some parts of the lawyer market are able to raise rates much more quickly, and are more impervious to economic forces then others."

To compile the current rate report, TyMetrix received permission from its clients to examine legal fees billed to 62 companies across 17 industries including energy, finance, retail, technology, insurance, and health care. The bills, which represent the amount actually paid by the companies in question rather than the amount initially charged, came from more than 4,000 firms in 84 metropolitan areas around the country. Every firm on the 2011 Am Law 100 is represented in the data.

The report's key data points include:

**A Widening Gap:** Hourly rates charged by lawyers in the legal sector's upper echelon grew faster between 2009 and 2011 than those charged by lawyers toiling on the lower rungs. Particularly striking was the jump in associate rates billed by those falling in the report's top quartile: 18 percent on average, to just over $600 per hour. Rates billed by top quartile partners, meanwhile, rose 8 percent, to just under $900 per hour. In the bottom quartile, associate rates rose 4 percent and partner rates rose 3 percent during the same period.

**The Recession's (Minor) Toll:** Even amid the economic downturn, the cost of an hour of a lawyer's time continued to rise faster than key measures of inflation. That said, the legal industry wasn't completely immune to the broader economy's slowdown. After rising 8.2 percent between 2007 and 2008, hourly rates rose just 2.3 percent in 2009. Law firms bounced back a bit last year, with rates climbing 5.1 percent, to an average of $530 an hour.

**Location Counts:** Not surprisingly, lawyers working in major metropolitan areas—where, as the rate report notes, rents are typically higher—are the priciest. An address in Boston, Chicago, Los Angeles, San Francisco, or Washington, D.C., alone adds about $161 to the hourly rate charged by an individual lawyer. Those six cities and Baltimore, Houston, Philadelphia, and San Jose are the ten U.S. markets with the highest hourly rates. With an average partner rate topping $700 per hour and average associate rate of more than $450 per hour, New York is the most expensive market in the country. The least expensive? Riverside, California, where the average partner bills at under $250 per hour and associates bill at just over $300 an hour.

**In the Minority:** A small group of lawyers—12 percent—bucked the trend toward higher fees and actually  lowered rates between 2009 to 2011—and 3 percent trimmed rates by $50 or more per hour. (Most of those in the rate-cutting camp were based outside the big six markets identified above.) At the other end of the spectrum, 52 percent of lawyers increased rates by between $25 and $200 or more per hour. Another 18 percent increased rates by less than $25 per hour, and the final 18 percent held rates steady.

**First-Year Blues:** Even before the recession hit, clients balked at paying for what they considered on-the-job training for first-year associates. The latest rate report is likely to reinforce that reluctance, given its finding that using entry-level lawyers adds as much as 20 percent to the cost of a legal matter. The report offers evidence that firms may be accommodating clients on this front: The percentage of bills attributed to entry-level associates dropped from 7 percent in 2009 to 2.9 percent last year.

**Ties That Bind:** The more work one firm handles for a client—and the longer the client relationship extends—the higher the average rate the firm charges. For companies that paid one firm $10 million or more in a single year, the average hourly rate paid was $553 in 2011. By comparison, clients that limited their spending on an individual firm to $500,000 paid that firm an average of $319 per hour.

**Four-Digit Frontier:** Data has consistently shown that many lawyers hesitate to charge more than $1,000 an hour, and in 2011 just under 3 percent of the lawyers covered by the rate report had broken that barrier. Of those, the vast majority were working in the six main legal markets identified above and 60 percent of the time, they billed in increments of one hour or less.

**Playing Favorites:** Across all practice areas, 90 percent of lawyers charged different clients different rates for similar types of work. (The figure for mergers and acquisitions lawyers was 100 percent.) The differences from client to client can be extreme, and were even more pronounced in the current report than in the 2010 edition. Rates charged by intellectual property specialists, for instance, had a median variance of 23.1 percent, while lawyers doing commercial and contract work showed a 18.7 percent median difference.

**Who's Doing What?** A closer look at law firm bills for work performed on litigation and intellectual property assignments shows that the kind of timekeeper billing on a matter varies by practice type. On patent matters, the report shows, 47 percent of hours billed on average are attributed to paralegals, and 37 percent by partners. By comparison, paralegals account for just 8 percent of the work done on labor and employment litigation hours, while partners handle 45 percent.

Make a comment

Comments (1)
Save & Share: Facebook | Del.ic.ious | Digg It | Email |

Reprints & Permissions

## Comments

Report offensive comments to The Am Law Daily.

The Big Law law firm is a dinosaur - a dieing species. This kind of self-interested greed will ultimately kill the beast.

When It Comes to Billing, Latest Rate Report Shows the Rich Keep Ge...    http://amlawdaily.typepad.com/amlawdaily/2012/04/report-rates-kee...

Comment By Publicus - April 17, 2012 at 11:50 AM

**Verify your Comment**

**Previewing your Comment**

Posted by: |

This is only a preview. Your comment has not yet been posted.

[Post]    [Edit]

Your comment could not be posted. Error type:

Your comment has been saved. Comments are moderated and will not appear until approved by the author. Post another comment

The letters and numbers you entered did not match the image. Please try again.

As a final step before posting your comment, enter the letters and numbers you see in the image below. This prevents automated programs from posting comments.

Having trouble reading this image? View an alternate.

[Continue]

**Post a comment**

If you have a TypeKey or TypePad account, please Sign In

Name:

Email Address:(Not displayed with comment.)

URL:

☐ Remember personal info?

Comments:

[Preview]  [Post]

theamlawdaily@alm.com

Popular Pages Today

1. When It Comes to Billing, Latest Rate Report Shows the Rich Keep Getting Richer 28.88%
2. Dewey Losses Accelerate; Nine More New York Partners Head to the Exits 21.07%
3. Latest Dewey Losses Span the Globe, Push 2012 Departure Figure Above 60 16.61%
4. The Am Law Daily 8.49%
5. Nine IP Litigators Jump from Duane Morris to Cozen 6.57%
6. The Am Law Daily 5.54%
7. O'Melveny Adds Top Capital Markets Partner from Shearman in New York 4.50%
8. With St. Louis Firm Fading, Show Me State Rivals Eye Possible Hires 3.88%
9. Which Firms Are Cashing in on Dewey Departures? 2.26%
10. Paul Weiss Takes Lead on Two Private Equity Deals 1.17%

4/17/2012 10:07 AM

**EXHIBIT 7**

Top Billers - The Wall Street Journal Online - Interactive Graphics    http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

More [ News, Quotes, Companies, Video ]  [ SEARCH ]

Friday, February 25, 2011 As of 9:34 AM PST

Today's Paper  Columns  Blogs  Topics  Journal Community

Home   World   U.S.   New York   Business   Markets   Tech   Personal Finance   Life & Culture   Opinion   Careers   Real Estate
Small Business

FEBRUARY 23, 2011

# Top Billers

Top attorneys in the U.S. are asking for as much as $1,250 an hour, according to recent court filings, significantly more than in previous years, as they take advantage of big clients willing to pay top dollar even amid the downturn. The move is contributing to price inflation across the struggling $100 billion global corporate law firm industry, where lawyers often study attorney fee filings in bankruptcy cases. See which attorneys had some of the highest-known hourly rates in 2010 and 2009. Click on column headers to sort.

<< first  < prev   1  2  3   next >  last >>

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|---|---|---|---|---|---|---|---|
| Radke, Kirk A. | Kirkland & Ellis LLP | Corporate | | | $1,250 | Reader's Digest Association Inc | 2010 |
| Taplin, Ian | Kirkland & Ellis LLP | Tax | | | $1,220 | Visteon Corp. | 2010 |
| Schmidt, Gerhard | Weil Gotshal | Finance | Corporate | Mergers and Acquisition | $1,165 | Aleris International | 2010 |
| Gon, Michèle Y.L. | Baker McKenzie | Real Estate | Mergers and Acquisition | Intellectual Property | $1,163 | Metro's Liquidation Company | 2010 |
| Shuster, Andrew | Cleary Gottlieb | Bankruptcy | | | $1,160 | Truvo | 2010 |
| McDonald, Michael | Cleary Gottlieb | Corporate | Mergers and Acquisition | | $1,160 | Truvo | 2010 |
| Vandenbroeck, Dirk | Cleary Gottlieb | Environmental Litigation | Litigation | | $1,130 | Truvo | 2010 |
| Reding, Jacques | Cleary Gottlieb | Bankruptcy | Mergers and Acquisition | Equities | $1,130 | Truvo | 2010 |
| McArdle, Wayne P. | Gibson Dunn | Corporate | | | $1,110 | Lehman Brothers Holding Inc | 2010 |
| DuBois, Pierre-André | Kirkland & Ellis LLP | Intellectual Property | | | $1,105 | Reader's Digest Association Inc | 2010 |
| Scheler, Brad | Fried Frank | Bankruptcy | | | $1,100 | Stations Casinos | 2010 |
| Lewin-Smith, Guy | Debevoise & Plimpton LLP | Corporate | | | $1,080 | MIG Inc | 2010 |
| Brown, Michael | Jones Day | Finance | Litigation | Regulatory | $1,075 | Lehman Brothers Holding Inc | 2010 |
| Coffey, Lea | Jones Day | Litigation | International Law | Energy | $1,075 | Lehman Brothers Holding Inc | 2010 |
| Stueck, Barnaby C. | Jones Day | Bankruptcy | | | $1,075 | Lehman Brothers Holding Inc | 2010 |
| Kerlan, Michel A. | Gibson Dunn | Litigation | | | $1,075 | Almatis | 2010 |
| Brockway, David | Bingham McCutchen | Corporate | | | $1,065 | Lehman Brothers Holding Inc | 2010 |
| Magee, John B. | Bingham McCutchen | Tax | | | $1,065 | Lehman Brothers Holding Inc | 2010 |
| Nelson, William F. | Bingham McCutchen | Tax | | | $1,065 | Lehman Brothers Holding Inc | 2010 |
| Plasilio, Bernie | Shearman & Sterling LLP | Tax | | | $1,065 | Worldspace | 2010 |
| Meyerson, Lee | Simpson Thacher | Capital Markets | Mergers and Acquisition | | $1,050 | Washington Mutual | 2010 |
| Nesgos, Peter | Milbank Tweed | Finance | | | $1,050 | Sea Launch Company | 2010 |
| Clayton, Lewis | Paul Weiss | Intellectual Property | | | $1,050 | SP Wind Down Inc | 2010 |
| Flader, Robert | Paul Weiss | Labor and Employment | | | $1,050 | SP Wind Down Inc | 2010 |
| Rothenberg, Peter | Paul Weiss | Corporate | Tax | | $1,050 | SP Wind Down Inc | 2010 |
| Baronsky, Kenneth J. | Milbank Tweed | Bankruptcy | Mergers and Acquisition | Securities Litigation | $1,050 | Stations Casinos | 2010 |
| Palmer, Deryck A. | Cadwalader | Finance | Bankruptcy | Mergers and Acquisition | $1,050 | Lyondell Chemical Company | 2010 |
| Aronzon, Paul | Milbank Tweed | Bankruptcy | | | $1,050 | Lehman Brothers Holding Inc | 2010 |

1 of 3

Top Billers - The Wall Street Journal Online - Interactive Graphics          http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|------|------|-----------------|-----------------|-----------------|-------------|-----------|------|
| Bray, Gregory | Milbank Tweed | Bankruptcy | | | $1,050 | Midway Games Inc | 2010 |
| Dunne, Dennis | Milbank Tweed | Bankruptcy | | | $1,050 | Lehman Brothers Holding Inc | 2010 |
| Schiff, Kenneth E. | Weil Gotshal | Mergers and Acquisitions | | | $1,030 | Extended Stay Inc | 2010 |
| Kar, Partha | Kirkland & Ellis LLP | Bankruptcy | | | $1,000 | Reader's Digest Association Inc | 2010 |
| Budd, Thomas M. | Gibson Dunn | Finance | | | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Moore, Robert Jay | Milbank Tweed | Bankruptcy | | | $1,025 | Calm Jumper | 2010 |
| Dakin-Grimm, Linda | Milbank Tweed | Litigation | | | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Davis, Trayton M. | Milbank Tweed | Finance | Bankruptcy | Investment Funds Litigation | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Grushkin, Jay D. | Milbank Tweed | International Law | Finance | Transportation | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Heller, David S. | Lehman Watkins | Bankruptcy | | | $1,025 | In re: NEC Holdings Corp. | 2010 |
| Hirschfeld, Michael | Milbank Tweed | Tax | Real Estate | Finance | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Magold, Rainer | Milbank Tweed | Finance | | | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Tomback, Andrew E. | Milbank Tweed | Litigation | Finance | | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Sharp, Richard | Milbank Tweed | Litigation | | | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Clowry, Kalt J.K. | Paul Hastings | Corporate | | | $1,021 | Lehman Brothers Holding Inc | 2010 |
| Eagan, Mark J. | Paul Hastings | Real Estate | | | $1,021 | Lehman Brothers Holding Inc | 2010 |
| O'Sullivan, Reneen P. | Paul Hastings | Corporate | Real Estate | | $1,021 | Lehman Brothers Holding Inc | 2010 |
| Lincer, Richard S. | Cleary Gottlieb | Corporate | Finance | Mergers and Acquisition | $1,020 | Truvo | 2010 |
| Duncan, James A. | Cleary Gottlieb | Finance | Tax | | $1,020 | Truvo | 2010 |
| Peaslee, James | Cleary Gottlieb | Tax | | | $1,020 | Truvo | 2010 |
| Gorin, William F. | Cleary Gottlieb | Corporate | Government | Capital Markets | $1,020 | Truvo | 2010 |
| Moloney, Thomas J. | Cleary Gottlieb | Bankruptcy | Litigation | Finance | $1,020 | Truvo | 2010 |

<< first  < prev  1 | 2 | 3 |  next >  last >>

*Source: Valeo partners, Washington, D.C. Notes: Based on recent filings in a range of bankruptcy cases. Some lawyers may have standard hourly rates above what they charged in these cases.*

(See correction.)
Write to the Online Journal's editors at newseditors@wsj.com
Return To Top

Top Billers - The Wall Street Journal Online - Interactive Graphics     http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

| WSJ.com Account: | About: | WSJ.com: | Tools & Formats: | Digital Network |
|---|---|---|---|---|
| My Account | News Licensing | Site Map | Today's Paper | WSJ.com |
| Subscriber, Billing Info | Advertising | Home | Video Center | Marketwatch.com |
| | Advertise Locally | World | Graphics | Barrons.com |
| **Create an Account:** | Conferences | U.S. | Columns | SmartMoney.com |
| Register for Free | About Dow Jones | New York | Blogs | AllThingsD.com |
| Subscribe Now | Privacy Policy - Updated | Business | Topics | FINS: Finance, IT Jobs, Sales Jobs |
| | Subscriber Agreement & | Markets | Guides | BigCharts.com |
| **Help & Information Center:** | Terms of Use - Updated | Market Data | Alerts | Virtual Stock Exchange |
| Help | Copyright Policy | Tech | Newsletters | WSJ Radio |
| Customer Service | Jobs at WSJ.com | Personal Finance | Mobile | Professor Journal.com |
| Contact Us | | Life & Style | Tablet Edition | WSJ U.S. Edition |
| New on WSJ.com | | Opinion | Podcasts | WSJ Asia Edition |
| Tour the new Journal | | Autos | RSS Feeds | WSJ Europe Edition |
| | | Careers | Journal Community | WSJ India Page |
| | | Real Estate | WSJ on Twitter | |
| | | Small Business | WSJ on Facebook | Foreign Language Editions: |
| | | Student Journal | WSJ on Foursquare | |
| | | Corrections | My Journal | |

2/25/2011 9:38 AM

Top Billers - The Wall Street Journal Online - Interactive Graphics      http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

Case4:94-cv-02307-CW   Document1850-2   Filed03/04/11   Page33 of 37

More  | News, Quotes, Companies, Video |  SEARCH

Friday, February 25, 2011 As of 9:34 AM PST

Today's Paper · Columns · Blogs · Topics · Journal Community

Home · World · U.S. · New York · Business · Markets · Tech · Personal Finance · Life & Culture · Opinion · Careers · Real Estate

Small Business

FEBRUARY 23, 2011

# Top Billers

Top attorneys in the U.S. are asking for as much as $1,250 an hour, according to recent court filings, significantly more than in previous years, as they take advantage of big clients willing to pay top dollar even amid the downturn. The move is contributing to price inflation across the struggling $100 billion global corporate law firm industry, where lawyers often study rival attorney fee filings in bankruptcy cases. See which attorneys had some of the highest-known hourly rates in 2010 and 2009. Click on column headers to sort.

