**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
       jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7408
Facsimile: (212) 989-9163
E-mail: pfraietta@bursor.com

**DRURY LEGAL, LLC**
Scott R. Drury (State Bar No. 355002)
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
scott@drurylegal.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>JOYOUS, PBC,<br><br>Defendant. | Case No. 3:24-cv-02357-JD<br><br>Hon. James Donato<br><br>**DECLARATION OF SCOTT R. DRURY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND INCENTIVE AWARD** |

DRURY DECLARATION ISO MOTION FOR ATTORNEY'S FEES AND INCENTIVE AWARD
CASE NO. 3:24-CV-02357-JD

## DECLARATION OF SCOTT R. DRURY

I, Scott R. Drury, declare as follows:

1. I am an attorney at law licensed to practice in the States of California and Illinois. I am the founding member of Drury Legal, LLC ("Drury Legal"), counsel for Plaintiff in this action. I am a member of the bar of this Court. I make this Declaration in support of Plaintiff's Motion for Attorney's Fees and Incentive Award. I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, could and would competently testify thereto under oath.

2. To avoid redundancy, I hereby incorporate paragraphs 2-21, 27 and 31-33 of the Declaration of Philip L. Fraietta in Support of Plaintiff's Motion for Attorney's Fees and Incentive Award ("Fraietta Declaration") as if fully set forth herein.

*Firm Resume and Biography of S. Drury*

3. Attached hereto as **Exhibit 1** is a true and correct summary of my professional background and qualifications.

4. I have been practicing law for over twenty-six years, having first been admitted to practice in 1998. Since 2019, my practice has primarily focused on digital data privacy class actions. In connection therewith, in 2019, I founded the Data Privacy and Cyber-Intelligence practice at my former law firm. I led that practice until I founded Drury Legal, LLC in 2022. In addition to my experience in the field of data privacy, I am an experienced trial attorney, former Assistant United States Attorney and former Illinois State Representative. I am also an adjunct professor of law at Northwestern University Pritzker School of Law, where I have taught trial advocacy for over ten years.

5. I am currently litigating in a lead or co-lead role dozens of privacy class actions in federal and state courts involving, *inter alia*, allegations of website operators and third parties unlawfully wiretapping and/or eavesdropping upon website users' online communications. I was appointed co-lead class counsel in the matter of *Beauford v. The Johns Hopkins Hosp., Inc.*, No. C-03-CV-23-000501 (Cir. Ct. Baltimore Cnty), a case that made over $12 million available to class members to resolve claims that the defendants assisted third parties in intercepting class members'

online medical communications, and *Doe v. Cedars-Sinai Health Sys.*, No. 22STCV41085 (Cal. Sup. Ct.), a putative class action alleging the unlawful wiretapping of, and eavesdropping upon, website users' confidential medical communications.

6. While at my former law firm, I was instrumental in the court's appointment of the firm as interim lead class counsel in the multidistrict litigation captioned *In re: Clearview AI, Inc., Consumer Priv. Litig.*, No. 1:21-cv-135 (N.D. Ill.). In the court's order making the appointment, the court found that I possessed the necessary knowledge and background in handling class action lawsuits to merit the designation and that my "superior knowledge of [the issue being litigated] weigh[ed] heavily" in the court's decision. *See in re: Clearview AI, Inc., Consumer Priv. Litig.*, 2021 WL 916056, at *1-2 (N.D. Ill. Mar. 10, 2021). The court also highlighted the multiple accolades bestowed upon me by other plaintiffs' counsel involved in the litigation. *Id.* at *2.

7. My experience in the field of consumer data privacy is unique. As an Illinois State Representative, I was an inaugural member of the House Cybersecurity, Data Analytics and IT Committee, the committee responsible for vetting proposed data privacy legislation in Illinois. Moreover, in my role as a state representative, I drafted, negotiated and passed important data privacy legislation, including: (a) a critical revision to the Illinois Children's Privacy Protection and Parental Empowerment Act, 325 Ill. Comp. Stat. 17/1, *et seq.*, that prevents the unauthorized sale of children's data; and (b) toughest-in-the-nation legislation prohibiting the non-consensual dissemination of private sexual images (commonly referred to as "revenge porn"), 720 Ill. Comp. Stat. 5/11-23.5.

8. In my role as an Assistant United States Attorney, I first-chaired numerous jury trials to verdict. After the conclusion of one such trial, the jury foreperson took the extraordinary step of writing to praise my work: "[t]he general consensus [of the jury] was that Scott was an outstanding example of how we want our Government represented."