<< first  < prev  | 1 |  2  |  3 |  next >  last >>

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|------|------|-----------------|-----------------|-----------------|-------------|-----------|------|
| Aleksander, Nicholas P.B. | Gibson Dunn | Tax | | | $1,018 | Lehman Brothers Holding Inc | 2010 |
| Rocher, Philip | Gibson Dunn | Litigation | | | $1,018 | Lehman Brothers Holding Inc | 2010 |
| Thomas, Andrew S.V. | Gibson Dunn | Corporate | | | $1,018 | Lehman Brothers Holding Inc | 2010 |
| Blyth, Mark | Linklaters | Litigation | | | $1,016 | Nortel Networks | 2010 |
| Cox, Tim | Linklaters | Corporate | | | $1,016 | Nortel Networks | 2010 |
| Sacher, Neil V. | Kirkland & Ellis LLP | Corporate | | | $1,015 | Visteon Corp. | 2010 |
| Mayo, David | Paul Weiss | Tax | | | $1,015 | BP Wind Down Inc | 2010 |
| Cohen, Joel | Gibson Dunn | Bankruptcy | | | $1,014 | Almatis | 2010 |
| Sullivan, Peter | Gibson Dunn | Intellectual Property | Litigation | | $1,014 | Almatis | 2010 |
| Trinklein, Jeffrey | Gibson Dunn | Tax | Employee Benefits | Energy | $1,014 | Almatis | 2010 |
| Vance, Janet L. | Gibson Dunn | Finance | Corporate | | $1,014 | Almatis | 2010 |
| Buffone, Steven P. | Gibson Dunn | Energy | Corporate | Finance | $1,009 | Almatis | 2010 |
| Jowitt, Justin S. | Paul Hastings | Finance | | | $1,000 | Lehman Brothers Holding Inc | 2010 |
| Ganter, Fred R. | Dewey LeBoeuf LLP | Finance | Tax | Corporate | $1000 | Ambac | 2010 |
| Vyskocil, Mary Kay | Simpson Thacher | Insurance | Litigation | | $1000 | Washington Mutual | 2010 |
| Brown, Alvin | Simpson Thacher | Employee Benefits | Executive Compensation | | $1000 | American Safety Razor Company | 2010 |
| Etherton, Joanne | Weil Gotshal | Mergers and Acquisitions | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| McCahill, Dominic T. | Weil Gotshal | Bankruptcy | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Tringali, Joseph F. | Simpson Thacher | Litigation | Antitrust | Intellectual Property | $1000 | American Safety Razor Company | 2010 |
| Franchies, Michael | Weil Gotshal | Mergers and Acquisitions | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Keller, Andy | Weil Gotshal | Corporate | Energy | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Nave, Douglas | Weil Gotshal | Antitrust | Finance | Mergers and Acquisition | $1000 | Motors Liquidation Company | 2010 |
| Norwood, Andrew N. | Weil Gotshal | Finance | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Ostrager, Barry R. | Simpson Thacher | Litigation | | | $1000 | Washington Mutual | 2010 |
| Horspool, Anthony | Weil Gotshal | Bankruptcy | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Kelly, Jacky | Weil Gotshal | Bankruptcy | Finance | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Nicklin, Michael | Weil Gotshal | Bankruptcy | Finance | Equities | $1000 | Lehman Brothers Holding Inc | 2010 |
| Shankland, Matthew | Weil Gotshal | Alternative Dispute Resolution | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Martin, Saifan | Allen & Overy LLP | Labor and Employment | | | $1,152 | BearingPoint | 2009 |

Top Billers - The Wall Street Journal Online - Interactive Graphics    http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|---|---|---|---|---|---|---|---|
| Huber, John J. | Latham Watkins | Capital Market | | | $1,120 | Aviza Technology | 2009 |
| Reynolds, Michael | Allen & Overy LLP | Mergers and Acquisitions | | | $1,111 | Chemtura Corp. | 2009 |
| Norley, Lyndon E. | Kirkland & Ellis LLP | Bankruptcy | | | $1,110 | Chemtura Corp. | 2009 |
| Norley, Lyndon E. | Kirkland & Ellis LLP | Bankruptcy | | | $1,100 | Reader's Digest Association Inc | 2009 |
| Reiss, John M. | White & Case | Mergers and Acquisitions | Equities | | $1,100 | Heartland Automotive Holdings | 2009 |
| Gillespie, Stephen | Kirkland & Ellis LLP | Corporate | | | $1,080 | Chemtura Corp. | 2009 |
| Nakata, Nobuo | Allen & Overy LLP | Corporate | | | $1,077 | BearingPoint | 2009 |
| Brown, Stephen | Latham Watkins | Employee Benefits | | | $1,065 | Aviza Technology | 2009 |
| Chandol, Kenneth D. C. | Latham Watkins | Mergers and Acquisitions | | | $1,065 | Aviza Technology | 2009 |
| Finn, Sean | Latham Watkins | Tax | | | $1,065 | Aviza Technology | 2009 |
| Safran, Lawrence | Latham Watkins | Finance | | | $1,065 | Aviza Technology | 2009 |
| Verburg, Leonard | Allen & Overy LLP | Labor and Employment | | | $1,065 | BearingPoint | 2009 |
| Lee-Lim, Jiyeon | Latham Watkins | International Law | Tax | | $1,065 | Spansion | 2009 |
| Pistilo, Bernie | Shearman & Sterling LLP | Tax | | | $1,065 | Worldspace | 2009 |
| Salder, Michael A. | Latham Watkins | Bankruptcy | | | $1,065 | Spansion | 2009 |
| Sckkermann, Christiaan | Allen & Overy LLP | Corporate | | | $1,052 | BearingPoint | 2009 |
| Pohl, Timothy | Skadden | Bankruptcy | Litigation | | $1,050 | Verasun Energy Corporation | 2009 |
| Lauria, Thomas | White & Case | Bankruptcy | | | $1,050 | Global Safety Textiles | 2009 |
| Mulaney, Charles W. | Skadden | Mergers and Acquisitions | | | $1,050 | Hartmarx | 2009 |
| Rosen, Mathew A. | Skadden | Tax | | | $1,050 | Hartmarx | 2009 |
| Zirinsky, Bruce | Cadwalader | Bankruptcy | | | $1,050 | TH Agriculture | 2009 |

<<first  <prev  [1]  2  3  next>  last>>

Source: Valeo partners, Washington, D.C. Notes: Based on recent filings in a range of bankruptcy cases. Some lawyers may have standard hourly rates above what they charged in these cases.

(See correction.)

Write to the Online Journal's editors at newseditors@wsj.com
Return To Top

Top Billers - The Wall Street Journal Online - Interactive Graphics    http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

| WSJ.com Account: | About: | WSJ.com: | Tools & Formats: | Digital Network |
|---|---|---|---|---|
| My Account | News Licensing | Site Map | Today's Paper | WSJ.com |
| Subscriber Billing Info | Advertising | Home | Video Center | MarketWatch.com |
|  | Advertise Locally | World | Graphics | Barrons.com |
| Create an Account: | Conferences | U.S. | Columns | SmartMoney.com |
| Register for Free | About Dow Jones | New York | Blogs | AllThingsD.com |
| Subscribe Now | Privacy Policy - Updated | Business | Topics | FINS: Finance, IT-Jobs, Sales-Jobs |
|  | Subscriber Agreement & | Markets | Guides | BigCharts.com |
| Help & Information Center: | Terms of Use - Updated | Market Data | Alerts | Virtual Stock Exchange |
| Help | Copyright Policy | Tech | Newsletters | WSJ Radio |
| Customer Service | Jobs at WSJ.com | Personal Finance | Mobile | Professor Journal.com |
| Contact Us |  | Life & Style | Tablet Edition | WSJ U.S. Edition |
| New on WSJ.com |  | Opinion | Podcasts | WSJ Asia Edition |
| Tour the new Journal |  | Autos | RSS Feeds | WSJ Europe Edition |
|  |  | Careers | Journal Community | WSJ India Page |
|  |  | Real Estate | WSJ on Twitter |  |
|  |  | Small Business | WSJ on Facebook | Foreign Language Editions |
|  |  | Subscan Journal | WSJ on Foursquare |  |
|  |  | Corrections | My Journal |  |

2/25/2011 9:39 AM

Top Billers - The Wall Street Journal Online - Interactive Graphics        http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

More ▾   | News, Quotes, Companies, Video |   SEARCH

Friday, February 25, 2011 As of 9:34 AM PST

Today's Paper   Columns   Blogs   Topics   Journal Community

Home   World   U.S.   New York   Business   Markets   Tech   Personal Finance   Life & Culture   Opinion   Careers   Real Estate
Small Business

FEBRUARY 23, 2011

# Top Billers

Top attorneys in the U.S. are asking for as much as $1,250 an hour, according to recent court filings, significantly more than in previous years, as they take advantage of big clients willing to pay top dollar even amid the downturn. The move is contributing to price inflation across the struggling $100 billion global corporate law firm industry, where lawyers often study rival attorney fee filings in bankruptcy cases. See which attorneys had some of the highest-known hourly rates in 2010 and 2009. Click on column headers to sort.

<< first   < prev   | 1 | | 2 |   3   next >   last >>

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|------|------|-----------------|-----------------|-----------------|-------------|-----------|------|
| Milmoe, J. Gregory | Skadden | Bankruptcy | | | $1,050 | Interstate Bakeries | 2009 |
| Braun, Ellen | Allen & Overy LLP | Antitrust | | | $1,038 | Chemtura Corp. | 2009 |
| Stroll, Neal | Skadden | Antitrust | | | $1,035 | Verasun Energy Corporation | 2009 |
| Hayman, Linda C. | Skadden | Corporate | Mergers and Acquisition | | $1,035 | Interstate Bakeries | 2009 |
| Neckles, Peter J. | Skadden | Finance | | | $1,032 | Interstate Bakeries | 2009 |
| Maclachlan, James | Baker McKenzie | Tax | | | $1,029 | Milacron | 2009 |
| Keck, Colleen | Allen & Overy LLP | Corporate | Intellectual Property | | $1,029 | BearingPoint | 2009 |
| Keither, Eileen | Allen & Overy LLP | Mergers and Acquisitions | | | $1,029 | BearingPoint | 2009 |
| Feuillet, Francois | Vinson & Elkins | Capital Markets | Energy | International Law | $1,029 | MPF Holding US LLC and Official Committee Of Unsecured Creditors | 2009 |
| Rievman, David | Skadden | Tax | | | $1,026 | Mark IV Industries | 2009 |
| Davenport II, Kirk | Latham Watkins | Capital Markets | | | $1,025 | Dayton Superior | 2009 |
| Clayton, Leslie | Paul Weiss | Intellectual Property | | | $1,025 | Tronox | 2009 |
| Fisch, Peter | Paul Weiss | Real Estate | | | $1,025 | Tronox | 2009 |
| Kornberg, Alan | Paul Weiss | Bankruptcy | | | $1,025 | Tronox | 2009 |
| Schimek, Terry | Paul Weiss | Finance | | | $1,025 | Tronox | 2009 |
| Smith, Mark | Skadden | Corporate | | | $1,013 | Mark IV Industries | 2009 |
| Hyde, Mark | Clifford Chance | Bankruptcy | | | $1,006 | Lyondell Chemical Company | 2009 |
| Butters, James | Clifford Chance | Mergers and Acquisitions | | | $1,006 | Lyondell Chemical Company | 2009 |
| Saferstein, Jeffrey | Paul Weiss | Bankruptcy | | | $1,005 | Samsonite Company | 2009 |
| Meyerson, Lisa | Simpson Thacher | Capital Markets | Mergers and Acquisition | | $1000 | Washington Mutual | 2009 |
| Finley, John | Simpson Thacher | Mergers and Acquisitions | | | $1000 | Lehman Brothers Holding Inc | 2009 |
| Gover, Alan | White & Case | Bankruptcy | | | | Hospital Partners | 2009 |

<< first   < prev   | 1 | | 2 |   3   next >   last >>

Source: Valeo partners, Washington, D.C. Notes: Based on recent filings in a range of bankruptcy cases. Some lawyers may have standard hourly rates above what they charged in these cases.
(See correction.)
Write to the Online Journal's editors at newseditors@wsj.com
Return To Top

**EXHIBIT 8**

An ALM web site



**DAILY REPORT**

Home | News Sections | Court Opinions | Court Calendars | Public Notices | Bench Guide | How to Advertise | Contact Us

4:19 P.M. EST
Tuesday, February 22, 2011

Get premium access 30-day trial
Subscribe now for under $1 a day
Receive free daily headlines