**Drury Legal's Rates and Fees**

9. As of the date of this Declaration, I have logged a total of 20.5 hours in uncompensated time working on this matter. My hourly rate is $1,000, which is my billable rate for non-contingent individual clients.

10. My hourly rate has been approved by Chubb. Insurance company approval of the rate underscores that the rate is in-line with market rates for attorneys with equivalent experience, skill and reputation.

11. In various cases, comparable or higher hourly rates have been found reasonable for reasonably comparable services, including in:

    a. *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Prods. Liab. Litig.*, Case No. 15-md-02672-CRB, ECF No. 3053 (N.D. Cal. Mar. 17, 2017), approving partner rates up to $1,600, and associate rates up to $790.

    b. *In re TFT-LCD (Flat Panel) Antitrust Litigation*, Case No. 07-md-1827-SI, ECF No. 1827 (N.D. Cal. 2013), an antitrust class action in which the court found blended hourly rates of $1,000, $950, $861, $825, $820, and $750 per hour reasonable for the lead class counsel.

    c. *In re Facebook Biometric Info. Privacy Litig.*, Case No. 3:15-cv-03747-JD, ECF No. 599 (N.D. Cal. Feb. 26, 2021), finding partner rates up to $1,325 to be reasonable.

12. A recent article published in *Reuters* further supports the reasonableness of my hourly rate. *See* Thomas, David, *More Lawyers Join the $3,000-an-Hour Club, as Other Firms Close In*, Reuters (Feb. 27, 2025), attached hereto as **Exhibit 2.** The article reports that partners at some law firms have begun charging $3,000 per hour as a standard fee. *Id.* The article further reports that numerous firms are charging hourly rates in excess of $2,500 per hour. *Id.* Additional supporting articles are described in the Fraietta Declaration. *See* Fraietta Decl. ¶ 27.

***Detailed Billing Records***

13. Attached hereto as **Exhibit 3** are my detailed billing records with respect to this matter.

14. My time entries were regularly and contemporaneously recorded by myself. I have reviewed my time entries and have used billing judgment to ensure that only time reasonably devoted to the litigation has been included.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 29, 2025 in Highwood, Illinois.

_____
SCOTT R. DRURY

# EXHIBIT 1

Drury Legal, LLC
6 Carriage Lane
Highwood, Illinois 60040

scott@drurylegal.com / 312.358.8225

# SCOTT R. DRURY

Scott R. Drury is the founder of Drury Legal, LLC. Drury has extensive experience litigating complex class actions, civil rights matters and other civil matters in federal and state courts throughout the country. Drury is a former Assistant United States Attorney for the Northern District of Illinois (2003-2011) and an accomplished trial lawyer, having first-chaired numerous jury trials to verdict. After Drury completed one such trial while serving as an Assistant U.S. Attorney, the jury foreperson took the extraordinary step of writing to the U.S. Attorney's Office to praise Mr. Drury's work: "[t]he general consensus [of the jury] was that Scott was an outstanding example of how we want our Government represented."

Since 2011, Drury has been an adjunct professor of law at the Northwestern University Pritzker School of Law where he teaches introduction to trial advocacy. He is a member of the Trial Bar for the United States District Court for the Northern District of Illinois. Drury served as an Illinois State Representative between 2013 and 2019, while also working as a litigator in private practice.

Drury's practice primarily focuses on digital data privacy class actions. In connection therewith, in 2019, Drury founded the Data Privacy and Cyber-Intelligence practice at his former law firm, Loevy & Loevy. Drury led that practice until he founded Drury Legal in 2022.

Drury currently is litigating in a lead or co-lead role dozens of privacy class actions in federal and state courts involving, *inter alia*, allegations of website operators and third parties unlawfully wiretapping and/or eavesdropping upon website users' online communications. Relatedly, Drury recently was appointed co-lead class counsel in the matter of *Beauford v. The Johns Hopkins Hospital, Inc.*, No. C-03-CV-23-000501 (Cir. Ct. Baltimore Cnty), a case that made over $12 million available to class members to resolve claims that the defendants assisted third parties in intercepting class members' online medical communications. Drury is also appointed co-lead counsel in *Doe v. Cedars-Sinai Health System*, No. 22STCV41085 (Cal. Sup. Ct.), a putative class action alleging the unlawful



***Admissions***
State of Illinois
State of California
Illinois S. Ct.
Ct. of Appeals – 7th Cir.
Ct. of Appeals – 8th Cir.
Ct. of Appeals – 9th Cir.
U.S. Dist. Ct. – ND Ill.
U.S. Dist. Ct. – CD Ill.
U.S. Dist. Ct. – ND Cal.
U.S. Dist. Ct. – CD Cal.
U.S. Dist. Ct – ED Cal.
U.S. Dist. Ct – SD Cal.
U.S. Dist. Ct. – ND Ind.
U.S. Dist. Ct. – SD Ind.
U.S. Dist. Ct. – WD Mich.