Going Rate Home Page >>    All records for firms in San Francisco CA United States

| Name | Title | Practice Area | Firm | City | State | Country | Graduated Law School | Practicing Since | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|------|-------|---------------|------|------|-------|---------|----------------------|-----------------|-----------|-----------|-----------|-----------|
| Adelson, Eliot A. | Partner | Litigation | Kirkland and Ellis | San Francisco | CA | United States | | | | | | |
| Agarraberes, Aaron L. | Associate | | Jones Day | San Francisco | CA | United States | | | | | | |
| Abbott, Hans J. | Associate | | Kirkland and Ellis | San Francisco | CA | United States | | | | | | |
| Baker, James P. | Partner | Employee Benefits and Exec Comp | Jones Day | San Francisco | CA | United States | 1980 | 1980 | 430 260 | | 520 | 750 |
| Bass, Eric | Associate | Business Restructuring and Reorganization | Farella Braun and Martel | San Francisco | CA | United States | 1974 | 1974 | | 400 | 745 | 775 |
| Benning, Scott M. | Associate | Business and Finance | Morgan Lewis and Bockius | San Francisco | CA | United States | 2007 | 2008 | | | 595 | 345 |
| Berlowitz, David M. | Partner | Commercial Litigation/Bankruptcy and Realistic | Pachulski, Stang, Ziehl and Jones | San Francisco | CA | United States | | | | | | |
| Boersch, Martha | Partner | Corporate Criminal Investigations/White Collar Crime, Commercial Litigation | Jones Day | San Francisco | CA | United States | | 1996 | | | | 725 |
| Borokini, Jeffrey | Partner | | Keesal and Games | San Francisco | CA | United States | | | | 525 | 590 | |
| Brown, David W. | Partner | Business and Finance | Covington and Burling | San Francisco | CA | United States | 1996 | 1996 | 640 | | | 550 |
| Browning, J. Taylor | Associate | Tort and Environmental Litigation | Morgan Lewis and Bockius | San Francisco | CA | United States | | 1994 | | | | 590 |
| Buonaiuto, Brenda N. | Partner | Litigation | Kirkland and Spalding | San Francisco | CA | United States | | | | | | |
| Castro, Rich Ann | Associate | Environmental | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Christianson, C. Brophy | Partner | Corporate Finance and Health/Exam | O'Melveny and Myers | San Francisco | CA | United States | | | | | 675 | |
| Christison, Ryan M. | Associate | Business Restructuring and Reorganization | Kirkland and Ellis | San Francisco | CA | United States | 2001 | 2001 | 315 | 380 | | 525 |
| Colvel, Michaeline | Associate | Business Restructuring and Reorganization | Jones Day | San Francisco | CA | United States | | | | | | |
| Crosby, Peter J. | Counsel | Business Transactions | Jones Day | San Francisco | CA | United States | 1984 | 1984 | | 565 | 565 | 505 |
| Dexter, Doug | Partner | Employment | Farella Braun and Martel | San Francisco | CA | United States | | | | 510 | | |
| Dibble, Sam | Partner | Business Transactions | Farella Braun and Martel | San Francisco | CA | United States | | | | 460 | | |
| Digiel, Benjamin | | Complex Commercial | Heller Ehrman | San Francisco | CA | United States | | | | 285 | | |
| Diloch, Megan | | Securities Litigation | Heller Ehrman | San Francisco | CA | United States | | | | 575 | | |
| Dobrzynski, Daniel T. | Associate | Trial | Jones Day | San Francisco | CA | United States | 2007 | 2007 | | | | 350 |
| Douglass, Scott | Partner | | Farella Braun and Martel | San Francisco | CA | United States | | | 425 | 525 | | |
| Durie, Heather | Associate | Construction | DLA Piper | San Francisco | CA | United States | | | | | | |

1 2 3 4

Currently showing 1-25 of 98 results

Copyright 2011 ALM Media Properties, LLC. All rights reserved.



ALM

**An ALM web site**

# DAILY REPORT

4:36 P.M. EST
Tuesday, February 22, 2011

Get premium access 30-day trial
Subscribe now for under $1 a day
Receive free daily headlines

Home | News Sections | Court Opinions | Court Calendar | Public Notices | Bench Guide | How to Advertise | Contact Us

## Going Rate Home Page >>

All records for firms in San Francisco CA United States

*Click on any Title, Practice Area, Firm, City, State, Country, Graduation or Practice Year for related data*

| Name | Title | Practice Area | Firm | City | State | Country | Graduated Law School | Practicing Since | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Egan, Chantelle C. | Associate | Trial | Jones Day | San Francisco | CA | United States | 2008 | | | | | 325 |
| Eikenberg, Robert L. | Partner | Bankruptcy | Cooley Godward Kronish | San Francisco | CA | United States | | | | | | |
| Engel, G. Larry | Partner | Bankruptcy and Restructuring | Morrison and Foerster | San Francisco | CA | United States | | | | | 665, 775 | |
| Espinoza, Christy | Associate | Labor and Employment | Farella Braun and Martel | San Francisco | CA | United States | | | | 330 | | 535 |
| Ford, Robert | Partner | | Jones Day | San Francisco | CA | United States | | | | | | |
| Frank, Michael T. | Partner | | DLA Piper | San Francisco | CA | United States | | | | | | |
| Fried, Joshua M. | Partner | Bankruptcy and Restructuring | Pachulski, Stang, Ziehl and Jones | San Francisco | CA | United States | 1975 | 1975 | 540 | | | |
| Friederichs, John E. | Partner | Corporate | Kirkland and Ellis | San Francisco | CA | United States | | | | | 515 | |
| Garrett, Nathaniel P. | Associate | Issues and Appeals | Jones Day | San Francisco | CA | United States | 2006 | 2008 | 355 | 355 | 535 | 375 |
| Gehling, Tyler | Associate | Bankruptcy and Creditors Rights | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Glaster, Dean | Partner | Bankruptcy and Creditors Rights | Farella Braun and Martel | San Francisco | CA | United States | | | 675 | 695 | | |
| Goldbner, Neil | Partner | Bankruptcy and Creditors Rights | Farella Braun and Martel | San Francisco | CA | United States | | | 745 | 745 | | |
| Green, John | Partner | Insurance Coverage | Howrey | San Francisco | CA | United States | | | | 610, 695, 300 | | |
| Hardjik, Jan | Partner | Commercial Trial | Pillsbury Winthrop Shaw Pittman and Walker | San Francisco | CA | United States | | | | | | |
| Hiatt, Daniel | Associate | Employment | Reed Smith | San Francisco | CA | United States | | | | | | |
| Holden, Frederick D. | Partner | | Orrick, Herrington and Sutcliffe | San Francisco | CA | United States | | | 605 | | | |
| Humphreys, Lynn M. | Partner | Litigation | Morrison and Foerster | San Francisco | CA | United States | | | | | 560 | |
| Jira, Nancy | Of Counsel | Litigation | Hanson and Williams | San Francisco | CA | United States | | | | 355, 490 | | |
| Joseph, Nancy | Associate | Global Capital Markets | Farella Braun and Williams | San Francisco | CA | United States | | | | | | |
| Karchmer, Scott D. | Partner | Business Litigation | Morgan Lewis and Bockius | San Francisco | CA | United States | | | 465 | | | |
| Keegan, Christopher W. | Partner | Business and Finance | Kirkland and Ellis | San Francisco | CA | United States | 1994 | 1994 | | | 500 | 550 |
| Keles, Tobias S. | Associate | Business and Finance | Jones Day | San Francisco | CA | United States | | | 415 | | | |
| Kim, Jenny | Associate | Business Restructuring and Reorganization | DLA Piper | San Francisco | CA | United States | 1990 | 1990 | | | 500 | 750 |
| Korshinar, Carl | Partner | | O'Melveny and Myers | San Francisco | CA | United States | | | 280 | 490 | | |
| Koufesteni, Sold | Partner | Hospitality | Farella Braun and Martel | San Francisco | CA | United States | | | | | 800 | |

1 2 3 4

Currently showing 26-50 of 98 results

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties, LLC. All rights reserved.

**ALM**

An ALM web site

**DAILY REPORT**

Home | News Sections | Court Opinions | Court Calendars | Public Notices | Bench Guide | How to Advertise | Contact Us

4:36 P.M EST
Tuesday, February 22, 2011

**Going Rate Home Page >>**   All records for firms in San Francisco CA United States

Get premium access 30-day trial!
Subscribe now for under $1 a day
Receive free daily headlines

* Click on any Title, Practice Area, Firm, City, State, Country, Graduate or Practice Year for detailed info

| Name | Title | Practice Area | Firm | City | State | Country | Graduated Law School | Practicing Since | 2005 Rates | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Landsb, Justin | Counsel | Corporate Finance | O'Melveny and Myers | San Francisco | CA | United States | 1997 | 1997 | | | | | 940 |
| Marshall, Robert G. | Partner | Employee Benefits and Exec Comp | Jones Day | San Francisco | CA | United States | | | | | | | 625 |
| Mixon, Gary | Associate | Restructuring and Insolvency | Farella Braun and Martel | San Francisco | CA | United States | | | | | 245 | 540 | |
| McElhaeis, Keith | Partner | Trial Practice | Winston and Strawn | San Francisco | CA | United States | | | | | | | |
| McDonald, Brian D. | Associate | Business and Finance | Jones Day | San Francisco | CA | United States | 2002 | 2002 | | | | | 500 |
| McKitie, Mark E. | Partner | Insurance Liability and Recovery | Kirkland and Ellis | San Francisco | CA | United States | | | | | | | |
| Myers, William A. | Partner | | Morgan, Lewis and Bockius | San Francisco | CA | United States | 1992 | 1993 | 505 | | 580 | | 995 |
| Myers, Martin H. | Partner | | Jones Day | San Francisco | CA | United States | 1987 | 1987 | | | | | 700 |
| Nagai, Ashi | Associate | Litigation | Farella Braun and Martel | San Francisco | CA | United States | | | | | | | |
| Nadel, Casey M. | Associate | | Kirkland and Ellis | San Francisco | CA | United States | | | | | 245 | | |
| Olson, James C. | Partner | Banking and Finance | Jones Day | San Francisco | CA | United States | | | | | | 395 | |
| Ote, Andrea M. | Associate | Labor and Employment | Jones Day | San Francisco | CA | United States | 1979 | 1979 | | | | 300 | |
| Osgood, Megan C.E. | Associate | Litigation | Kirkland and Ellis | San Francisco | CA | United States | | | | | | 285 | |
| Patton, Kevin | Associate | Labor and Employment | O'Melveny and Myers | San Francisco | CA | United States | | | | | | 395 | |
| Patonis, Karen H. | Of Counsel | California Employment Counseling | Morgan, Lewis and Bockius | San Francisco | CA | United States | | | | | | 570 | |
| Patrick, Thomas R. | Partner | Fiduciary and Welfare | Paul, Hastings, Janofsky and Walker | San Francisco | CA | United States | | | 750 | | | | |
| Potany, Alex | Associate | | Farella Braun and Martel | San Francisco | CA | United States | | | | | | | |
| Rajagopal, Raman | Associate | Corporate | Paul Hastings Janofsky and Walker | San Francisco | CA | United States | 2008 | 2008 | | | 465 | 360 | |
| Ritchey, Katherine S. | Partner | Trial Practice | Jones Day | San Francisco | CA | United States | 1995 | 1985 | | | | 625 | |
| Ritter, Reed | Partner | Business Tax and Investment Funds | O'Melveny and Myers | San Francisco | CA | United States | | | | | | 675 | |
| Roche, Laura | Associate | Business Litigation Trial Practice | Farella Braun and Martel | San Francisco | CA | United States | 2003 | 2003 | 475 | | 485 | 500 | |
| Rodriguez, Noel | Associate | Trial Practice | Jones Day | San Francisco | CA | United States | | 1999 | | | | 485 | |
| Sabra, Cheryl | Counsel | Tort and Environmental Litigation | King and Spalding | San Francisco | CA | United States | | | | | | | |
| Schildert, William | Partner | Private Clients | Farella Braun and Martel | San Francisco | CA | United States | | | 695 | | 725 | 500 | |
| Selling, Jeralyn | Of Counsel | Family Wealth Group | Farella Braun and Martel | San Francisco | CA | United States | | | | | 450 | 465 | |

1 2 3 4

Currently showing 51-75 of 96 results


ALM

Copyright 2011 ALM Media Properties, LLC. All rights reserved.

An ALM web site

# DAILY REPORT

Home | News Sections | Court Opinions | Court Calendars | Public Notices

4:38 P.M. EST
Tuesday, February 22, 2011

Get premium access 30-day trial
Subscribe now for under $1 a day
Receive free daily headlines

How to Advertise | Bench Guide | Contact Us

**Going Rate Home Page >>**

All records for firms in San Francisco CA United States

| Name | Title | Practice Area | Firm | City | State | Country | Graduated Law School | Practicing Since | 2007 Rates | 2008 Rates | 2009 Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Shepard, Michael | Associate | Securities Litigation | Heller Ehrman | San Francisco | CA | United States | | | 750 | | |
| Shin, Susan | Associate | Labor and Employment | Norton and Williams | San Francisco | CA | United States | | | | | |
| Slough, Leah | Associate | Commercial Litigation | K and L Gates | San Francisco | CA | United States | | | 280 | 325 | 260 |
| Spooner, Luke | Associate | Commercial Disputes | Kirkland Spalding | San Francisco | CA | United States | | | | | |
| Stephens, Eric | Associate | Business Transactions | Farella Braun and Martel | San Francisco | CA | United States | 2008 | 2003 | 430 | 410 | 390 |
| Stewart, Rhonda L. | Associate | Litigation | Arnold and Porter | San Francisco | CA | United States | | | | 395 | |
| Tiede, Anastasia (Stacey) | Associate | Labor and Employment | O'Melveny and Myers | San Francisco | CA | United States | | | | | |
| Thomason, Grant | Associate | Tax | Farella Braun and Martel | San Francisco | CA | United States | | | 440 | | |
| Tognoli, Christine D. | Associate | | Paul, Hastings, Janofsky and Walker | San Francisco | CA | United States | | | | | |
| Triplett, Holden | Associate | | Farella Braun and Martel | San Francisco | CA | United States | | | | | |
| Trudeau, Robert A. | Partner | Business Restructuring and Reorganization | Jones Day | San Francisco | CA | United States | 1999 | | 295 | | 500 |
| Ueland, Suzanne | Partner | Finance, Corporate and Bankruptcy | O'Melveny and Myers | San Francisco | CA | United States | | | 725 | 620 | |
| Vogt, Gary M. | Senior Legal Assistant | Litigation | Kirkland and Ellis | San Francisco | CA | United States | | | 295 | 255 | |
| Wagoner, Kristine | Associate | Business Transactions | Farella Braun and Martel | San Francisco | CA | United States | | | | 480 | |
| Wald, Gregory A. | Similar Attorney | Labor/Employment | Squire Sanders and Dempsey | San Francisco | CA | United States | | | | | |
| Wessels, Kelly | Associate | Litigation | Kirkland and Ellis | San Francisco | CA | United States | | | 520 | 395 | |
| Whalen, Joe | Partner | Insurance and Risk Management | Farella Braun and Martel | San Francisco | CA | United States | | | | | |
| Wilde, Jack L. | Associate | Restructuring | Kirkland and Ellis | San Francisco | CA | United States | | | | 385 | |
| Wilson, Elizabeth | Counsel | | O'Melveny and Myers | San Francisco | CA | United States | | | | 565 | |
| Woodford, Kelly | Partner | Bankruptcy and Creditors Rights | Farella Braun and Martel | San Francisco | CA | United States | | | 485 | | |
| Zerbelman, Michael | | New Century Financial Corp | | San Francisco | CA | United States | | | 515 | | |

*Click on any Title, Practice Area, Firm, City, State, County, Graduation or Practice Year for related rates

1 2 3 4

Currently showing 76-96 of 96 results

About ALM | About Law.com | Customer Support | Hotjobs | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties, LLC. All rights reserved.