***Education***

- Northwestern Univ. School of Law – J.D. (1998) (*cum laude*)

- Univ. of Cal. – Berkeley – B.A. (1995) (high honors)

***Public Service***

- AUSA – ND Ill. (2003-2011)

- Ill. State Representative (2013-2019)

wiretapping of, and eavesdropping upon, website users' confidential medical communications.

While at Loevy & Loevy, Drury was instrumental in the court's appointment of the firm as interim lead class counsel in the multidistrict litigation captioned *In re: Clearview AI, Inc., Consumer Priv. Litig.*, No. 1:21-cv-135 (N.D. Ill.). In the court's order making the appointment, the court found that Drury possessed the necessary knowledge and background in handling class action lawsuits to merit the designation and that his "superior knowledge of [the issue being litigated] weigh[ed] heavily" in the court's decision. *See In re: Clearview AI, Inc., Consumer Priv. Litig.*, 2021 WL 916056, at *1-2 (N.D. Ill. Mar. 10, 2021). The court also highlighted the multiple accolades bestowed upon Drury by other plaintiffs' counsel involved in the litigation. *Id.* at *2.

Further, while at Loevy & Loevy, Drury was one of the lead attorneys on numerous complex civil rights matters and played an integral role in obtaining over $10 million in settlements for clients.

Drury's experience in the field of data privacy is unique. As an Illinois State Representative, Drury was an inaugural member of the House Cybersecurity, Data Analytics and IT Committee, the committee responsible for vetting proposed data privacy legislation in Illinois. Moreover, as a state representative, Drury drafted, negotiated and passed important data privacy legislation, including: (a) a critical revision to the Illinois Children's Privacy Protection and Parental Empowerment Act, 325 Ill. Comp. Stat. 17/1, *et seq.*, that prevents the unauthorized sale of children's data; and (b) toughest-in-the-nation legislation prohibiting the non-consensual dissemination of private sexual images (commonly referred to as "revenge porn"), 720 Ill. Comp. Stat. 5/11-23.5. Additionally, prior to his retirement from the Illinois General Assembly, Drury introduced groundbreaking student data privacy legislation that laid the foundation for what ultimately became the Illinois Student Online Personal Protection Act, 105 Ill. Comp. Stat. 85/1, *et seq.*

*Other*

- Adjunct Prof. of Law – Northwestern Pritzker School of Law (2011-present)

- Trial Bar Member – U.S. Dist. Ct. – ND Ill.

*Representative Matters*

*Doe v. Cedars-Sinai Health Sys.* (Cal. Sup. Ct.) (wiretapping/eavesdropping) (Co-Lead Counsel)

*Beauford v. The Johns Hopkins Hosp., Inc.* (Cir. Ct. Baltimore Cnty) (wiretapping/eavesdropping) (Co-Lead Counsel) (over $12 million made available to class members)

*Cole v. LinkedIn Corp.* (N.D. Cal.) (Video Privacy Protection Act)

*Dawson v. Nat'l Univ.* (N.D. Ill.) (Video Privacy Protection Act/wiretapping/eavesdropping)

*Maxwell v. The Regents of the Univ. of Cal.* (Cal. Sup. Ct.) (wiretapping/eavesdropping)

*Karen D. v. Board of Ed. of City of Chicago* (N.D. Ill.) (civil rights)

*Batchelor v. City of Chicago* (N.D. Ill.) (civil rights – Loevy & Loevy) (recovered $7 million for wrongfully convicted client)

# EXHIBIT 2

Learn more about **LSEG**

  My News  

# More lawyers join the $3,000-an-hour club, as other firms close in

By **David Thomas** and **Mike Scarcella**

February 27, 2025 3:15 PM CST · Updated February 27, 2025

  



U.S. dollar notes are seen in this November 7, 2016 picture illustration. Picture taken November 7. REUTERS/Dado Ruvic/Illustration  Purchase Licensing Rights

**Summary**   Companies

Plus: Tesla pays plaintiffs' lawyers $176 million in Musk case
More Trump nominees disclose law firm pay

Feb 27 (Reuters) - (Billable Hours is Reuters' weekly report on lawyers and money. Please send tips or suggestions to D.Thomas@thomsonreuters.com)

Some top partners at U.S. law firm Quinn Emanuel Urquhart & Sullivan are now charging a standard fee of $3,000 an hour, Reuters reported this week, signaling a new high for the industry.