ALM

**EXHIBIT 9**

# Westlaw CourtExpress

## LEGAL BILLING REPORT

VOLUME 11, NUMBER 1

May 2009

## BY BILLING RATE

# California Rate Report

By Billing Rate

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE $ | HOURS | TOTAL $ |
|---|---|---|---|---|---|---|---|---|
| P | Kelly, Jr., Daniel | Davis Polk & Wardwell (CA) | 1986 | 1990 | CA | 985.00 | 17.00 | 16,745.00 |
| P | Cowles, Julia | Davis Polk & Wardwell (CA) | 1990 | 1990 | CA | 985.00 | 17.00 | 16,745.00 |
| P | Duncan, Scott | O'Melveny & Myers LLP (CA) | 1975 | 1975 | CA | 860.00 | 1.10 | 946.00 |
| P | Tuchin, Michael | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | CA | 850.00 | 0.50 | 425.00 |
| P | Ballack, Karen | Weil, Gotshal & Manges LLP (CA) | 1986 | 1986 | CA | 799.00 | 0.80 | 639.20 |
| P | Arnold, Dennis | Gibson Dunn & Crutcher, LLP (CA) | 1975 | 1978 | CA | 790.00 | 4.50 | 3,555.00 |
| OC | Montz, Michael | Hennigan Bennett & Dorman LLP | 1979 | 1979 | CA | 760.00 | 65.20 | 49,552.00 |
| P | Averch, Craig | White & Case LLP (CA) | 1984 | 1984 | CA | 750.00 | 128.10 | 96,075.00 |
| P | Kharasch, Ira D. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1982 | 1982 | CA | 795.00 | 2.20 | 1,749.00 |
| P | Kornfeld, Alan | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 725.00 | 0.80 | 580.00 |
| P | Lamb, Peter | Davis Polk & Wardwell (CA) | 2005 | 2005 | CA | 680.00 | 101.40 | 68,952.00 |
| A | Irving, Jeanne E. | Hennigan Bennett & Dorman LLP | 1976 | 1978 | CA | 680.00 | 10.10 | 6,868.00 |
| P | Kivans, Harry | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1985 | 1986 | CA | 675.00 | 19.10 | 12,892.50 |
| A | Goralin, Ronald | White & Case LLP (CA) | 2001 | 2001 | CA | 665.00 | 176.20 | 117,173.00 |
| P | Brown, Kenneth H. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1977 | 1981 | CA | 650.00 | 27.30 | 17,745.00 |
| P | Fidler, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 1997 | 1998 | CA | 650.00 | 23.10 | 15,015.00 |
| P | Weissmann, Henry | Munger Tolles & Olson LLC | 1987 | 1987 | CA | 650.00 | 0.50 | 325.00 |
| P | Bertenthal, David W. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1989 | 1989 | CA | 645.00 | 35.00 | 22,595.00 |
| P | Montgomery, Cromwell | Munger Tolles & Crutcher, LLP (CA) | 1897 | 1897 | CA | 635.00 | 0.80 | 508.00 |
| A | Brown, Dennis | Gibson Dunn & Crutcher, LLP (CA) | 1970 | 1970 | CA | 625.00 | 17.80 | 11,125.00 |
| P | Newman, Samuel | Gibson Dunn & Crutcher, LLP (CA) | 2001 | 2001 | CA | 610.00 | 13.50 | 8,235.00 |
| A | Derahan, Shiva | White & Case LLP (CA) | 2003 | 2003 | CA | 600.00 | 183.70 | 110,220.00 |
| P | Vincent, Garth | Munger Tolles & Olson LLC | 1989 | 1988 | CA | 600.00 | 124.60 | 74,760.00 |
| P | Scott, Melanie | White & Case LLP (CA) | 2004 | 2004 | CA | 600.00 | 20.90 | 12,540.00 |
| P | Buchanan, Laura | Klee, Tuchin, Bogdanoff & Stern, LLP | 1991 | 1991 | CA | 590.00 | 0.20 | 118.00 |
| A | Ger Kwang-chen, B. | Weil, Gotshal & Manges LLP (CA) | 2003 | 2003 | CA | 590.00 | 28.00 | 16,520.00 |
| P | Eddy, David | Gibson Dunn & Crutcher, LLP (CA) | 2003 | 2003 | CA | 570.00 | 2.90 | 1,653.00 |
| P | Heintz, Jeffrey | Munger Tolles & Olson LLC | 1884 | 1984 | CA | 550.00 | 35.10 | 19,305.00 |
| P | Fried, Joshua | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1995 | 1995 | CA | 535.00 | 21.40 | 11,449.00 |
| P | Rutlon, James | Munger Tolles & Olson LLC | 1997 | 1997 | CA | 525.00 | 25.80 | 13,545.00 |
| P | Morse, Joshua | Hennigan Bennett & Dorman LLP | 2000 | 2000 | CA | 505.00 | 13.10 | 6,615.50 |
| A | Melalic, Michael | Weil, Gotshal & Manges LLP (CA) | 2005 | 2005 | CA | 500.00 | 36.50 | 18,250.00 |
| A | Barshop, Melissa | Gibson Dunn & Crutcher, LLP (CA) | 2006 | 2006 | CA | 470.00 | 14.00 | 6,580.00 |
| A | Liu, Leslie | Weil, Gotshal & Manges LLP (CA) | 2006 | 2006 | CA | 455.00 | 468.30 | 213,136.50 |
| A | Nathan, Derek | Munger Tolles & Olson LLC | 2005 | 2002 | CA | 455.00 | 508.30 | 231,345.50 |
| A | Hochheiser, Brian | Munger Tolles & Olson LLC | 2006 | 2006 | CA | 435.00 | 0.30 | 130.50 |
| A | Kaufman, Joseph | Weil, Gotshal & Manges LLP (CA) | 2007 | 2007 | CA | 415.00 | 25.20 | 10,458.00 |
| A | Jasper, M. Lance | Munger Tolles & Olson LLC | 2006 | 2006 | CA | 400.00 | 96.20 | 38,480.00 |
| A | Eskandari, Barney | Munger Tolles & Olson LLC | 2006 | 2006 | CA | 400.00 | 8.80 | 3,520.00 |
| A | Rubic, Enardia E. | O'Melveny & Myers LLP (CA) | 2006 | 2006 | CA | 395.00 | 8.40 | 3,318.00 |

*California Rate Report*

| PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|
| A. Schneider, Bradley | Munger Tolles & Olson, LLC | 2004 | 2004 | CA | $ 385.00 | 1.30 | $ 513.50 |
| A. Reason, Matthew | Weil, Gotshal & Manges LLP (CA) | 2008 | 2008 | CA | 355.00 | 13.50 | 4,792.50 |
| A. Guzman, Tanya | O'Melveny & Myers LLP (CA) | 2007 | 2007 | CA | 330.00 | 2.50 | 825.00 |
| PP Name, Ross | O'Melveny & Myers LLP (CA) | | | | 260.00 | 6.20 | 1,612.00 |
| PP Frankson, Kartha | Pachulski Stang Ziehl Young Jones & Weinbaub (CA) | | | | 225.00 | 27.60 | 6,210.00 |
| Jeffries, Patricia J. | Pachulski Stang Ziehl Young Jones & Weinbaub (CA) | | | | 225.00 | 0.40 | 90.00 |
| PP Pearson, Sandra | Klee, Tuchin, Bogdanoff & Stern, LLP | | | CA | 215.00 | 1.90 | 408.50 |
| PP Floyd, Kevin | Hanigan Bennett & Dorman LLP | | | | 210.00 | 0.30 | 63.00 |
| PP Kroots, Cheryl | Pachulski Stang Ziehl Young Jones & Weinbaub (CA) | | | | 205.00 | 2.20 | 451.00 |
| CA/A Pichari, Sharyle | Pachulski Stang Ziehl Young Jones & Weinbaub (CA) | | | | 125.00 | 2.60 | 325.00 |

# Westlaw CourtExpress

## LEGAL BILLING REPORT

VOLUME 11, NUMBER 2

August 2009

## BY BILLING RATE

# California rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P | Tolles, Stephen L. | Gibson Dunn & Crutcher, LLP (CA) | 1982 | 1982 | CA | $ 860.00 | 0.10 | $ 86.00 |
| P | Patterson, Thomas | Klee, Tuchin, Bogdanoff & Stern, LLP | 1984 | 1984 | CA | 850.00 | 225.00 | 191,250.00 |
| P | Tuchin, Michael | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | CA | 850.00 | 74.40 | 63,240.00 |
| P | Stern, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1975 | CA | 850.00 | 32.90 | 27,965.00 |
| P | Issler, Paul S. | Gibson Dunn & Crutcher, LLP (CA) | 1986 | 1986 | CA | 840.00 | 6.35 | 5,334.00 |
| P | Arnold, Dennis | Gibson Dunn & Crutcher, LLP (CA) | 1975 | 1976 | CA | 840.00 | 4.10 | 3,444.00 |
| P | Timmons, Brian | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1991 | 1991 | CA | 820.00 | 72.80 | 59,696.00 |
| A | Blateck, Karen | Weil, Gotshal & Manges LLP (CA) | 1986 | 1986 | CA | 810.00 | 40.40 | 32,724.00 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 795.00 | 20.30 | 16,138.50 |
| P | Glincize, Danielle | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1993 | 1994 | CA | 775.00 | 9.50 | 7,362.50 |
| P | Averch, Craig | White & Case LLP (CA) | 1984 | 1984 | CA | 750.00 | 189.20 | 141,900.00 |
| P | Keller, Tobias | Jones Day (CA) | 1990 | 1990 | CA | 750.00 | 1.90 | 1,425.00 |
| P | Baker, James | Jones Day (CA) | 1980 | 1980 | CA | 750.00 | 0.20 | 150.00 |
| P | Winsten, Eric D. | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1999 | 1999 | CA | 740.00 | 7.10 | 5,254.00 |
| P | Ong, Johanna Y. | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1997 | 1997 | CA | 740.00 | 6.30 | 4,662.00 |
| P | Kornfeld, Alan | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 725.00 | 10.10 | 7,322.50 |
| A | Block, Jeffrey E | Sidley Austin Brown & Wood LLP (CA) | 1997 | 1998 | CA | 700.00 | 110.90 | 77,630.00 |
| A | Moore, Martin | Jones Day (CA) | 1987 | 1987 | CA | 700.00 | 26.50 | 18,550.00 |
| A | Grasgreen, Debra I. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1991 | 1992 | CA | 685.00 | 47.50 | 32,537.50 |
| A | Gragstein, Mark E. | White & Case LLP (CA) | 1998 | 1998 | CA | 685.00 | 117.70 | 80,624.50 |
| P | Arash, Dora | Gibson Dunn & Crutcher, LLP (CA) | 1995 | 1995 | CA | 675.00 | 39.40 | 26,595.00 |
| A | Gorsich, Ronald | White & Case LLP (CA) | 2001 | 2001 | CA | 665.00 | 221.50 | 147,297.50 |
| P | Montgomery, Cromwell | Gibson Dunn & Crutcher, LLP (CA) | 1997 | 1997 | CA | 635.00 | 2.50 | 1,587.50 |
| A | Newman, Samuel | Gibson Dunn & Crutcher, LLP (CA) | 2001 | 2001 | CA | 610.00 | 11.50 | 7,015.00 |
| A | Dakahini, Shiva | White & Case LLP (CA) | 2003 | 2003 | CA | 600.00 | 217.50 | 130,500.00 |
| A | Scott, Melanie | White & Case LLP (CA) | 2004 | 2004 | CA | 600.00 | 74.90 | 44,940.00 |
| A | Trodella, Robert | Jones Day (CA) | 1996 | 1996 | CA | 600.00 | 35.30 | 21,180.00 |
| P | Ger Kwang-chen, B. | Weil, Gotshal & Manges LLP (CA) | 2003 | 2003 | CA | 580.00 | 54.20 | 31,436.00 |
| OC | Metcalf, Brian | Kitte, Tuchin, Bogdanoff & Stern, LLP | 1999 | 1999 | CA | 575.00 | 12.40 | 7,130.00 |
| A | Eidel, David | Gibson Dunn & Crutcher, LLP (CA) | 2003 | 2003 | CA | 570.00 | 0.50 | 285.00 |
| C | Crosby IV, Peter | Jones Day (CA) | 1984 | 1984 | CA | 565.00 | 13.30 | 7,514.50 |
| A | Martin, Jill | White & Case LLP (CA) | 2006 | 2006 | CA | 550.00 | 45.80 | 25,190.00 |
| A | Correa, Michealine | Jones Day (CA) | 2001 | 2001 | CA | 525.00 | 1.70 | 892.50 |
| QC | Brandt, Gina F. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1976 | 1976 | CA | 525.00 | 1.30 | 682.50 |
| A | Maletic, Michael | Weil, Gotshal & Manges LLP (CA) | 2005 | 2005 | CA | 500.00 | 175.30 | 87,650.00 |
| A | Rodriguez, Neal | Jones Day (CA) | 2003 | 2003 | CA | 500.00 | 41.80 | 20,900.00 |
| A | Heyn, Matthew | Klee, Tuchin, Bogdanoff & Stern, LLP | 2003 | 2003 | CA | 495.00 | 111.80 | 55,341.00 |
| A | Barolosz, Melissa | Gibson Dunn & Crutcher, LLP (CA) | 2006 | 2006 | CA | 470.00 | 4.10 | 1,927.00 |
| A | Liu, Leslie | Weil, Gotshal & Manges LLP (CA) | 2006 | 2006 | CA | 465.00 | 302.70 | 140,755.50 |
| A | Chun, Sibyl | White & Case LLP (CA) | 2008 | 2008 | CA | 460.00 | 162.10 | 74,566.00 |