> Jumpstart your morning with the latest legal news delivered straight to your inbox from The Daily Docket newsletter. Sign up here.

Lawyers at at least one other firm have hit the same milestone: Litigator Neal Manne said on Thursday that he and his partner Bill Carmody at Susman Godfrey also adopted $3,000 hourly rates this year, though he said they often agree on case-specific fees instead of charging by the hour.

Manne's clients include Chevron and Live Nation, and Carmody has represented ride-sharing giant Uber.

With law firm billing rates swiftly rising at big firms around the country and nearly doubling in the past decade, lawyers at other large firms are not far behind.

A review of court filings in bankruptcies and other cases shows that several firms are now charging top hourly rates above $2,500.

Wilson Sonsini Goodrich & Rosati said last year that some of its partners would begin billing client Rite Aid up to $2,720 an hour for bankruptcy work.

Some partners at Kirkland & Ellis, ranked the highest-grossing U.S. law firm by The American Lawyer, said in December they would bill at $2,675 an hour this year, up from $2,445 in 2024.

Second-ranked Latham & Watkins said in December that its partners were charging up to $2,745 an hour in the Chapter 11 bankruptcy of online used car seller Vroom.

Sidley Austin said in a January 29 application to represent Prospect Medical Group in the hospital group's bankruptcy that its partners would charge $2,610 an hour this year.

Law firms do not typically publicize their rates, but they are sometimes required to disclose them in bankruptcies and class actions or may reveal them in public contracts with governmental clients.

Reuters reached out to more than 35 of the largest U.S. firms to ask about their rates, and whether any of their lawyers charge $3,000 or more. The firms either declined to comment or did not immediately respond to a request for one.

At Quinn Emanuel, the $3,000 dollar rate applies to a handful of partners such as Alex Spiro, whose clients have included billionaire Tesla CEO Elon Musk and rapper Jay-Z. Even associates at the firm now bill as much as $1,665 an hour, according to court filings.

U.S. law firms often raise their billing rates each year, and average hourly partner rates reached $1,114 last year, according to a survey of large firms by legal recruiter and consultancy Major, Lindsey & Africa. That's up 36% from the company's last survey in 2022, and up 83% from 2014.

A survey of more than 130 U.S. law firms by Wells Fargo's legal business division found that billing rates rose by 9.1% on average in 2024, with the 50 highest-grossing U.S. law firms raising them by 10% on average.

As billing rates rise, so do law firm revenue, profits and lawyer pay. The same survey by Wells Fargo's Legal Specialty Group found that law firm revenue rose by 12.5% on average last year. Equity partner profits increased by 16.9% on average, Wells Fargo found.

Major Lindsey in its 2024 report said rate increases were a key factor in "the highest-ever average total compensation figure and the highest percentage increase in the survey's history."

-- Tesla (TSLA.O) said in a court filing on Tuesday that it has paid $176.1 million in attorney fees awarded to plaintiffs' lawyers who negotiated a $919 million settlement with the electric carmaker over allegations that Tesla's board members overpaid themselves, despite earlier disputing the fee. Tesla's chief accounting officer Vaibhav Taneja said the company paid the fee on February 11.

Tesla is still appealing Chancellor Kathaleen McCormick's January decision awarding the fees, court records show. The fee award was the fourth-largest in the history of shareholder litigation in Delaware.

A Tesla spokesperson did not immediately respond to a request for comment, nor did the plaintiffs' lawyers at Fields Kupka & Shukurov, McCarter & English and Bleichmar Fonti & Auld.

The carmaker has argued the fee should be capped at $64 million, while the plaintiffs' lawyers sought $230 million.

-- Financial disclosures by officials tapped to join the Trump administration show that Gibson, Dunn & Crutcher's David Fotouhi, Trump's pick to serve as the second-in-charge at the U.S. Environmental Protection Agency, reported earning at least $3.2 million in fees representing clients including Chevron, Ford and the U.S. Chamber of Commerce.