# California rate Report

| PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|
| A  Morrison, Kelley M | White & Case LLP (CA) | 2008 | 2008 | CA | $ 460.00 | 105.50 | $ 48,530.00 |
| A  Hawk, Jonathan | White & Case LLP (CA) | 2007 | 2007 | CA | 460.00 | 20.30 | 9,338.00 |
| P  Phillip, Laurence | McKenna Long & Aldridge LLP (CA) | 1997 | 1997 | CA | 450.00 | 15.00 | 6,750.00 |
| P  Larsen, J David | McKenna Long & Aldridge LLP (CA) | 1997 | 1997 | CA | 450.00 | 10.00 | 4,500.00 |
| A  Guess, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | 430.00 | 366.70 | 157,681.00 |
| A  Fizmahfeir, Courtney | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | 430.00 | 23.20 | 9,976.00 |
| A  Dickerson Matthew | Sidley Austin Brown & Wood LLP (CA) | 2007 | 2007 | CA | 426.60 | 25.30 | 10,752.50 |
| A  Tran, William | Sidley Austin Brown & Wood LLP (CA) | 2006 | 2006 | CA | 425.00 | 5.40 | 2,295.00 |
| A  Nathan, Joseph | Weil, Gotshal & Manges LLP (CA) | 2007 | 2007 | CA | 415.00 | 61.50 | 25,522.50 |
| A  Wilson, Lorna S. | Gibson Dunn & Crutcher LLP (CA) | 2008 | 2008 | CA | 400.00 | 4.00 | 1,600.00 |
| A  Smoorts, Ariella | Sidley Austin Brown & Wood LLP (CA) | 2008 | 2008 | CA | 375.00 | 49.30 | 18,487.50 |
| A  Deerihan, Kevin | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | 2008 | CA | 300.00 | 4.70 | 1,410.00 |
| A  Guess, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | 2008 | CA | 300.00 | 2.10 | 630.00 |
| A  Elliot, Kerin | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | 2008 | CA | 250.00 | 4.90 | 1,225.00 |
| LIB  Forrester, Leslie A. | Pachulski Stang Ziehl Young Jones & Weinraub (CA) | | | | 225.00 | 8.50 | 1,912.50 |
| PP  Harris, Denise A. | Pachulski Stang Ziehl Young Jones & Weinraub (CA) | | | | 215.00 | 40.60 | 8,729.00 |
| PP  Kryscher, Michelle | McKenna Long & Aldridge LLP (CA) | | | CA | 215.00 | 36.00 | 7,740.00 |
| PP  Pearson, Sandra | Klee, Tuchin, Bogdanoff & Stern, LLP | | | | 195.00 | 2.00 | 390.00 |
| PP  Brown, Thomas J. | Pachulski Stang Ziehl Young Jones & Weinraub (CA) | | | | 195.00 | 2.00 | 390.00 |
| LIB  Jones, Carla H. | Gibson Dunn & Crutcher LLP (CA) | | | | 165.00 | 0.50 | 82.50 |

# Westlaw CourtExpress

## LEGAL BILLING REPORT

VOLUME 11, NUMBER 3

December 2009

# BY BILLING RATE

# California Rate Report

By Billing Rate

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P | Pachulski, Richard M. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1979 | 1979 | CA | $ 865.00 | 287.62 | $ 248,941.30 |
| P | Patterson, Thomas | Klee, Tuchin, Bogdanoff & Stern, LLP | 1984 | 1984 | | 850.00 | 392.60 | 333,710.00 |
| P | Tuchin, Michael | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | | 850.00 | 201.40 | 171,190.00 |
| P | Stern, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1975 | | 850.00 | 68.80 | 58,480.00 |
| P | Pachulski, Richard M. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1979 | 1979 | | 850.00 | 68.00 | 57,800.00 |
| P | Arnold, Dennis | Gibson Dunn & Crutcher, LLP (CA) | 1975 | 1976 | CA | 840.00 | 1.00 | 840.00 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1976 | | 825.00 | 256.25 | 211,406.25 |
| P | Thinnes, Brian | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1991 | 1991 | | 820.00 | 240.60 | 197,282.00 |
| P | Lyons, Duane | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1986 | 1986 | | 820.00 | 80.20 | 65,764.00 |
| P | Orgel, Robert B. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1981 | 1981 | CA | 785.00 | 362.60 | 284,653.50 |
| P | Richards, Jeremy | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1980 | 1981 | CA | 785.00 | 158.90 | 126,056.50 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 785.00 | 94.00 | 74,790.00 |
| P | Grassgreen, Debra I. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1991 | 1992 | CA | 785.00 | 20.30 | 16,138.50 |
| C | Cahn, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1983 | 1983 | CA | 785.00 | 3.40 | 2,669.00 |
| C | Celina, Andrew | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1983 | 1983 | CA | 725.00 | 60.80 | 41,040.00 |
| P | Parker, Daryl | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1969 | 1970 | CA | 675.00 | 16.60 | 11,205.00 |
| C | Mahoney, James | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1966 | 1987 | CA | 675.00 | 0.70 | 402.50 |
| P | Arash, Dara | Gibson Dunn & Crutcher, LLP (CA) | 1985 | 1985 | CA | 675.00 | 14.80 | 9,990.00 |
| P | Weston, Eric D. | Klee, Tuchin, Bogdanoff & Stern, LLP | 1995 | 1995 | CA | 650.00 | 1.40 | 910.00 |
| P | Orgel, Joanna Y. | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1997 | 1997 | CA | 625.00 | 3.70 | 2,257.00 |
| A | Kornfeld, Alan | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 610.00 | 3.70 | 2,294.00 |
| C | Grassgreen, Debra I. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 585.00 | 100.80 | 59,976.00 |
| C | Cahn, Andrew | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1998 | 1997 | CA | 585.00 | 32.50 | 19,337.50 |
| C | Cho, Shirley | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1997 | CA | 595.00 | 19.40 | 11,543.00 |
| C | Hochman, Harry | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 575.00 | 57.60 | 33,120.00 |
| A | DiKelman, Jennifer | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1998 | 1988 | CA | 575.00 | 1.40 | 805.00 |
| OC | Metcalf, Brian | Klee, Tuchin, Bogdanoff & Stern, LLP | 1999 | 1999 | CA | 575.00 | 0.70 | 402.50 |
| OC | Brandt, Gina F. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1976 | 1976 | CA | 525.00 | 1.30 | 682.50 |
| A | Thorn, Matthew | Klee, Tuchin, Bogdanoff & Stern, LLP | 2003 | 2003 | CA | 525.00 | 109.70 | 54,301.50 |
| A | Brown, Gillian | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1999 | 1999 | CA | 495.00 | 0.50 | 247.50 |
| A | Newman, Harry | Gibson Dunn & Crutcher, LLP (CA) | 2006 | 2006 | CA | 470.00 | 2.10 | 987.00 |
| A | Newman, Victoria | Weil Gotshal & Manges LLP (CA) | 2006 | 2006 | CA | 465.00 | 8.80 | 4,557.00 |
| P | Philip, Laurence | McKenna Long & Aldridge LLP (CA) | 1997 | 1997 | CA | 450.00 | 2.70 | 1,215.00 |
| OC | Guess, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | 330.00 | 40.20 | 13,276.00 |
| PP | Santos, Joseph C | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 2005 | 2005 | | 330.00 | 42.60 | 17,743.00 |
| A | Klein, Elliot | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | 2008 | CA | 300.00 | 16.60 | 4,980.00 |
| PP | Lacroix, Kristine | Quinn Emanuel Urquhart Oliver & Hedges, LLP | | | | 250.00 | 20.30 | 5,075.00 |
| UB | Forestell, Leslie A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 250.00 | 4.90 | 1,225.00 |

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| LIG | Forrester, Leslie A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | $ 250.00 | 1.80 | $ 450.00 |
| PP | Harris, Denise A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 47.90 | 10,777.50 |
| PP | Harris, Denise A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 8.50 | 1,912.50 |
| PP | Harmon, Felice | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 0.40 | 90.00 |
| PP | Harmon, Felice | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 60.40 | 12,386.00 |
| PP | Gryczner, Michelle | McKenna Long & Aldridge LLP (CA) | | | | 215.00 | 52.40 | 11,266.00 |
| PP | Pearson, Sandra | Klee, Tuchin, Bogdanoff & Stern, LLP | | | | 215.00 | 52.40 | 11,266.00 |
| PP | Brown, Thomas J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 59.75 | 11,651.25 |
| PP | Brown, Thomas J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 6.00 | 1,170.00 |
| PP | Atebo, Mike | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 2.00 | 390.00 |
| PP | Brown, Thomas J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 180.00 | 3.00 | 540.00 |
| LS | Everhart, Christine | McKenna Long & Aldridge LP (CA) | | | | 150.00 | 16.90 | 2,535.00 |
| PP | Sann, Andrew | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 150.00 | 0.80 | 120.00 |
| PP | Bass, John | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 150.00 | | |