Trump's choice for deputy secretary of state, Christopher Landau, is collecting $378,341 a year in annual retirement benefits from his former law firm Kirkland & Ellis, according to his financial disclosure.

Landau resigned from Kirkland in 2018, after more than 25 years at the firm. He then was employed at Quinn Emanuel and more recently at law firm Ellis George.

In another new financial disclosure , Trump's pick to lead the Justice Department's civil rights division, Harmeet Dhillon, listed her legal services to clients, including Musk's X Corp, conservative media star Tucker Carlson and the Republican National Committee.

Dhillon said she would sell her stake in her firm Dhillon Law Group to her brother, a partner at the small firm.

Read more:

Law firm Venable hit with $10 mln lawsuit by ex-client in FDA fight

Trump lawyer Blanche reveals income, clients in bid for DOJ post

Panama Canal Authority hires US law firm amid Trump threats

Our Standards: **The Thomson Reuters Trust Principles.**

Suggested Topics:

Legal Industry    Supply Chain    Sustainable & EV Supply Chain    EV Strategy    Worker Rights

Purchase Licensing Rights



**David Thomas**
Thomson Reuters

David Thomas reports on the business of law, including law firm strategy, hiring, mergers and litigation. He is based out of Chicago. He can be reached at d.thomas@thomsonreuters.com and on Twitter @DaveThomas5150.

 

## Read Next / Editor's Picks

Government
**Attorney representing Charlie Kirk's accused killer is former top public defender**
September 26, 2025

Government
**Humana whistleblower lawyers win $32 million as False Claims Act faces challenge**
September 25, 2025

Government
**Democratic lawmakers probe top law firms over Trump administration work**
September 24, 2025

Litigation
**Lawyers accused of AI misuse in FIFA case fined $24,400**
September 24, 2025

Feedback

# EXHIBIT 3

*DOE v. JOYOUS, PBC,* No. 3:24-cv-02357-JD
**SCOTT R. DRURY TIMESHEET**

| DATE | HOURS | DESCRIPTION |
|---|---|---|
| 4/19/2024 | 1.7 | Reviewed and edited draft class action complaint. |
| 4/24/2024 | 0.3 | Reviewed and edited draft motion to proceed under pseudonym. |
| 6/18/2024 | 0.4 | Attended meet and confer with co-counsel and defense counsel regarding complaint and settlement. |
| 7/16/2024 | 0.4 | Reviewed and edited draft CMC statement. |
| 7/29/2024 | 0.2 | Reviewed and edited draft Rule 26 disclosures. |
| 8/9/2024 | 0.2 | Began reviewing and editing draft discovery requests to Joyous. |
| 8/14/2024 | 0.6 | Reviewed and edited draft discovery requests to Joyous. |
| 8/15/2024 | 0.4 | Continued reviewing and editing draft discovery requests to Joyous. |
| 10/20/2024 | 0.5 | Reviewed and analyzed Defendant's mediation brief. |
| 10/21/2024 | 5.4 | Attended mediation. |
| 11/17/2024 | 2.6 | Reviewed and edited draft second set of interrogatories and requests for production to Defendant. |
| 12/12/2024 | 0.5 | Reviewed and edited draft subpoenas to Meta, Google and Twilio. |
| 1/24/2025 | 0.3 | Reviewed and analyzed draft settlement term sheet. |
| 2/27/2025 | 0.9 | Reviewed and analyzed Defendant's document production. |
| 3/8/2025 | 0.3 | Reviewed and analyzed Defendant's modifications to draft term sheet. |
| 4/8/2025 | 0.3 | Reviewed and edited Defendant's revised draft settlement agreement. |
| 4/28/2025 | 0.3 | Reviewed and analyzed draft motion for preliminary approval. |
| 6/26/2025 | 1.5 | Attended hearing on motion for preliminary approval of settlement. |
| 8/19/2025 | 0.9 | Reviewed and analyzed draft class action notices and claim forms. |
| 9/24/2025 | 0.4 | Began reviewing draft motion for final approval of settlement and motion for attorneys' fees. |
| 9/25/2025 | 0.4 | Reviewed and edited draft final approval motion documents. |
| 9/27/2025 | 2 | Continued reviewing and editing draft final approval motion documents. |

**TOTAL**      20.5