**EXHIBIT 10**

ALM
An Integrated Media Company

## 2010 NLJ Billing Survey
Copyright © 2010, ALM Media Properties, LLC, All Rights Reserved

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Adams and Reese | New Orleans | $265 | $550 | $250 | $344 | $290 | $195 | $229 |
| 2010 | Akerman Senterfitt | Miami | | | | | | | |
| 2010 | Akin Gump Strauss Hauer & Feld | Washington | | | | | | | |
| 2010 | Allen Matkins Leck Gamble Mallory & Natsis | Los Angeles | | | | | | | $405 |
| 2010 | Alston & Bird | Atlanta | $515 | $865 | $450 | $527 | $590 | $270 | |
| 2010 | Andrews Kurth | Houston | | $560 | $305 | | $340 | $175 | |
| 2010 | Archer & Greiner | Haddonfield, NJ | | | | | | | |
| 2010 | Arent Fox | Washington | | $765 | $400 | | $475 | $240 | |
| 2010 | Armstrong Teasdale | St. Louis | | $475 | $300 | | $325 | $200 | |
| 2010 | Arnold & Porter | Washington | | | | | | | |
| 2010 | Baker & Daniels | Indianapolis | | | | | | | |
| 2010 | Baker & Hostetler | Cleveland | | | | | | | |
| 2010 | Baker Botts L.L.P | Houston | | | | | | | |
| 2010 | Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, TN | $312 | $595 | $255 | $357 | $320 | $165 | $231 |
| 2010 | Ballard Spahr | Philadelphia | | | | | | | |
| 2010 | Barnes & Thornburg | Indianapolis | $367 | $613 | $298 | $416 | $355 | $225 | $261 |
| 2010 | Bass, Berry & Sims | Nashville, TN | | | | | | | |
| 2010 | Benesch, Friedlander, Coplan & Aronoff | Cleveland | $315 | $575 | $350 | $335 | $360 | $195 | $245 |
| 2010 | Best Best & Krieger | Riverside, Calif | | $550 | $310 | | $395 | $225 | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Bingham McCutchen | Boston | | | | | | | |
| 2010 | Blank Rome | Philadelphia | $510 | $855 | $440 | $615 | $550 | $280 | $361 |
| 2010 | Bond, Schoeneck & King | Syracuse, NY | $280 | $475 | $220 | $309 | $280 | $160 | $208 |
| 2010 | Briggs and Morgan | Minneapolis | $373 | $600 | $290 | $437 | $315 | $210 | $240 |
| 2010 | Brinks Hofer Gilson & Lione | Chicago | $435 | $725 | $345 | $541 | $420 | $195 | $308 |
| 2010 | Broad and Cassel | Orlando, Fl | $307 | $475 | $260 | $372 | $350 | $175 | $242 |
| 2010 | Brown Rudnick | Boston | | | | | | | |
| 2010 | Brownstein Hyatt Farber Schreck | Denver | $391 | $810 | $295 | $463 | $360 | $200 | $256 |
| 2010 | Bryan Cave | St. Louis | $464 | $790 | $370 | $553 | $550 | $185 | $344 |
| 2010 | Buchalter Nemer | Los Angeles | $415 | $625 | $270 | $490 | $450 | $195 | $328 |
| 2010 | Buchanan Ingersoll & Rooney | Pittsburgh | | $900 | $310 | | $465 | $210 | |
| 2010 | Burr & Forman | Birmingham, AL | $328 | $500 | $210 | $361 | $335 | $200 | $250 |
| 2010 | Butzel Long | Detroit | | $750 | $300 | | $375 | $200 | |
| 2010 | Cadwalader, Wickersham & Taft LLP | New York | | | | | | | |
| 2010 | Cahill Gordon Reindel LLP | New York | | | | | | | |
| 2010 | Carlton Fields | Tampa, FL | $388 | $775 | $325 | $465 | $375 | $195 | $288 |
| 2010 | Chadbourne & Parke | New York | $456 | $995 | $390 | $769 | $625 | $110 | $442 |
| 2010 | Chapman and Cutler | Chicago | | | | | | | |
| 2010 | Clark Hill | Detroit | | | | | | | |
| 2010 | Cooley | Palo Alto, CA | | | | | | | |
| 2010 | Covington & Burling | Washington | | | | | | | |
| 2010 | Cozen O'Connor | Philadelphia | $422 | $880 | $310 | $497 | $585 | $225 | $326 |
| 2010 | Crowell & Moring | Washington | | | | | | | |
| 2010 | Curtis, Mallet-Prevost, Colt & Mosle | New York | $489 | $785 | $675 | $669 | $575 | $290 | $365 |
| 2010 | Davis Wright Tremaine | Seattle | | | | | | | |
| 2010 | Day Pitney | Florham Park, NJ | $355 | $795 | $320 | $488 | $435 | $210 | $304 |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Dewey & Leboeuf LLP | New York | | | | | | | |
| 2010 | Dickinson Wright | Detroit | | | | | | | |
| 2010 | Dickstein Shapiro | Washington | $546 | $575 | $355 | | $275 | $195 | |
| 2010 | Dinsmore & Shohl | Cincinnati | $302 | $950 | $525 | $666 | $530 | $265 | $426 |
| 2010 | DLA Piper | Chicago | | $590 | $220 | $360 | $300 | $175 | $222 |
| 2010 | Dorsey & Whitney | Minneapolis | $410 | $795 | $290 | $515 | $440 | $180 | $285 |
| 2010 | Duane Morris | Philadelphia | $483 | $850 | $240 | $550 | $480 | $135 | $349 |
| 2010 | Dykema Gossett | Detroit | $445 | $635 | $360 | $495 | $450 | $225 | $325 |
| 2010 | Eckert Seamans Cherin & Mellott | Pittsburgh | | $629 | $250 | | $320 | $150 | |
| 2010 | Edwards Angell Palmer & Dodge | Boston | $451 | $780 | $345 | $571 | $610 | $200 | $323 |
| 2010 | Epstein Becker & Green | New York | $429 | $850 | $350 | $620 | $450 | $180 | $325 |
| 2010 | Faegre & Benson LLP | Minneapolis | | | | | | | |
| 2010 | Finnegan, Henderson, Farabow, Garrett & Dunner | Washington | | | | | | | |
| 2010 | Fish & Richardson | Boston | | $605 | $340 | | $360 | $220 | |
| 2010 | Fisher & Phillips | Atlanta | | $730 | $460 | | $440 | $275 | |
| 2010 | Fitzpatrick, Cella, Harper & Scinto | New York | | $1,035 | | | | | |
| 2010 | Foley & Lardner | Milwaukee | $654 | | | $654 | | $255 | $426 |
| 2010 | Foley Hoag | Boston | | $620 | | | | | |
| 2010 | Ford & Harrison | Atlanta | | $575 | $375 | | $390 | | |
| 2010 | Fowler White Boggs | Tampa, FL | $350 | $690 | $325 | $400 | $315 | $250 | $250 |
| 2010 | Fox Rothschild | Philadelphia | $407 | $515 | $315 | $473 | $475 | $205 | $298 |
| 2010 | Frost Brown Todd | Cincinnati | $279 | | $200 | $326 | $250 | $235 | |
| 2010 | Fulbright & Jaworski | Houston | | | | | | $150 | $189 |
| 2010 | Gardere Wynne Sewell | Dallas | $445 | $815 | $380 | $331 | $445 | $195 | $311 |
| 2010 | Gibbons | Newark, NJ | $404 | $790 | $390 | $479 | $450 | $250 | $289 |
| 2010 | Gibson, Dunn & Crutcher LLP | Los Angeles | | | | | | | |
| 2010 | Godfrey & Kahn | Milwaukee | | $495 | $325 | | $340 | $180 | |
| 2010 | Goodwin Procter | Boston | | | | | | | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Gordon & Rees | San Francisco, CA | | | | | | | |
| 2010 | GrayRobinson | Orlando, FL | | $750 | $225 | | $315 | $150 | |
| 2010 | Greenberg Traurig | New York | $453 | $875 | $355 | $550 | $610 | $200 | $332 |
| 2010 | Harris Beach | Rochester, NY | | $500 | $275 | | $250 | $140 | |
| 2010 | Haynes and Boone | Dallas | | | | | | | |
| 2010 | Hinshaw & Culbertson | Chicago | | | | | | | |
| 2010 | Hiscock & Barclay | Syracuse, NY | $311 | $650 | $195 | $348 | $440 | $150 | $234 |
| 2010 | Hodgson Russ | Buffalo, NY | $328 | $665 | $230 | $374 | $410 | $175 | $238 |
| 2010 | Hogan Lovells | Washington | | | | | | | |
| 2010 | Holland & Hart LLP | Washington | | | | | | | |
| 2010 | Holland & Knight | Washington | $418 | $850 | $300 | $499 | $480 | $185 | $288 |
| 2010 | Holme Roberts & Owen | Denver | $355 | $635 | $285 | $415 | $530 | $170 | $295 |
| 2010 | Honigman Miller Schwartz and Cohn | Detroit | | | | | | | |
| 2010 | Hughes Hubbard & Reed LLP | New York | | | | | | | |
| 2010 | Hunton & Williams | Richmond, VA | | | | | | | |
| 2010 | Husch Blackwell | St. Louis | $329 | $804 | $230 | $357 | $415 | $171 | $220 |
| 2010 | Ice Miller LLP | Indianapolis | | | | | | | |
| 2010 | Irell & Manella | Los Angeles | | | | | | | |
| 2010 | Jackson Kelly | Charleston, WV | $364 | $496 | $245 | | $275 | $155 | |
| 2010 | Jackson Lewis | White Plains, NY | | $715 | $260 | $428 | $440 | $150 | $282 |
| 2010 | Jones Day | Washington | | | | | | | |
| 2010 | Jones, Walker, Waechter, Poitevent, Carrare & Denegre | New Orleans | | $620 | $195 | | $275 | $140 | |
| 2010 | K&L Gates | Pittsburgh | | | | | | | |
| 2010 | Kelley Drye & Warren | New York | | $900 | $465 | | $565 | $275 | |
| 2010 | Kenyon & Kenyon LLP | New York | | | | | | | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Kilpatrick Stockton | Atlanta | $425 | $730 | $375 | $527 | $465 | $225 | $320 |
| 2010 | Kirkland & Ellis | Chicago | | | | | | | |
| 2010 | Knobbe, Martens, Olson & Bear | Irvine, CA | $432 | $710 | $395 | $511 | $450 | $285 | $332 |
| 2010 | Kramer Levin Naftalis & Frankel | New York | | | | | | | |
| 2010 | Lane Powell | Seattle | $349 | $600 | $310 | | $350 | $230 | $278 |
| 2010 | Lathrop & Gage | Kansas City | | $490 | $255 | $431 | $265 | $160 | |
| 2010 | LeClairRyan, Professional Corporation | Richmond, VA | | | | | | | |
| 2010 | Leonard, Street and Deinard | Minneapolis | | | | | | | |
| 2010 | Lewis and Roca | Phoenix, AZ | | | | | | | |
| 2010 | Lewis Brisbois Bisgaard & Smith | Los Angeles | | | | | | | |
| 2010 | Lewis, Rice & Fingersh | St. Louis | $330 | $460 | $260 | $415 | $315 | $150 | $235 |
| 2010 | Lindquist & Vennum | Minneapolis | $372 | $650 | $290 | $445 | $480 | $210 | $296 |
| 2010 | Littler Mendelson | San Francisco | | | | | | | |
| 2010 | Locke Lord Bissell & Liddell | Dallas | $486 | $1,120 | $400 | $599 | $525 | $215 | $320 |
| 2010 | Loeb & Loeb | New York | | $975 | $475 | | $575 | $275 | |
| 2010 | Lowenstein Sandler | Roseland, NJ | | $825 | $440 | | $575 | $235 | |
| 2010 | Luce, Forward, Hamilton & Scripps | San Diego | | $670 | $350 | | $445 | $245 | |
| 2010 | Manatt, Phelps & Phillips | Los Angeles | $568 | $850 | $525 | $651 | $525 | $200 | $405 |
| 2010 | Marshall, Dennehey, Warner, Coleman & Goggin | Philadelphia | | $410 | $145 | | $320 | $130 | |
| 2010 | Maynard, Cooper & Gale | Birmingham, AL | | $600 | $325 | | $295 | $235 | |
| 2010 | McAndrews, Held & Malloy | Chicago | | $675 | $260 | | $350 | $225 | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | McCarter & English | Newark, NJ | $355 | $825 | $360 | $498 | $405 | $215 | $313 |
| 2010 | McElroy, Deutsch, Mulvaney & Carpenter | Morristown, N.J. | $210 | $550 | $295 | $280 | $275 | $160 | $190 |
| 2010 | McGuireWoods | Richmond, Va. | $455 | $830 | $325 | $543 | $600 | $220 | $355 |
| 2010 | McKenna Long & Aldridge | Atlanta | $455 | $775 | $375 | $540 | $490 | $220 | $366 |
| 2010 | Michael Best & Friedrich | Milwaukee | $346 | $650 | $235 | $400 | $320 | $190 | $239 |
| 2010 | Miles & Stockbridge | Baltimore | | $695 | $325 | | $370 | $220 | |
| 2010 | Miller & Martin | Chattanooga, TN | $328 | $610 | $235 | $361 | $275 | $180 | $218 |
| 2010 | Miller, Canfield, Paddock and Stone | Detroit | | | | | | | |
| 2010 | Montgomery, McCracken, Walker & Rhoads | Philadelphia | | $625 | $380 | $461 | $395 | $205 | $284 |
| 2010 | Moore & Van Allen | Charlotte N.C. | $364 | $785 | $265 | $441 | $350 | $180 | $257 |
| 2010 | Morgan, Lewis & Bockius | Philadelphia | | | | | | | |
| 2010 | Morris, Manning & Martin | Atlanta | $424 | $760 | $425 | $492 | $545 | $225 | $353 |
| 2010 | Morrison & Foerster | San Francisco, CA | | | | | | | |
| 2010 | Munger, Tolles & Olson | Los Angeles | | | | | | | |
| 2010 | Neal, Gerber & Eisenberg | Chicago | | | | | | | |
| 2010 | Nelson Mullins Riley & Scarborough | Columbia, SC | $347 | $850 | $245 | $399 | $335 | $185 | $248 |
| 2010 | Nexsen Pruet | Columbia, SC | | $625 | $230 | | $250 | $160 | |
| 2010 | Nixon Peabody | New York | $429 | $905 | $375 | $613 | $580 | $195 | $386 |
| 2010 | O'Melveny & Myers | Los Angeles | | | | | | | |
| 2010 | Ogletree, Deakins, Nash, Smoak & Stewart | Greenville, S.C. | $351 | $575 | $300 | $389 | $390 | $195 | $285 |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Orrick, Herrington & Sutcliffe | San Francisco, CA | | | | | | | |
| 2010 | Parker Poe Adams & Bernstein LLP | Charlotte N.C. | | | | | | | |
| 2010 | Patton Boggs | Washington | $482 | $990 | $355 | $645 | $550 | $215 | $399 |
| 2010 | Paul, Hastings, Janofsky & Walker | New York | | | | | | | |
| 2010 | Paul, Weiss, Rifkind Wharton & Garrison LLP | New York | | | | | | | |
| 2010 | Pepper Hamilton | Philadelphia | $326 | $825 | $420 | $547 | $465 | $230 | $329 |
| 2010 | Perkins Coie | Seattle | $447 | $825 | $275 | $534 | $370 | $200 | $354 |
| 2010 | Phelps Dunbar | New Orleans | $226 | $385 | $180 | $272 | $240 | $145 | $183 |
| 2010 | Phillips Lytle | Buffalo, NY | $255 | $535 | $260 | $352 | $450 | $150 | $283 |
| 2010 | Pillsbury Winthrop Shaw Pittman | New York | | | | | | | |
| 2010 | Polsinelli Shughart | Kansas City, MO | | $600 | $250 | | $325 | $185 | |
| 2010 | Quarles & Brady | Milwaukee | $364 | $660 | $290 | $438 | $400 | $210 | $260 |
| 2010 | Reed Smith | Pittsburgh | | | | | | | |
| 2010 | Reinhart Boerner Van Deuren | Milwaukee | | | | | | | |
| 2010 | Roetzel & Andress | Akron, OH | $317 | $525 | $225 | $357 | $325 | $166 | $243 |
| 2010 | Rutan & Tucker | Costa Mesa, CA | | $650 | $355 | | $450 | $225 | |
| 2010 | Saul Ewing | Philadelphia | $412 | $800 | $320 | $491 | $475 | $225 | $310 |
| 2010 | Schiff Hardin LLP | Chicago | | | | | | | |
| 2010 | Schnader Harrison Segal & Lewis | Philadelphia | | | | | | | |
| 2010 | Schulte Roth & Zabel | New York | | $895 | $735 | | $690 | $275 | |
| 2010 | Schwabe, Williamsen & Wyatt | Portland, OR | $360 | $540 | $310 | $415 | $450 | $200 | $260 |
| 2010 | Sedgwick, Detert, Moran & Arnold | San Francisco | | | | | | | |
| 2010 | Seyfarth Shaw | Chicago | $377 | $770 | $335 | $505 | $535 | $185 | $325 |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Sheppard Mullin | Los Angeles | | $820 | $495 | | $620 | $270 | |
| 2010 | Sherman & Howard | New York | | | | | | | |
| 2010 | Shook, Hardy & Bacon | Kansas City, MO | | | | | | | |
| 2010 | Shumaker, Loop & Kendrick | Toledo, OH | $331 | $540 | $250 | $366 | $315 | $185 | $246 |
| 2010 | Skadden, Arps, Slate, Meagher & Flom | New York | | $740 | $325 | | $440 | $195 | |
| 2010 | Smith, Gambrell & Russell | Atlanta | | | | | | | |
| 2010 | Snell & Wilmer | Phoenix | $338 | $795 | $315 | $486 | $550 | $175 | $282 |
| 2010 | Squire, Sanders & Dempsey | Cleveland | | | | | | | |
| 2010 | Steptoe & Johnson LLP | Washington | | | | | | | |
| 2010 | Stevens & Lee | Reading, PA | | | | | | | |
| 2010 | Stinson Morrison Hecker | Kansas City, MO | | | | | | | |
| 2010 | Stites & Harbison | Louisville, KY | | | | | | | |
| 2010 | Stoel Rives | Portland, OR | $381 | $600 | $315 | $441 | $390 | $190 | $270 |
| 2010 | Strasburger & Price | Dallas | $336 | $617 | $250 | $372 | $306 | $194 | $243 |
| 2010 | Sullivan & Worcester | Boston | $537 | $830 | $475 | $647 | $535 | $290 | $383 |
| 2010 | Sutherland Asbill & Brennan | Atlanta | | | | | | | |
| 2010 | Taft, Stettinius & Hollister | Cincinnati | $315 | $500 | $220 | $358 | $365 | $165 | $227 |
| 2010 | Thompson & Knight | Dallas | | $825 | $410 | | $440 | $265 | |
| 2010 | Thompson Coburn | St. Louis | | $610 | $300 | | $395 | $190 | |
| 2010 | Townsend and Townsend and Crew | San Francisco, CA | $320 | $750 | $470 | $563 | $460 | $260 | $345 |
| 2010 | Troutman Sanders | Atlanta | | | | | | | |
| 2010 | Ulmer & Berne | Cleveland | $425 | $865 | $260 | $483 | $375 | $185 | $326 |
| 2010 | Vedder Price | Chicago | $484 | $720 | $370 | $590 | $365 | $255 | $353 |
| 2010 | Venable | Washington | | $950 | $445 | | $500 | $280 | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Vorys, Sater, Seymour and Pease | Columbus, OH | | | | | | | |
| 2010 | Wachtell, Lipton, Rosen & Katz | New York | | | | | | | |
| 2010 | Weil, Gotshal & Manges LLP | New York | | | | | | | |
| 2010 | White and Williams | Philadelphia | | | | | | | |
| 2010 | Wildman, Harrold, Allen & Dixon LLP | Chicago | | | | | | | |
| 2010 | Wiley Rein | Washington | | | | | | | |
| 2010 | Williams Mullen | Richmond, Va. | $368 | $645 | $315 | $428 | $370 | $230 | $279 |
| 2010 | Willkie Farr & Gallagher LLP | New York | | | | | | | |
| 2010 | Wilmer Cutler Pickering Hale and Dorr | Washington | | | | | | | |
| 2010 | Winstead | Dallas | $395 | $655 | $340 | $462 | $390 | $215 | $291 |
| 2010 | Winston & Strawn | Chicago | $486 | $1,075 | $475 | $670 | $610 | $250 | $393 |
| 2010 | Womble Carlyle Sandridge & Rice | Winston Salem, NC | $372 | $625 | $300 | $461 | $445 | $210 | $291 |
| 2010 | Wyatt, Tarrant & Combs | Louisville, KY | | $500 | $245 | | $285 | $180 | |



# 2010 NLJ Associate Class Billing Survey

Copyright © 2009, ALM Media Properties, LLC. All Rights Reserved

| Fiscal Year | Firm Name | Associate Class | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
| 2010 | Alston & Bird | $270 - $345 | $330 - $396 | $365 - $440 | $395 - $470 | $420 - $515 | $445 - $550 | $470 - $570 | |
| 2010 | Benesch, Friedlander, Coplan | $195 | $200 | $215 | $230 | $240 | $250 | $275 | |
| 2010 | Blank Rome | $250 - $275 | $260 - $290 | $280 - $305 | $325 - $360 | $345 - $400 | $370 - $435 | $390 - $460 | $410 - $480 |
| 2010 | Brinks Hofer Gilson & Lione | $240 | $265 | $285 | $310 | $340 | $365 | $390 | $410 |
| 2010 | Brownstein Hyatt Farber Schreck | $200 | | | | | | | |
| 2010 | Bryan Cave | $185 - $300 | $215 - $350 | $250 - $385 | $275 - $395 | $300 - $420 | $275 - $460 | $330 - $480 | $340 - $510 |
| 2010 | Curtis, Mallet-Prevost, Colt & | $290 | $335 | $375 | $415 | $455 | $495 | $535 | $575 |
| 2010 | Davis Wright Tremaine | $190 - $285 | $205 - $295 | $225 - $325 | $235 - $345 | $245 - $365 | $265 - $380 | $285 - $405 | $285 - $415 |
| 2010 | Dickinson Wright | $190 | $195 | $205 | $220 | $230 | $240 | $250 | |
| 2010 | Dickstein Shapiro | $265 - $290 | $325 - $375 | $375 - $425 | $375 - $425 | $425 - $475 | $425 - $475 | $475 - $530 | $475 - $530 |
| 2010 | Dinsmore & Shohl | $180 | $190 | $205 | $220 | $230 | $240 | $250 | 260 |
| 2010 | Edwards Angell Palmer & Dodge | 255 | 275 | | | | | | |
| 2010 | Fitzpatrick, Cella, Harper & Scinto | $275 | $300 | $325 | $350 | $370 | $385 | $405 | $420 |

| Fiscal Year | Firm Name | Associate Class | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
| 2010 | Frost Brown Todd | $150 | | | | | | | |
| 2010 | Gardere Wynne Sewell | 195 | 210 | 260 | 280 | 300 | 315 | 355 | 385 |
| 2010 | Harris Beach | $155 | $170 | $200 | $230 | $230 | $230 | $250 | $250 |
| 2010 | Hiscock & Barclay | $150 - $340 | $150-340 | $165 - $360 | $165 - $360 | $165 - $360 | $175 - $380 | $175 - $380 | $185 - $440 |
| 2010 | Kelley Drye & Warren | $305 | $340 | $370 | $410 | $435 | $455 | $485 | 510 |
| 2010 | Kilpatrick Stockton | 250 | 275 | 310 | 325 | 335 | 360 | 375 | 385 |
| 2010 | Knobbe Martens Olson & Bear | $285 | $310 | $335 | $360 | $385 | | | |
| 2010 | Lindquist & Vennum | $200 | $210 | 225 | 235 | 245 | 260 | 265 | 290 |
| 2010 | Locke Lord Bissell & Liddell | $215 | $230 | $253 | $270 | $300 | $321 | $349 | $386 |
| 2010 | Loeb & Loeb | $350 - $375 | | | | | | | |
| 2010 | Maynard, Cooper & Gale | $235 | $235 | $245 | $255 | $270 | $280 | $295 | |
| 2010 | McElroy, Deutsch, Mulvaney & | $150 | $175 | $185 | $195 | $200 | $205 | $210 | $220 |
| 2010 | McKenna Long & Aldridge | 279 | 312 | 325 | 346 | 363 | 381 | 382 | 415 |
| 2010 | Montgomery, McCracken, Walker | $205 | $215 | $235 | $255 | $275 | $295 | $315 | $335 |
| 2010 | Morris, Manning & Martin | $200 | $265 | $310 | $340 | $365 | $390 | $415 | $425 |

Case4:94-cv-02307-CW   Document1850-2   Filed03/04/11   Page3 of 37

| Fiscal Year | Firm Name | Associate Class | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
| 2010 | Frost Brown Todd | $150 | | | | | | | |
| 2010 | Gardere Wynne Sewell | 195 | 210 | 260 | 280 | 300 | 315 | 355 | 385 |
| 2010 | Harris Beach | $155 | $170 | $200 | $230 | $230 | $230 | $250 | $250 |
| 2010 | Hiscock & Barclay | $150 - $340 | $150-340 | $165 - $360 | $165 - $360 | $165 - $360 | $175 - $380 | $175 - $380 | $185 - $440 |
| 2010 | Kelley Drye & Warren | $305 | $340 | $370 | $410 | $435 | $455 | $485 | 510 |
| 2010 | Kilpatrick Stockton | 250 | 275 | 310 | 325 | 335 | 360 | 375 | 385 |
| 2010 | Knobbe Martens Olson & Bear | $285 | $310 | $335 | $360 | $385 | | | |
| 2010 | Lindquist & Vennum | $200 | $210 | 225 | 235 | 245 | 260 | 265 | 290 |
| 2010 | Locke Lord Bissell & Liddell | $215 | $230 | $253 | $270 | $300 | $321 | $349 | $386 |
| 2010 | Loeb & Loeb | $350 - $375 | | | | | | | |
| 2010 | Maynard, Cooper & Gale | $235 | $235 | $245 | $255 | $270 | $280 | $295 | |
| 2010 | McElroy, Deutsch, Mulvaney & | $150 | $175 | $185 | $195 | $200 | $205 | $210 | $220 |
| 2010 | McKenna Long & Aldridge | 279 | 312 | 325 | 346 | 363 | 381 | 382 | 415 |
| 2010 | Montgomery, McCracken, Walker | $205 | $215 | $235 | $255 | $275 | $295 | $315 | $335 |
| 2010 | Morris, Manning & Martin | $200 | $265 | $310 | $340 | $365 | $390 | $415 | $425 |

| Fiscal Year | Firm Name | Associate Class | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
| 2010 | Patton Boggs | $290 | $315 | $340 | $370 | $400 | $425 | $450 | $480 |
| 2010 | Pepper Hamilton | $230 | $275 | $300 | $330 | $355 | $370 | $385 | $395 |
| 2010 | Perkins Coie | 272 | 290 | 306 | 337 | 345 | 372 | 391 | 436 |
| 2010 | Phillips Lytle | $160 | $170 | $190 | $195 | $210 | $225 | $220 | 235 |
| 2010 | Quarles & Brady | $210 - $235 | $220 - $240 | | | | | | |
| 2010 | Saul Ewing | $225 - $235 | $230 - $260 | $255 - $275 | $240 - $315 | $260 - $285 | $285 - $300 | $295 - $425 | $275 - $320 |
| 2010 | Schulte Roth & Zabel | | | | | | | | $625 |
| 2010 | Schwabe, Williamson & Wyatt | $200 | | | | | | | |
| 2010 | Sheppard, Mullin, Richter & Hampton | $270 - $335 | $330 - $430 | $365 - $475 | $395 - $510 | $420 - $540 | $445 - $565 | $470 - $595 | $490 - $620 |
| 2010 | Snell & Wilmer | $185 | $200 | $225 | $260 | $285 | $315 | $350 | $365 |
| 2010 | Strasburger & Price | $200 | $220 | $240 | $260 | $280 | $300 | $320 | $340 |
| 2010 | Sullivan & Worcester | $290 | $305 | $330 | $350 | $370 | $390 | $425 | |
| 2010 | Thompson & Knight | $285 | $300 | $330 | $365 | $385 | $405 | $425 | $440 |
| 2010 | Townsend and Townsend and Crew | 260 | 290 | 325 | 370 | 390 | 420 | 450 | 460 |
| 2010 | Vedder Price | 225 | 270 | 290 | 310 | 325 | 345 | 360 | 380 |

| Fiscal Year | Firm Name | Associate Class | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
| 2010 | Williams Mullen | $230 | $250 | $265 | $295 | $295 | $310 | $345 | $345 |
| 2010 | Winstead | $215 | 215 | 227 | 260 | 280 | 300 | 325 | 350 |
| 2010 | Winston & Strawn | $295 - $320 | $305 - $335 | $325 - $365 | $350 - $400 | $380 - $440 | $420 - $480 | $455 - $520 | $490 - $555 |

**EXHIBIT 11**

Law.com - Bankruptcy Rates Top $1,000 Mark in 2008-09          http://www.law.com/jsp/article.jsp?id=1202436371636&src=EMC...

Font Size: ⊟ ⊞

# Bankruptcy Rates Top $1,000 Mark in 2008-09

Amy Kolz
The American Lawyer
December 16, 2009

Print    Share    Email    Reprints & Permissions    Post a Comment

A review of bankruptcy rates in Delaware and the Southern District of New York shows that a handful of U.S.-based partners at Am Law 200 firms have inched above the $1,000 rate barrier, making bankruptcy work as lucrative as it was plentiful in 2008 and 2009. Over a 12-month period ending August 2009, there were more than 13,000 billing rate entries submitted by law firms in the nation's two busiest bankruptcy courts, according to a new database compiled by ALM Media.

Among U.S.-based lawyers at Am Law 200 firms, Shearman & Sterling tax partner Bernie Pistillo topped the rate chart with an hourly fee of $1,085 for his work on the bankruptcy of Stock Building Supply Holdings LLC, a building products supplier, in Delaware. (One solo practitioner in Pleasantville, N.Y., Alan Harris, surpassed Pistillo's rate, charging $1,200 an hour for his work as special real estate litigation counsel on the bankruptcy of Digital Printing Systems in the Southern District of New York.) Eleven other U.S.-based Am Law 200 partners were in the $1,000-plus club, according to the database. Cadwalader, Wickersham & Taft financial restructuring co-chair Deryck Palmer, a former Weil, Gotshal & Manges partner, billed Lyondell Chemical Co. at a rate of $1,050 for work on its 2009 bankruptcy. Greenberg Traurig bankruptcy co-chair Bruce Zirinsky, who left Cadwalader last January, billed $1,050 an hour as debtor's counsel for TH Agriculture and Nutrition LLC, as did White & Case global restructuring head Thomas Lauria for WCI Communities Inc., and Robert Pincus, the head of the corporate practice in Skadden, Arps, Slate, Meagher & Flom's Wilmington office, for fees Lemmerz International Inc., an automotive wheel supplier.

Neal Stoll, a Skadden antitrust partner, and Saly Thurston, a Skadden tax partner, billed $1,035 for work on the bankruptcies of VeraSun Energy Corp. and Hayes Lemmerz, respectively, while Latham & Watkins corporate finance chair Kirk Davenport billed at $1,025 an hour for Dayton Superior Corp.'s filing. Paul, Weiss, Rifkind, Wharton & Garrison partners Carl Reisner and Richard Bronstein billed at $1,025 for the Buffets Inc., bankruptcy. (Reisner is co-head of the firm's M&A practice and Bronstein is co-chair of its tax practice.) Simpson Thacher & Bartlett partners Lee Meyerson and litigator Michael Chepiga charged Lehman Brothers $1,000 an hour on the sale of its brokerage to Barclays Bank PLC.

Absent from the $1,000 club are Weil, Gotshal & Manges restructuring gurus Harvey Miller and Marcia Goldstein. Both clocked rates of $950 an hour for their work on the Lehman Brothers and BearingPoint Inc. bankruptcies, respectively. Also, Kirkland & Ellis' James Sprayregen billed $965 an hour for work on the bankruptcies of Lear Corp. and The Reader's Digest Association. And Jones Day partner Corinne Ball charged $900 an hour for her work on Chrysler's filing.

Comparing the median partner rates among Am Law 200 firms in the database demonstrated that there are few bargains when it comes to Chapter 11 work. Among those charging median partner rates of more than $900 an hour were: Cadwalader; Cleary Gottlieb Steen & Hamilton; Davis Polk & Wardwell; Milbank, Tweed, Hadley & McCloy; Paul Weiss; Shearman & Sterling; Simpson Thacher; and Skadden. Firms with median partner billing rates between $800 and $900 were Gibson Dunn, Fried Frank, Latham, Paul Hastings, Weil Gotshal, and White & Case. Firms billing $700 or below were Akin Gump Strauss Hauer & Feld, Kirkland, Sidley Austin, and Sonnenschein Nath & Rosenthal. (Medians can be deceiving, since some firms, such as Kirkland, had a difference of more than $500 between its highest- and lowest-rate partners.)

The bankruptcy case with one of the highest median partner rates was Nortel Networks. The phone equipment maker paid firms such as Cleary and Kirkland a median partner rate of $940. Firms working on the Lehman filing billed a median partner rate of $810 during the same time period, while firms working on the filing of Tribune Co. billed a median of $690, according to the database.

Associate rates occasionally topped $700 an hour on bankruptcies including Lehman and Nortel Networks, as well as that of the lesser-known Sportsman's Warehouse. Discovery attorneys, research specialists and benefits consultants sometimes billed between $500 and $600 on cases such as Nortel, Charter Communications and Graphics Properties Holdings Inc.

| FIRM | MEDIAN PARTNER RATE* | # PARTNERS FILING |
|---|---|---|
| Simpson Thacher | $980 | 30 |
| Cleary Gottlieb | $960 | 47 |
| Shearman & Sterling | $950 | 17 |
| Davis Polk | $948 | 14 |
| Skadden | $945 | 38 |
| Paul Weiss | $925 | 24 |
| Cadwalader | $900 | 29 |
| Milbank | $900 | 55 |
| Weil Gotshal | $843 | 142 |
| Gibson Dunn | $840 | 29 |
| Fried Frank | $83 | $18 |
| Latham & Watkins | $830 | 57 |
| White & Case | $825 | 21 |
| Paul Hastings | $810 | 46 |
| Sidley Austin | $700 | 99 |
| Akin Gump | $690 | 79 |



Top Stories From Law.com
Legal Technology
  Public Performance in the Digital Age
Corporate Counsel
  'In the Crosshairs': GCs Can Ignore Financial
  Fraud Risks at Their Peril
Small Firm Business
  San Francisco Associate Wins $1 Million in ESPN
  Game



lawjobs.com
TOP JOBS
MATRIMONIAL LITIGATOR
CONFIDENTIAL SEARCH
Great Neck, NY

Associate General Counsel
Saladdax
Reston, VA

MORE JOBS >>
POST A JOB >>

ADVERTISEMENT

12/16/2009 9:36 AM

Law.com - Bankruptcy Rates Top $1,000 Mark in 2008-09          http://www.law.com/jsp/article.jsp?id=1202436371636&src=EMC...

| | | |
|---|---|---|
| Kirkland | $875 | 149 |
| Sonnenschein | $825 | 47 |

*U.S.-based partners only.

*The American Lawyer* will publish a detailed analysis of the bankruptcy billing rates in its February 2010 issue.

**Click here to order the Excel® version of the 2009 Bankruptcy Billing Rates Report.**

*This article first appeared on The Am Law Daily blog on AmericanLawyer.com.*

Print     Share     Email     Reprints & Permissions     Post a Comment

About ALM  |  About Law.com  |  Customer Support  |  Reprints  |  Privacy Policy  |  Terms & Conditions
Copyright 2009. ALM Media Properties, LLC. All rights reserved.



12/16/2009 9:36 AM

**EXHIBIT 12**

Case 1:13-cv-00731-ALC-GWG Document 117-1 Filed 03/16/14 Page 9 of 23

*$1,000 Per Hour Isn't Rare Anymore; Nominal billing levels rise, but discounts ease blow. The National Law Journal January 13, 2014 Monday*

Copyright 2014 ALM Media Properties, LLC
All Rights Reserved
Further duplication without permission is prohibited

## THE NATIONAL LAW JOURNAL

The National Law Journal

January 13, 2014 Monday

**SECTION:** NLJ'S BILLING SURVEY; Pg. 1 Vol. 36 No. 20

**LENGTH:** 1860 words

**HEADLINE:** $1,000 Per Hour **Isn't Rare Anymore**;
Nominal billing levels rise, but discounts ease blow.

**BYLINE:** KAREN SLOAN

**BODY:**

As recently as five years ago, law partners charging $1,000 an hour were outliers. Today, four-figure hourly rates for indemand partners at the most prestigious firms don't raise eyebrows-and a few top earners are closing in on $2,000 an hour.

These rate increases come despite hand-wringing over price pressures from clients amid a tough economy. But everrising standard billing rates also obscure the growing practice of discounts, falling collection rates, and slow march toward alternative fee arrangements.

Nearly 20 percent of the firms included in The National Law Journal's annual survey of large law firm billing rates this year had at least one partner charging more than $1,000 an hour. Gibson, Dunn & Crutcher partner Theodore Olson had the highest rate recorded in our survey, billing $1,800 per hour while representing mobile satellite service provider LightSquared Inc. in Chapter 11 proceedings.

Of course, few law firm partners claim Olson's star power. His rate in that case is nearly the twice the $980 per hour average charged by Gibson Dunn partners and three times the average $604 hourly rate among partners at NLJ 350 firms. Gibson Dunn chairman and managing partner Ken Doran said Olson's rate is "substantially" above that of other partners at the firm, and that the firm's standard rates are in line with its peers.

"While the majority of Ted Olson's work is done under alternative billing arrangements, his hourly rate reflects his stature in the legal community, the high demand for his services and the unique value that he offers to clients given his extraordinary experience as a former solicitor general of the United States who has argued more than 60 cases before the U.S. Supreme Court and has counseled several presidents," Doran said.

In reviewing billing data this year, we took a new approach, asking each firm on the NLJ 350-our survey of the nation's 350 largest firms by attorney headcount-to provide their highest, lowest and average billing rates for associates and partners. We supplemented those data through public records. All together, this year's survey includes information for 159 of the country's largest law firms and reflects billing rates as of October.

The figures show that, even in a down economy, hiring a large law firm remains a pricey prospect. The median among the highest partner billing rates reported at each firm is $775 an hour, while the median low partner rate is $405. For associates, the median high stands at $510 and the low at $235. The average associate rate is $370.

Multiple industry studies show that law firm billing rates continued to climb during 2013 despite efforts by corporate counsel to rein them in. TyMetrix's 2013 Real Rate Report Snapshot found that the average law firm billing rate increased by 4.8 percent compared with 2012. Similarly, the Center for the Study of the Legal Profession at the Georgetown University Law Center and Thomson Reuters Peer Monitor found that law firms increased their rates by an average 3.5 percent during 2013.

Of course, rates charged by firms on paper don't necessarily reflect what clients actually pay. Billing realization rates-which reflect the percentage of work billed at firms' standard rates- have fallen from 89 percent in 2010 to nearly 87 percent in 2013 on average, according to the Georgetown study. When accounting for billed hours actually collected by firms, the realization rate falls to 83.5 percent.

"What this means, of course, is that- on average-law firms are collecting only 83.5 cents for every $1.00 of standard time they record," the Georgetown report reads. "To understand the full impact, one need only consider that at the end of 2007, the collected realization rate was at the 92 percent level."

In other words, law firms set rates with the understanding that they aren't likely to collect the full amount, said Mark Medice, who oversees the Peer Monitor Index. That index gauges the strength of the legal market according to economic indicators including demand for legal services, productivity, rates and expenses. "Firms start out with the idea of, 'I want to achieve a certain rate, but it's likely that my client will ask for discounts whether or not I increase my rate,'" Medice said.

Indeed, firms bill nearly all hourly work at discounts ranging from 5 percent to 20 percent off standard rates, said Peter Zeughauser, a consultant with the Zeughauser Group. Discounts can run as high as 50 percent for matters billed under a hybrid system, wherein a law firm can earn a premium for keeping costs under a set level or for obtaining a certain outcome, he added. "Most firms have gone to a two-tier system, with what is essentially an aspirational rate that they occasionally get and a lower rate that they actually budget for," he said.

Most of the discounting happens at the front end, when firms and clients negotiate rates, Medice said. But additional discounting happens at the billing and collections stages. Handling alternative fee arrangements and discounts has become so complex that more than half of the law firms on the Am Law 100-NLJ affiliate The American Lawyer's ranking of firms by gross revenue-have created new positions for pricing directors, Zeughauser said.

THE ROLE OF GEOGRAPHY

Unsurprisingly, rates vary by location. Firms with their largest office in New York had the highest average partner and associate billing rates, at $882 and $520, respectively. Similarly, TyMetrix has reported that more than 25 percent of partners at large New York firms charge $1,000 per

hour or more for contracts and commercial work.

Washington was the next priciest city on our survey, with partners charging an average $748 and associates $429. Partners charge an average $691 in Chicago and associates $427. In Los Angeles, partners charge an average $665 while the average associate rate is $401.

Pricing also depends heavily on practice area, Zeughauser and Medice said. Bet-the-company patent litigation and white-collar litigation largely remain at premium prices, while practices including labor and employment have come under huge pressure to reduce prices.

"If there was a way for law firms to hold rates, they would do it. They recognize how sensitive clients are to price increases," Zeughauser said. But declining profit margins-due in part to higher technology costs and the expensive lateral hiring market-mean that firms simply lack the option to keep rates flat, he said.

BILLING SURVEY METHODOLOGY

The National Law Journal's survey of billing rates of the largest U.S. law firms provides the high, low and average rates for partners and associates.

The NLJ asked respondents to its annual survey of the nation's largest law firms (the NLJ 350) to provide a range of hourly billing rates for partners and associates as of October 2013.

For firms that did not supply data to us, in many cases we were able to supplement billing-rate data derived from public records.

In total, we have rates for 159 of the nation's 350 largest firms.

Rates data include averages, highs and low rates for partners and associates. Information also includes the average full-time equivalent (FTE) attorneys at the firm and the city of the firm's principal or largest office.

We used these data to calculate averages for the nation as a whole and for selected cities.

Billing Rates at the Country's Priciest Law Firms

Here are the 50 firms that charge the highest average hourly rates for partners.

**Billing Rates at the Country's Priciest Law Firms**

| FIRM NAME | LARGEST U.S. OFFICE* | AVERAGE FULL-TIME EQUIVALENT ATTORNEYS* | PARTNER HOURLY RATES | | ASSOCIATE HOURLY RATES | | |
|---|---|---|---|---|---|---|---|
| | | | AVERAGE | HIGH | LOW | AVERAGE | HIGH | LOW |

\* Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. For complete numbers, please see NLJ.com.

\*\* Firm did not exist in this form for the entire year.

| FIRM NAME | LARGEST U.S. OFFICE* | AVERAGE FULL-TIME EQUIVALENT ATTORNEYS* | PARTNER HOURLY RATES AVERAGE | HIGH | LOW | ASSOCIATE HOURLY RATES AVERAGE | HIGH | LOW |
|---|---|---|---|---|---|---|---|---|
| Debevoise & Plimpton | New York | 615 | $1,055 | $1,075 | $955 | $490 | $760 | $120 |
| Paul, Weiss, | New York | 803 | $1,040 | $1,120 | $760 | $600 | $760 | $250 |

| Firm | City | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Rifkind, Wharton & Garrison | | | | | | | | |
| Skadden, Arps, Slate, Meagher & Flom | New York | 1,735 | $1,035 | $1,150 | $845 | $620 | $845 | $340 |
| Fried, Frank, Harris, Shriver & Jacobson | New York | 476 | $1,000 | $1,100 | $930 | $595 | $760 | $375 |
| Latham & Watkins | New York | 2,033 | $990 | $1,110 | $895 | $605 | $725 | $465 |
| Gibson, Dunn & Crutcher | New York | 1,086 | $980 | $1,800 | $765 | $590 | $930 | $175 |
| Davis Polk & Wardwell | New York | 787 | $975 | $985 | $850 | $615 | $975 | $130 |
| Willkie Farr & Gallagher | New York | 540 | $950 | $1,090 | $790 | $580 | $790 | $350 |
| Cadwalader, Wickersham & Taft | New York | 435 | $930 | $1,050 | $800 | $605 | $750 | $395 |
| Weil, Gotshal & Manges | New York | 1,201 | $930 | $1,075 | $625 | $600 | $790 | $300 |
| Quinn Emanuel Urquhart & Sullivan | New York | 697 | $915 | $1,075 | $810 | $410 | $675 | $320 |
| Wilmer Cutler Pickering Hale and Dorr | Washington | 961 | $905 | $1,250 | $735 | $290 | $695 | $75 |
| Dechert | New York | 803 | $900 | $1,095 | $670 | $530 | $735 | $395 |
| Andrews Kurth | Houston | 348 | $890 | $1,090 | $745 | $528 | $785 | $265 |
| Hughes Hubbard & Reed | New York | 344 | $890 | $995 | $725 | $555 | $675 | $365 |
| Irell & Manella | Los Angeles | 164 | $890 | $975 | $800 | $535 | $750 | $395 |
| Proskauer Rose | New York | 746 | $880 | $950 | $725 | $465 | $675 | $295 |
| White & Case | New York | 1,900 | $875 | $1,050 | $700 | $525 | $1,050 | $220 |
| Morrison & Foerster | San Francisco | 1,010 | $865 | $1,195 | $595 | $525 | $725 | $230 |
| Pillsbury Winthrop Shaw Pittman | Washington | 609 | $865 | $1,070 | $615 | $520 | $860 | $375 |
| Kaye Scholer | New York | 414 | $860 | $1,080 | $715 | $510 | $680 | $320 |
| Kramer Levin Naftalis & Frankel | New York | 320 | $845 | $1,025 | $740 | $590 | $750 | $400 |
| Hogan Lovells | Washington | 2,280 | $835 | $1,000 | $705 | - | - | - |

| Firm | Location | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Kasowitz, Benson, Torres & Friedman | New York | 365 | $835 | $1,195 | $600 | $340 | $625 | $200 |
| Kirkland & Ellis | Chicago | 1,517 | $825 | $995 | $590 | $540 | $715 | $235 |
| Cooley | Palo Alto | 632 | $820 | $990 | $660 | $525 | $630 | $160 |
| Arnold & Porter | Washington | 748 | $815 | $950 | $670 | $500 | $610 | $345 |
| Paul Hastings | New York | 899 | $815 | $900 | $750 | $540 | $755 | $335 |
| Curtis, Mallet-Prevost, Colt & Mosle | New York | 322 | $800 | $860 | $730 | $480 | $785 | $345 |
| Winston & Strawn | Chicago | 842 | $800 | $995 | $650 | $520 | $590 | $425 |
| Bingham McCutchen | Boston | 900 | $795 | $1,080 | $220 | $450 | $605 | $185 |
| Akin Gump Strauss Hauer & Feld | Washington | 806 | $785 | $1,220 | $615 | $525 | $660 | $365 |
| Covington & Burling | Washington | 738 | $780 | $890 | $605 | $415 | $565 | $320 |
| King & Spalding | Atlanta | 838 | $775 | $995 | $545 | $460 | $735 | $125 |
| Norton Rose Fulbright | N/A** | N/A** | $775 | $900 | $525 | $400 | $515 | $300 |
| DLA Piper | New York | 4,036 | $765 | $1,025 | $450 | $510 | $750 | $250 |
| Bracewell & Giuliani | Houston | 432 | $760 | $1,125 | $575 | $440 | $700 | $275 |
| Baker & McKenzie | Chicago | 4,004 | $755 | $1,130 | $260 | $395 | $925 | $100 |
| Dickstein Shapiro | Washington | 308 | $750 | $1,250 | $590 | $475 | $585 | $310 |
| Jenner & Block | Chicago | 432 | $745 | $925 | $565 | $465 | $550 | $380 |
| Jones Day | New York | 2,363 | $745 | $975 | $445 | $435 | $775 | $205 |
| Manatt, Phelps & Phillips | Los Angeles | 325 | $740 | $795 | $640 | - | - | - |
| Seward & Kissel | New York | 152 | $735 | $850 | $625 | $400 | $600 | $290 |
| O'Melveny & Myers | Los Angeles | 738 | $715 | $950 | $615 | - | - | - |
| McDermott Will & Emery | Chicago | 1,024 | $710 | $835 | $525 | - | - | - |
| Reed Smith | Pittsburgh | 1,468 | $710 | $945 | $545 | $420 | $530 | $295 |
| Dentons | N/A** | N/A** | $700 | $1,050 | $345 | $425 | $685 | $210 |
| Jeffer Mangels Butler & Mitchell | Los Angeles | 126 | $690 | $875 | $560 | - | - | - |
| Sheppard, | Los | 521 | $685 | $875 | $490 | $415 | $535 | $275 |

| Mullin, Richter & Hampton | Angeles | | | | | | |
|---|---|---|---|---|---|---|---|
| Alston & Bird | Atlanta | 805 | $675 | $875 | $495 | $425 | $575 | $280 |

THE FOUR-FIGURE CLUB

These 10 firms posted the highest partner billing rates.

**THE FOUR-FIGURE CLUB**

| | |
|---|---|
| Gibson, Dunn & Crutcher | $1,800 |
| Dickstein Shapiro | $1,250 |
| Wilmer Cutler Pickering Hale and Dorr | $1,250 |
| Akin Gump Strauss Hauer & Feld | $1,220 |
| Kasowitz, Benson, Torres & Friedman | $1,195 |
| Morrison & Foerster | $1,195 |
| Skadden, Arps, Slate, Meagher & Flom | $1,150 |
| Baker & McKenzie | $1,130 |
| Bracewell & Giuliani | $1,125 |
| Paul, Weiss, Rifkind, Wharton & Garrison | $1,120 |

Contact Karen Sloan at ksloan@alm.com

**LOAD-DATE:** January 13, 2014

Source: **Legal** > / · · · / > **The National Law Journal** 
Terms: **"isn't rare anymore"** (Suggest Terms for My Search)
View: **Full**
Date/Time: Friday, August 15, 2014 - 6:12 PM EDT

LexisNexis® About LexisNexis | Privacy Policy | Terms & Conditions | Contact Us
Copyright © 2014 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.